# EXHIBIT 2



# USA's Feevr Thermal Temperature System Examined

By: Ethan Ace, Published on Mar 31, 2020

This US company has burst on to the scene, brashly naming itself 'feevr' and branding itself as a "COVID 19 - AI BASED NON CONTACT THERMAL IMAGING".



We spoke with the company and examined its claims including:

- Technical Design
- Low pricing
- Accuracy claims and challenges
- Aggressive / misleading marketing concerns

## Feevr Overview

Feevr is part of X.Labs, a California-based startup founded in 2018 to develop a portable millimeter-wave weapons detection system, called SWORD. X.Labs and Feevr list fewer than 10 employees on LinkedIn.

## Low Pricing

One of the most notable elements is that they are selling this for 'just' $2,500 USD per kit,



https://ipvm.com/reports/feevr

Exhibit 2
Page 54

### Low Pricing

One of the most notable elements is that they are selling this for 'just' $2,500 USD per kit, compared to 4x that price even for typical China options. For example, Dahua's thermal temperature measurement kit sells for over $13,000 online, while InVid's (Sunell OEM) body temperature camera sells for ~$10,000+.

### Technical Design Overview

The Feevr thermal screening system consists of FLIR One Pro camera attached to an Android smartphone. The Feevr app performs screening functions, essentially detecting faces in the field of view, then ~~measuring the hottest part of the face~~. Update: Feevr says, "We measure the forehead and inner eyelid. We don't randomly test the hottest part of the face."

Subjects flash red if elevated temperature is detected (98.5° by default). Update: Feevr responded saying, "The system's default is 98 correlating with 100.4 core body temp."



Feevr does not require or recommend a black body calibrator as many systems do. In our discussions, Feevr cited detection range as ~10', but do not clearly specify range in their documentation. Update: Feevr says "The feevr spec states 6-10 feet range"

### Accuracy Claims and Challenges

Feevr does not make specific accuracy claims in their documentation other than one vague claim of being within 0.4°F (0.2°C) of an "FDA approved temperature gun."

https://ipvm.com/reports/feevr

Exhibit 2
Page 55

Feevr does not make specific accuracy claims in their documentation other than one vague clai...

However, the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body temperature. By contrast, most of the systems we have surveyed claim accuracy of ±0.3° C or lower, only about 0.5° F. Because the forehead and face are highly susceptible to variations caused by environment and activities of the person being screened (e.g. exercising or consuming alcohol), combined with the limited accuracy FLIR One Pro camera, false positives and negatives are highly likely.

Second, in Feevr's own demonstration videos, the camera's face detection does not appear to work consistently, with some subjects not properly detected until they are nearly out of the scene. In less ideal conditions or if users try to perform screening at longer ranges, this detection is likely to work less consistently.



### Aggressive / Misleading Marketing Challenges

Feevr repeatedly refers to COVID-19 in its marketing, including the very top of their website:



And for the first ten seconds of their marketing video:

And for the first ten seconds of their marketing video:



But no screening system can detect coronavirus, regardless of what is claimed.

Finally, the script of one of Feevr's marketing videos is mostly stolen from a FLIR post titled Thermal Imaging for Detecting Elevated Body Temperature, with references to FLIR changed to Feevr.



Compare the video above to this passage from FLIR's post:

> Can thermal cameras be used to detect a virus or an infection? The quick answer to this question is no, but thermal imaging cameras can be used to detect Elevated Body Temperature. FLIR thermal cameras have a long history of being used in public spaces —such as airports, train terminals, businesses, factories, and concerts—as an effective

https://ipvm.com/reports/feevr

Exhibit 2
Page 57

This question is no, but thermal imaging cameras can be used to detect Elevated Body Temperature in public settings and locations—such as airports, train terminals, businesses, factories, and concerts—as an effective tool to measure skin surface temperature and identify individuals with Elevated Body Temperature (EBT).

In light of the global outbreak of the coronavirus (COVID-19), which is now officially a pandemic, society is deeply concerned about the spread of infection and seeking tools to help slow and ultimately stop the spread of the virus. Although no thermal cameras can detect or diagnose the coronavirus, FLIR cameras can be used as an adjunct to other body temperature screening tools for detecting elevated skin temperature in high-traffic public places through quick individual screening.

Update: Feevr responded saying "The company now claims stealing even though we have an agreement with Flir." FLIR had reviewed Feevr's video prior to our publication and did not indicate Feevr had permission to use it. We have asked FLIR for confirmation on Feevr's claim and will update when they provide this.

Update on this update: FLIR has responded, denying Feevr's claims, saying, "we do not have a PSA with Feevr or X.Lab or an agreement for them to use our copyrighted material."

**Outlook Mixed**

We are particularly worried about how accurate this will be and how misleading much of their marketing is. The main plus is that it is quite inexpensive, so for a thing that many users may abandon in a matter of months or may use mostly as a placebo, this represents a much lower-cost way of delivering it.

**Vote / Poll**

How interested are you in Feevr?

171 votes

○ Very
○ Moderately
○ Not Very

Login or signup to vote on this poll.

**UPDATE - FLIR SDK Violation Risk**

The FLIR SDK License Agreement prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from apps like Feevr's:

https://ipvm.com/reports/feevr

Exhibit 2
Page 58

The FLIR SDK License Agreement prohibits the use of FLIR devices, like the FLIR ONE Pro, that Feevr uses, from apps like Feevr's:

> 3. **USE OF THE FLIR SDK.** Developer acknowledges and agrees that Developer shall be responsible for all use of the FLIR SDK by Developer hereunder. In particular:
>
> 3.1 Developer shall use the FLIR SDK only as authorized in this Agreement and as described in the FLIR Documentation. All use of the FLIR SDK by Developer hereunder shall strictly comply with all applicable laws and regulations, and all Apps developed by Developer hereunder and the intended use for such Apps shall strictly comply with all applicable laws and regulations. The FLIR SDK may not be used in conjunction with any Apps designed for medical or health-related purposes.

While FLIR declined to comment on any legal discussions, they confirmed the FLIR SDK clause about not marketing for medical or health purposes.

Update: Feevr says "Feevr doesn't use the flir SDK. Feevr uses it's own custom app with a FLIR camera." We have asked FLIR for comment and confirmation.

Update on this update: FLIR responded saying, "We don't have clarity on how they've developed their product, but as we have mentioned before, we have a different set of cameras that we market for elevated skin temperature screening. The FLIR ONE Pro is not on that list."

## 6 REPORTS CITE THIS REPORT:



**FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras** on Apr 17, 2020
The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health...



**Beware Of Feevr** on Apr 14, 2020
Beware of "Feevr". The company is marketing a 'Feevr' solution that fundamentally lacks accuracy for its use, as its thermal provider FLIR has said...

https://ipvm.com/reports/feevr

Exhibit 2
Page 59



Smartphone Thermal Camera Body Temperature Measurement Tested (FLIR / Seek) on Apr 10, 2020
Thermal cameras have exploded in popularity due to coronavirus, but can portable smartphone thermal cameras be used for temperature...



USA ICI Elevated Skin Temperature Detectors Examined on Apr 06, 2020
Infrared Cameras, Inc. (ICI) is aiming to help slow the spread of COVID-19 with "pinpoint accurate skin temperature measurement" using their...



Dahua Faked Coronavirus Camera Marketing on Apr 01, 2020
Dahua has conducted a coronavirus camera global marketing campaign centered around a faked detection. Now, Dahua has expanded this to the USA,...



USA's Seek Scan Thermal Temperature System Examined on Apr 01, 2020
This US company, Seek, located down the road from FLIR and founded by former FLIR employees is offering a thermal temperature system for the...

Comments (38) : Members only. Login. or Join.

## MOST RECENT INDUSTRY REPORTS



Camio Presents Coronavirus Social Distancing Analytics on Apr 20, 2020
Camio presented its social distancing analytics for responding to coronavirus at the April 2020 IPVM New Products show. Inside this report: A...



Cobalt Robots Respond To Coronavirus on Apr 20, 2020

https://ipvm.com/reports/feevr

Exhibit 2
Page 60


**Cobalt Robots Respond To Coronavirus** on Apr 20, 2020
Startup Cobalt Robotics is responding to coronavirus with new features including integrated elevated body temperature screening, PPE and social...


**Bottom: Integrators Start To Stand Vs Coronavirus** on Apr 20, 2020
Good news - IPVM integrator statistics show that while coronavirus has hit integrators hard, it is now bottoming out and starting to...


**Favorite VSaaS Providers 2020** on Apr 17, 2020
VSaaS is starting to become mainstream but who are integrator's favorite? 200+ integrators told us their choices. The top choice? No one. But 4...


**FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras** on Apr 17, 2020
The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health...


**New Products Online Show With 40+ Manufacturers - Now ON DEMAND** on Apr 16, 2020
IPVM had over 2,500 members attend our first show. Recordings from the full event are posted at the bottom of this report. Watch the New Products...


**Dynamic vs Static IP Addresses Tutorial** on Apr 16, 2020
While many cameras default to DHCP out of the box, that does not mean you should use it. This may seem basic for some, but those new to the...

https://ipvm.com/reports/feevr

Exhibit 2
Page 61



**Convergint Outlook Turns Negative** on Apr 16, 2020
Convergint's outlook has turned negative, according to bond rater Moody's, released shortly after IPVM's report about Convergint's billion dollars...



**Avigilon Open Analytics Tested** on Apr 16, 2020
After years of effectively closed analytics, Avigilon decided in late 2018 to open up. Now, via ONVIF Profile T, Avigilon analytics are open and...



**Vivotek LPR Camera Tested** on Apr 15, 2020
Vivotek has historically sold license plate capture cameras but not LPR. Now, they have released their own cameras with embedded LPR. How do they...

## IPVM

The world's leading video surveillance information source, IPVM provides the best reporting, testing and training for 10,000+ members globally. Dedicated to independent and objective information, we uniquely refuse any and all advertisements, sponsorship and consulting from manufacturers.

### TOP RESOURCES

About     Contact          Calculator
FAQ       Tests            Camera Finder
Favorite Products   Worst Products   Privacy Policy

### NEWSLETTER

Subscribe to the IPVM newsletter and receive the 2020 IP Camera Book.

Email Address

Submit

https://ipvm.com/reports/feevr

Exhibit 2
Page 62