# EXHIBIT 3



About | Articles ▾ | Join Now | Tests | Courses | Calculator | Tools ▾ | Discussions | Login | Search

# Beware Of Feevr

By: John Honovich, Published on Apr 14, 2020

Beware of "Feevr". The company is marketing a 'Feevr' solution that fundamentally lacks accuracy for its use, as its thermal provider FLIR has said and IPVM testing has shown. Plus, it lacks FDA approval, as the company's premier distributor has admitted.





Feevr has refused to address these fundamental issues, instead repeatedly threatening legal action against IPVM.

Amidst this, the company says they are winning a growing number of huge USA companies.

**Demonstrations Issues**

Their home page features this demonstration - left 91.3°F, center, 90°F, right 99°F:



https://ipvm.com/reports/feevr2

Exhibit 3
Page 63



The red box on the right is an alarm on the person who may have a 'feevr' (99°F) but the sharp divergence in temperatures is more alarming. The two people on the left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement.

That's typical for Feevr's demos. Indeed, Feevr attempts to explain it as a positive in this Twitter video where they show even a lower reading of 89.6°F, excerpted below:



They then compare it to laser handheld thermometer, which reads similarly:

**Get Notified of Video Surveillance Breaking News**

Enter Your Email    Sign Up



https://ipvm.com/reports/feevr2

Exhibit 3
Page 64

Instead of the obvious issue of the thermometer they are using, this is used as proof that Feevr works.

**Temperature Detection Inaccurate**

Feevr's CISO Jasun Tate responded to IPVM's accuracy concerns claiming:

> The specifications for the FLIR One Pro and the many other products that are available are publicly available. The specifications outlined within **our product and its capabilities are commiserate with the abundance FDA Approved Thermal Guns** that are currently being leveraged literally across the entire world. [emphasis added]

However, that is simply wrong, as we explained to Feevr, the FLIR One Pro they use is 10x less accurate than, e.g., FLIR's FDA approved thermal gun, as we responded to Tate:

> FDA approved thermal guns typically have more higher accuracy specifications. For example, the FLIR EXTech IR200 specifies "is accurate to 0.5°F (0.3°C)" which is much more accurate than the FLIR One Pro which has "Measurement Accuracy ±3°C (5.4°F) or ±5%".

Moreover, FLIR's spokesperson reinforced that problem, confirming to IPVM:

> We do not recommend the FLIR ONE Pro or Lepton-based devices for this use case.

Indeed, FLIR's specifications are clear:

| Measurement Accuracy | ±3°C (5.4°F) or ±5%, |

That is nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F.

Moreover, IPVM tested the FLIR Pro One and it performed inaccurately for human temperature detection, just as FLIR indicated.

**Repeated Legal Threats**

In response, Feevr has threatened IPVM with legal action, saying:

> Cease and Desist : Defamatory / Slanderous and Threatening Activity Warning  Inbox ×
>
> Jasun Tate <jasun@sword.technology>    3:45 AM (8 hours ago)
> to eace, ethan, e-ace, eace, jhonovich, honovich, nietzscheggomez921, jhonovich, lingrchou, john,
>
> Dear John and Ethan,
>
> After reviewing the methods leveraged by your firm to attempt to develop negative and defamatory

> Dear John and Ethan,
>
> After reviewing the methods leveraged by your firm to attempt to develop negative and defamatory content regarding our company, in tandem with an investigation report recently obtained by our legal counsel that affirms not only that your past history of harassing companies and their clients, investors and buisness relations  but that It is a common trait for you to use blackmail, and threatening verbiag to encourage narratives that align with your own personal and financial agenda, we are submitting th following CEASE and DESIST in lieu of a warning letter.

We are keen on accuracy and fairness in our reporting so we asked them to enumerate what specific statements were false or objectionable so we could review and respond. Feevr again said:

> **Jasun Tate** <jasun@sword.technology>  9:48 AM (2 hours ago)
> to lingrchou, John, Ethan, Barry, Todd, Steve
>
> Good Morning John,
> We have been advised by our legal representation WSGR that they will follow up with all parties involved with IPVM and this campaign as soon as they finish thier due process.
>
> We understand you feel the need to have a timeline. Please, we are simply giving you a heads up as you have given us.
>
> But in short, you will see in our legal response there are much more than 1 case.
>
> Much more.

Finally, Feevr had an attorney (though not from mega law firm Wilson Sonsini) send us a list of objections. We updated our original report with their feedback and called up their attorney and spoke for 40 minutes explaining our concerns about accuracy, FDA and their CEO's business track record. We agreed that Feevr would take ~5 hours until 5 pm PT April 13th to respond to those concerns. At ~5:10 pm PT, the attorney called me to ask for 45 more minutes saying they were working on a response. We agreed to the extension but just before 6pm PT, Feevr then declined to provide any response, again citing Wilson Sonsini:

> **jasun** <jasun@sword.te...  Mon, Apr 13, 8:57 PM (9 hours ago)
> to John, heidi, Barry, Charles
>
> Good Afternoon John,
>
> We have decided to refer the matter to our counsel Wilson Sonsini, and they will be in contact with your office soon.

The facts remain. The thermal sensor they are using is not specified nor recommended by their provider for such a 'feevr' application. And Feevr cannot address this, only threaten legal action.

**Violates FDA Rules**

**Violates FDA Rules**

Equally importantly, Feevr has no FDA approval for this device, an important matter the FDA explained to IPVM recently.

The CEO of Feevr's "premier US distributor" admitted the lack of approval saying:



We also asked Feevr about how they are handling their lack of FDA approval but they declined to comment on this as well.

However, SDS's CEO says they are winning big deals:

> Thousands of the systems are in use today and one of our Fortune 5 customers just placed a follow on order for 500 more, thus validating it's usefulness.

Clearly, SDS and X.Labs (i.e., Feevr) consider this a 'fever detection device' that requires FDA regulation because they literally said so in their press release announcing this:



Accuracy and legal issues aside, we believe Feevr and SDS that they are selling a lot of these devices right now.

**CEO Barry Oberholzer**

The visionary behind this, Feevr's / X.Labs CEO Barry Oberholzer, has had an incredible career. Most recently featured in a 2019 Daily Beast profile: He's a Wanted Man in South Africa. Now He's Pushing an App to Help Solve School Shootings in America and as far back as 2012 in a WSJ article: South Africa Probes a Leader as Presidential Race Looms.



Oberholzer responded to IPVM's question about the allegations, saying:

WSJ article: South Africa Probes a Leader as Presidential Race Looms.



Oberholzer responded to IPVM's question about the allegations, saying:

> these charges were dropped and were a result of improper representation due to the nature of my career with the government at the time.

He also included pre-emptive legal threats (even before Tate), warning:

> What would you like to know pertaining to FEEVR as I would like to communicate on topics that keep us both founded in truth, while not perpetuating slanderous or defamatory elements that our legal team takes careful note of...

> leveraging methods that can be considered slanderous, defamatory and ultimately incorrect is something me nor my organization takes lightly.

But no speculation needs to be made as Oberholzer has published an autobiography, "The Black Market Concierge: Sanction Busting, Smuggling & Spying for America". While his relationship with the US government cannot be verified, his own writing about what he did before his alleged US government relationship explains how he operates, with admissions such as:

> my preference for seeing life as a game of roulette, where putting everything on black seemed as good a strategy as any.

> Sometimes, the need – almost the desperation – to make some money or kick-start a business blinds you to the consequences. You start to justify to yourself the shadier side of a deal, take short cuts that would not go down well at business school.

> there were ways to circumvent sanctions: elaborate routes, descriptions of exports that were artful and inventive, a mesh of companies that were here today and gone tomorrow. Even the US Treasury and the CIA couldn't keep track of every transaction. And I continued to tell myself that what we were doing was fair. There were no weapons involved, nor technology that would make them. But I was deceiving myself. I knew the Iranians were trying to reverse engineer the technology they were able to obtain.

> As a US citizen, I was obviously subject to US law and some of my business ventures – the good, the bad and the ugly – had probably veered beyond the limits of federal legislation.

We asked Feevr for feedback on Oberholzer's statements in his book but Feevr declined.

**Feevr Winning But Risks Remain**

Oberholzer's self-stated preference for 'putting everything on black' is happening here. And he, Feevr, and SDS are winning big right now.

https://ipvm.com/reports/feevr2

Exhibit 3
Page 68

Oberholzer's self-stated preference for 'putting everything on black' is happening here. And he, Feevr, and SDS are winning big right now.

And, if despite the issues raised by their thermal provider FLIR and the lack of FDA approval, customers want to use such a device for 'fever detection', so be it, but this does pose risks to the public who may depend on this to avoid being infected in this ongoing crisis.

## 1 REPORT CITE THIS REPORT:



FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras on Apr 17, 2020
The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health...

## COMMENTS (28)

*Only IPVM Members may comment. Login or Join.*

### Shay Fogel
Apr 14, 2020

Well done.

### Pavel Grozdov
Apr 14, 2020

Good on you guys, I respect you chasing the story no matter what. There are plenty of businesses like this in all kinds of industries who sell devices which are not suitable for the task they're marketed for.

### Undisclosed Manufacturer #1
Apr 14, 2020

I think the simpler moral of this story is not to buy products endorsed by a guy with that kind of haircut. Simple rules to live by, even if he's just styling it like that because his barber has been closed for over a month.

I think the simpler moral of this story is not to buy products endorsed by a guy with that kind of haircut. Simple rules to live by, even if he's just styling it like that because his barber has been closed for over a month.

## Undisclosed #2
Apr 14, 2020

I cannot understand why Shooter Detection Systems would want to be associated with such an obviously bad product. Are they incapable of doing even a simple evaluation of the product to understand it is useless? Are they so desperate for revenue that they will sell out the trust they have built with customers for a quick buck?

Feevr has no reputation to product in the industry, and when this is over they will likely move on to try and sell snake oil elsewhere, but Shooter Detection Systems will be permanently damaged from the blowback if they really are selling these units to lots of customers.

## John Honovich
IPVM | Apr 14, 2020

Feevr's CISO is now falsely alleging:

> RE: Post Published: Terroristic Harrasment Please Stop (CC Law Enforcement) (Published) Inbox ×
>
> jasun <jasun@sword.technology>     8:35 AM (25 minutes ago)

Falsely claiming, 100% untrue:

> But since I have your attention let's discuss what we will not tolerate. Harrasment, Threats, Scams, and Inappropriate and Lewd Advancements to our staff.
>
> You reached out to our female legal counsel unsolicited via a hidden number after we tried to communicate with you many times directly via phone.
>
> Her number was not publically published so you took measures on your own to investigate, conduct OSINT and intimidate a female in efforts to get a story for your blog.
>
> These tactics techniques and protocols that you leverage are illegal, threatening and harassing people for personal agenda without regard for privacy, safety integrity is criminal.

Their attorney was professional and we had a good conversation for 40 minutes, as the call

https://ipvm.com/reports/feevr2

Exhibit 3
Page 70

criminal.

Their attorney was professional and we had a good conversation for 40 minutes, as the call record below shows:



And I emailed her this follow up confirming our conversation and the 8pm ET deadline:



And at 6 minutes past 8pm, their attorney called me up to ask for the extension described in the post, as this call record below shows:



Feevr's tactics are stunning and their claims 100% false.

https://ipvm.com/reports/feevr2

Exhibit 3
Page 71

Feevr's tactics are stunning and their claims 100% false.

Moreover, Feevr 's Tate continues to try to email my family members with these messages, even though my family members have no business involvement with IPVM.

**Undisclosed #2**
In reply to John Honovich | Apr 14, 2020

> Moreover, Feevr 's Tate continues to try to email my family members with these messages,

Are you saying they conducted OSINT to gather contact info for your family members?

**John Honovich**
IPVM | In reply to Undisclosed #2 | Apr 14, 2020

> they conducted OSINT

For others, OSINT means Open-source intelligence. Looking things up on the Internet is looking things up on the Internet. But repeatedly emailing addresses he believes are from my family members, threatening legal action, is an intimidation tactic.

**Undisclosed #2**
In reply to John Honovich | Apr 14, 2020

> Her number was not publically published so you took measures on your own to investigate, conduct OSINT and intimidate a female in efforts to get a story for your blog.

I was referring to this statement from his email, where he makes the accusation to you:

> Her number was not publically published so you took measures on your own to investigate, conduct OSINT and intimidate a female in efforts to get a story for your blog.

I appears that he did the same thing he was accusing you of.

https://ipvm.com/reports/feevr2

Exhibit 3
Page 72

I appears that he did the same thing he was accusing you of.

**John Honovich**
IPVM | In reply to Undisclosed #2 | Apr 14, 2020

We contacted Feevr's attorney in response to the attorney's email to us. Feevr repeatedly tried to email my family members bringing them into this.

**Undisclosed #4**
In reply to John Honovich | 7 days ago

> Feevr repeatedly tried to email my family members...

Holy Crap! John has family members??!!!

:)

**Undisclosed Manufacturer #5**
In reply to Undisclosed #4 | 7 days ago

It's been rumored they even like him.

**Undisclosed Integrator #10**
In reply to John Honovich | 4 days ago

> We contacted Feevr's attorney in response to the attorney's email to us. Feevr repeatedly tried to email my family members bringing them into this.

Sounds like my ex-wife. And I really am *not* joking.

**Undisclosed Manufacturer #8**
In reply to John Honovich | 4 days ago

What is very odd is he points out the gender of who you called. How is this in any way relevant unless he is claiming at the end of your interview you made a pass at her?

What is very odd is he points out the gender of who you called. How is this in any way relevant unless he is claiming at the end of your interview you made a pass at her?

John- Thanks for the interview, you sound hot! I bet you can detect my fever now.



Sean Nelson
Nelly's Security
Apr 14, 2020

Would a legal counsel really advise their own client to write a cease and desist via email on their own?

Undisclosed Manufacturer #3
Apr 14, 2020

You should invite them to the online trade show.



Matthew Nederlanden
Apr 14, 2020

Any chance this guy owns a Tiger?



Marco Sanchez
In reply to Matthew Nederlanden | Apr 14, 2020

The most amazing comment ever. Well played hahahaha!!!

Undisclosed Manufacturer #6
In reply to Matthew Nederlanden | 7 days ago

I don't think your comment is enough to win the Internet for the day, but you certainly win IPVM for today.

https://ipvm.com/reports/feevr2

Exhibit 3
Page 74



**Michael Gonzalez**
Integrated Security Technologies, Inc.
7 days ago

$20 says his "lawyer" is just another one of his con artist friends with an equally disturbing haircut.

**John Honovich**
IPVM | In reply to Michael Gonzalez | 7 days ago

The attorney I spoke to was professional and intelligent. My impression from speaking to her was that she was brought in to handle this and not part of their core group.



**Michael Gonzalez**
Integrated Security Technologies, Inc.
In reply to John Honovich | 7 days ago

You're a patient man John. Glad you're on the job.

**Undisclosed #7**
7 days ago

> "Thousands of the systems are in use today and one of our Fortune 5 customers just placed a follow on order for 500 more, **thus validating it's usefulness**."

this is such an obvious straw man argument that it injured my brain reading it.

**Sean Huver**
Defendry | In reply to Undisclosed #7 | 6 days ago

A silver lining of this pandemic is that unethical folks seem to be tripping over themselves to show what their true colors really are.

**Undisclosed Manufacturer #8**
7 days ago

These guys appear to be very shady. Hopefully the Feds get involved.

And the haircut is just embarrassing.

**Andrew Somerville**
6 days ago

What on earth does "**our product and its capabilities are commiserate with the abundance FDA Approved Thermal Guns**" mean?

Commiserate: "express or feel sympathy or pity". Commensurate: "corresponding in size or degree"



**Michael Gonzalez**
Integrated Security Technologies, Inc.
In reply to Andrew Somerville | 6 days ago



top
top



**Undisclosed Integrator #9**
5 days ago

Excellent reporting! The USA and the world need more companies like IPVM to root out the scams. Thank you.

**Undisclosed Integrator #10**
4 days ago

> But in short, you will see in our legal response there are much more than 1 case.
>
> Much more.



## MOST RECENT INDUSTRY REPORTS



**Camio Presents Coronavirus Social Distancing Analytics** on Apr 20, 2020

Camio presented its social distancing analytics for responding to coronavirus at the April 2020 IPVM New Products show. Inside this report: A...


coronavirus at the April 2020 IPVM New Products show. Inside this report: A...


**Cobalt Robots Respond To Coronavirus** on Apr 20, 2020
Startup Cobalt Robotics is responding to coronavirus with new features including integrated elevated body temperature screening, PPE and social...


**Bottom: Integrators Start To Stand Vs Coronavirus** on Apr 20, 2020
Good news - IPVM integrator statistics show that while coronavirus has hit integrators hard, it is now bottoming out and starting to...


**Favorite VSaaS Providers 2020** on Apr 17, 2020
VSaaS is starting to become mainstream but who are integrator's favorite? 200+ integrators told us their choices. The top choice? No one. But 4...


**FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras** on Apr 17, 2020
The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health...


**New Products Online Show With 40+ Manufacturers - Now ON DEMAND** on Apr 16, 2020
IPVM had over 2,500 members attend our first show. Recordings from the full event are posted at the bottom of this report. Watch the New Products...


**Dynamic vs Static IP Addresses Tutorial** on Apr 16, 2020
While many cameras default to DHCP out of the box, that does not mean you should use it. This may seem basic for some, but those new to the...

https://ipvm.com/reports/feevr2

Exhibit 3
Page 78


new to the...


**Convergint Outlook Turns Negative** on Apr 16, 2020
Convergint's outlook has turned negative, according to bond rater Moody's, released shortly after IPVM's report about Convergint's billion dollars...


**Avigilon Open Analytics Tested** on Apr 16, 2020
After years of effectively closed analytics, Avigilon decided in late 2018 to open up. Now, via ONVIF Profile T, Avigilon analytics are open and...


**Vivotek LPR Camera Tested** on Apr 15, 2020
Vivotek has historically sold license plate capture cameras but not LPR. Now, they have released their own cameras with embedded LPR. How do they...

# IPVM

The world's leading video surveillance information source, IPVM provides the best reporting, testing and training for 10,000+ members globally. Dedicated to independent and objective information, we uniquely refuse any and all advertisements, sponsorship and consulting from manufacturers.

**TOP RESOURCES**

About
FAQ
Favorite Products

Contact
Tests
Worst Products

Calculator
Camera Finder
Privacy Policy

**NEWSLETTER**

Subscribe to the IPVM newsletter and receive the 2020 IP Camera Book.

Email Address

Submit