# EXHIBIT 4

 About   Articles ▾   Join Now   Tests   Courses   Calculator   Tools ▾   Discussions   Login   Search


FREE 2020 CAMERA BOOK — GET THE FREE BOOK NOW ▸

# FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras

By: Charles Rollet, Published on Apr 17, 2020

The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health emergency, even though it does consider these products medical devices, it has announced in new guidance.




LET IPVM EXPERTS TRAIN YOUR TEAM
LEARN MORE

The guidance comes after weeks of uncertainty about the legal status of these products, which traditionally require FDA 510(k) clearance prior to being marketed/sold. But that has not stopped numerous firms from touting unapproved cameras as they cash in on a pandemic-induced Gold Rush.

However, in order to "help address urgent public health concerns", the FDA is now saying it "does not intend to object" to the distribution of unapproved fever detection cameras, although this leniency will "remain in effect only for the duration of the [COVID-19] public health emergency".

In this note, IPVM examines this new announcement and its impacts closely, including:

- Background: FDA Regulation of Fever Screening Cameras
- FDA New Thermal Camera Enforcement Policy Announced
- FDA Reasoning: Fighting Shortage
- Policy Only Temporary
- Fever Cams Still Medical Devices

MEMBER LOGIN

Email address

Password

Login

☐ Remember Me

Forgot your password? | Join now

Exhibit 4
Page 80

https://ipvm.com/reports/fda-new

- Fever Cams Still Medical Devices
- Winner Dahua, Loser Hikvision
- Other Winners And Losers
- New Entrants
- Risk of Shoddy Products Spreading

**Background: FDA Regulation of Fever Screening Cameras**

As IPVM reported last month, the FDA considers body temp screening cams (paired with a thermometer to confirm the fever) to be medical devices, technically a "Telethermographic system intended for adjunctive diagnostic screening". These require FDA 510(k) clearance before being marketed, a process that takes around 130 days.

**FDA Announces It Won't Enforce Its Own Regulations**

However, the FDA announced new guidance yesterday (April 16) stating it will temporarily "not intend to object" to those selling such cameras without 510(k) clearance:

> To help ensure the availability of products that might offer benefit to health care providers and the general public during the public health emergency, **FDA does not intend to object** to the distribution and use of telethermographic systems intended for initial body temperature assessment for triage use [emphasis added]

**Get Notified of Video Surveillance Breaking News**

[Enter Your Email]   [Sign Up]

The FDA has released a 10-page enforcement policy labeled 'contains nonbinding recommendations':

*Contains Nonbinding Recommendations*

# Enforcement Policy for Telethermographic Systems During the Coronavirus Disease 2019 (COVID-19) Public Health Emergency

## Guidance for Industry and Food and Drug Administration Staff

April 2020

**FDA Reasoning: Fighting Shortage**

The FDA said it is doing this as it wants to address the shortage of such devices:

> FDA believes the policy set forth in this guidance **may help address urgent public health concerns raised by shortages** of temperature measurement products by helping to clarify the regulatory landscape and expand the availability of telethermographic

Exhibit 4
Page 81

https://ipvm.com/reports/fda-new

> concerns raised by shortages of temperature measurement products by helping to clarify the regulatory landscape and expand the availability of telethermographic systems used for initial body temperature measurements for triage use during this public health emergency. [emphasis added]

**Policy Only Temporary**

The FDA emphasized that this guidance is temporary:

> This policy is intended to remain in effect only for the duration of the public health emergency related to COVID-19 declared by HHS

There is no indication of when HHS will declare COVID-19 to no longer be a public health emergency; yesterday, an-all time high of over 2,400 Americans died from the virus and over 500,000 have tested positive so far.

The last US public health emergency was Swine Flu, which lasted well over a year - it was declared in April 2009 and ended in June 2010. Given COVID-19's greater impact, it will likely last at least as long, if not significantly longer.

**Fever Cams Considered Medical Devices**

Despite some companies falsely claiming their fever cameras are somehow not medical devices, in this guidance, the FDA clearly states that it *does* consider these products medical devices and under its regulatory purview:

> Telethermographic systems are devices when they are intended for a medical purpose, such as measurement of the self-emanating infrared radiation that reveals the relative temperature variations of the surface of the body

> Generally, telethermographic systems fall within the definition of a device when they are intended for a medical purpose

This means that companies selling these systems will still need 510(k) clearance to sell fever detection cameras once the pandemic is over. However, the money for them is likely to be made in the immediate future.

**FDA Recommendation: Only Use With Thermometer**

While the FDA said that 510(k) clearance is temporarily waived, it did state this was as long as the cameras are for "triage use", i.e. the cameras are paired with a body thermometer to confirm whether the person actually has a fever:

> An elevated body temperature measurement is confirmed in the context of use with secondary evaluation methods (e.g., non-contact infrared thermometer (NCIT) or clinical grade contact thermometer)

**FDA Testing/Labeling Recommendations**

The FDA also recommended the fever cams are "tested and labeled consistent with the following ISO standard: IEC 80601-2-59:2017" or any "alternative performance specifications that provide similar results to IEC 80601-2-59:2017".

The FDA recommended thermal cams are tested under following "performance

Exhibit 4
Page 82

https://ipvm.com/reports/fda-new

The FDA recommended thermal cams are tested under following "performance specifications" including "measurement uncertainty, **is less than or equal to ±0.5°C (±0.9°F)** over the temperature range of at least 34-39°C (93.2-102.2°F)".

**FDA Recommends Cameras Only Used One Person at A Time**

The FDA recommended:

> should be used to measure only one subject's temperature at a time

The recommendation about only measuring one person's temp at a time goes against some firms, like Sunell's Panda Cam, which touts simultaneous fever detection:



For example, ADI yesterday sent an email saying that WatchNet (Sunell relabeller) can (impossibly) detect 16 people in 1/33 of a second:

> WatchNET's Body Temperature Detection System can detect 16 people's temperature within 30 milliseconds

**Prominent Notice Labelling**

The FDA says that a 'prominent notice' should be included, explaining:

> The labeling includes a prominent notice that the measurement should not be solely or primarily relied upon to diagnose or exclude a diagnosis of COVID-19, or any other disease;

IPVM has mocked up such a notice:



Exhibit 4
Page 83

https://ipvm.com/reports/fda-new



**BODY TEMPERATURE SCREENING IN USE. MEASUREMENT SHOULD NOT BE SOLELY OR PRIMARILY RELIED UPON TO DIAGNOSE OR EXCLUDE A DIAGNOSIS OF COVID-19, OR ANY OTHER DISEASE;**

IPVM Mockup for Demonstration Purposes Only

### Long List of Label Recommendations

Moreover, the FDA gave many other label recommendations that should be on the devices in order for users to "better understand the device":

1) The labeling includes a prominent notice that the measurement should not be solely or primarily relied upon to diagnose or exclude a diagnosis of COVID-19, or any other disease;
2) The labeling includes a clear statement that:
   a) Elevated body temperature in the context of use should be confirmed with secondary evaluation methods (e.g., an NCIT or clinical grade contact thermometer);[12]

---

[10] This is usually a blackbody (idealized physical body that absorbs all incident electromagnetic radiation) with known temperature and emissivity that can be used for thermal drift compensation.
[11] For more information on this recommendation, see Clause 201.14 of IEC 80601-2-59: 2017.
[12] This labeling recommendation is consistent with IEC 80601-2-59: 2017.

5

---

*Contains Nonbinding Recommendations*

   b) Public health officials, through their experience with the device in the particular environment of use, should determine the significance of any fever or elevated temperature based on the skin telethermographic temperature measurement;
   c) The technology should be used to measure only one subject's temperature at a time; and
   d) Visible thermal patterns are only intended for locating the points from which to extract the thermal measurement.
3) The labeling includes a clear description of:
   a) Device performance specifications and the methodology and frequency of any calibration needed to maintain the labeled specifications;[12]
   b) How to use the thermal image to make a temperature measurement to within the stated device accuracy;
   c) A description and purpose of the blackbody reference source (used for thermal drift compensation) and its importance in obtaining an accurate temperature assessment;
   d) The reference body site used for temperature estimation, including any calibration or correction needed to estimate the temperature at that location, and the accuracy of the measurement at the reference site (e.g., oral, tympanic membrane);
   e) How different environmental and system setup factors can affect the measurement, including the body site chosen for measurement, the condition of the screening site (e.g., screening background, ambient temperature and humidity, airflow);[13]
   f) Different factors to consider in the design of the facility protocol (e.g., installation, viewing angle, blackbody temperature reference source);[14]
   g) The installation procedures and qualification testing that should be performed during installation or when imaging equipment is being relocated;[15] and
   h) The appropriate imaging distance based on the spatial resolution and performance of the camera.[16]
4) The labeling references and is consistent with the guidelines in ISO/TR 13154: 2017: *Medical electrical equipment — Deployment, implementation and operational guidelines for identifying febrile humans using a screening thermograph*; and
5) The labeling highlights the differences in design, indications, or functions, as applicable, compared to the unmodified, FDA-cleared version of the product or includes a clear identification that the device is not FDA-cleared or approved.

How or where this long list of labeling should be applied is not made clear. We asked the

Exhibit 4
Page 84

https://ipvm.com/reports/fda-new

How or where this long list of labeling should be applied is not made clear. We asked the FDA for feedback and will update with their response.

**Recommendations Nonbinding**

Despite this long list of recommendations, the FDA states it its advice is not enforceable or required:

> In general, FDA's guidance documents, including this guidance, do not establish legally enforceable responsibilities. Instead, guidances describe the Agency's current thinking on a topic and **should be viewed only as recommendations**, unless specific regulatory or statutory requirements are cited. The use of the word should in Agency guidance means that something is suggested or recommended, but **not required**. [emphasis added]

**Risk: Dubious Companies Rewarded**

There has been an explosion in firms touting unregulated coronavirus-detection camera solutions. IPVM has counted 49 companies now offering such solutions, of which only a few have 510(k) clearance. Problems included:

- Athena Security faked its coronavirus marketing and is using the wrong kind of camera
- Feevr is also using the wrong kind of camera and when IPVM reported this, they threatened legal action and made false allegations against us
- Dahua also faked its coronavirus marketing

The fact that the FDA has (temporarily) given carte blanche to these unregulated products is a big boost for such firms. But it presents a risk to the public since often these companies are totally new entrants to the thermal field and do not offer the right kind of camera, setup advice, etc. This could lead to many false positives/negatives and poor implementation.

**Analysis: Dahua Winner, Hikvision Winner But Less So**

Neither Dahua nor Hikvision had FDA clearance for their thermal products going into this crisis. But Dahua decided to aggressively push fever detection anyway, even faking its marketing, while Hikvision took the more cautious path and avoided doing so in the US (it touts these products internationally, though).

But thanks to this new FDA guidance, Dahua's riskier bet is now looking like a huge winner. The thermal camera market has exploded thanks to the pandemic, with end users frantically seeking to protect clients in any way they can, and Dahua now has a big edge.

**Approved Lose Somewhat**

FLIR, Optotherm, and all the other established manufacturers who make FDA-cleared fever screening cameras have lost a significant selling point for their products: that they are the only government-approved game in town. On the other hand, those companies have significant backlogs in orders so they are still selling out of everything they can make and clearly getting a big boost from this.

Downside: Encouraging Bad Practices

Exhibit 4
Page 85

https://ipvm.com/reports/fda-new

**Downside: Encouraging Bad Practices**

On the downside, the FDA's new guidance will result in even more dubious thermal solutions being touted, and allow the fever cam Gold Rush to accelerate. Poorly-implemented solutions will likely cause false negatives/positives, leading to unnecessary harassment for regular people. Meanwhile, many will rush to buy the cheapest solution or the one with slickest marketing or simply what they can actually find available.

Another major issue is what will happen when the pandemic is over and the FDA once again requires 510(k) clearance for such solutions. Though, many of these systems may be abandoned by that time anytime.

**Upside: Clarity Finally Here, More Companies Can Enter**

On the plus side, the FDA's new guidance does offer clarity to a previously fraught situation. Many companies were declining to enter the market due to legal risks. Now, they can join which might help expand options.

**Poll / Vote**

How much would you like to see fever detection cameras used at sites you visit?

134 votes

○ Very
○ Moderately
○ Not Very

Login or signup to vote on this poll.

Integrators, how interested are you in selling fever detection cameras?

103 votes

○ Very
○ Moderately
○ Not Very

Login or signup to vote on this poll.

**1 REPORT CITE THIS REPORT:**



The Booming Multi-Billion Coronavirus Fever Camera Market on Apr 21, 2020
The market for elevated body temperature detection cameras, aka 'coronavirus cameras' aka 'fever detectors', may be worth billions

Exhibit 4
Page 86

https://ipvm.com/reports/fda-new



'coronavirus cameras' aka 'fever detectors', may be worth billions of dollars this...

Comments (12) : Members only. Login. or Join.

## MOST RECENT INDUSTRY REPORTS



Brivo Presents ACS100 Single-Door Combo Controller & Reader on Apr 27, 2020
Brivo presented its first integrated reader and controller, the ACS100 at the April 2020 IPVM New Products show. Inside this report: A...



No 'Fever Detector', FLIR Says 'EST' on Apr 27, 2020
While 'fever detectors' or 'fever cameras' are now hotly marketed, FLIR has gone the other way. While FLIR never called these devices by those...



30 Million Criminal Face Database Tested (Captis Intelligence) on Apr 27, 2020
30 million criminal mugshots are now available for facial recognition searches by subscribing to Captis Intelligence. Plus, this service is...



Hikvision Global Revenue Falls, Hit By Coronavirus on Apr 27, 2020
Hikvision's global revenue fell in the first quarter of 2020 due to the coronavirus, with Hikvision stating uncertainty for 2020 "is greater than...



The Start Up Show May 2020 Opened on Apr 24, 2020
Find out what companies are up and coming in IPVM's second Online Show this May 12th-14th, dedicated to startups. Register now to secure your...



On-Demand Recording of 40+ Manufacturers Presenting At IPVM New Products Online Show April 2020 on Apr 24, 2020
All 40+ presentations can now be watched on-demand, with 20+ hours of recorded video inside this report. Our preview video shows what you can...

Exhibit 4
Page 87

https://ipvm.com/reports/fda-new



**Ditek Presents 10 GbE Surge Protection** on Apr 23, 2020
Ditek presented its 10 Gigabit Surge Protectors at the April 2020 IPVM New Products show. Inside this report: A 30-minute video from Ditek...



**HID Presents Signo** on Apr 23, 2020
HID Global presented their new Signo readers they claim read farther and outperform previous models in the April 2020 IPVM New Products...



**The SIA Board Strongly Supports ISC West October 2020** on Apr 23, 2020
The SIA Board strongly supports the upcoming October 2020 ISC West, amidst heavy SIA member opposition in IPVM's latest survey. SIA...



**Uniview Heat-Tracker Temperature Screening Series Examined** on Apr 22, 2020
Uniview is marketing #UNVagainstCOVID19 with their Heat-Tracker series, including not only thermal camera screening systems, but options for face...

---

# IPVM

The world's leading video surveillance information source, IPVM provides the best reporting, testing and training for 10,000+ members globally. Dedicated to independent and objective information, we uniquely refuse any and all advertisements, sponsorship and consulting from manufacturers.

**TOP RESOURCES**

About            Contact          Calculator
FAQ              Tests            Camera Finder
Favorite Products   Worst Products   Privacy Policy

**NEWSLETTER**

Subscribe to the IPVM newsletter and receive the 2020 IP Camera Book.

Email Address

Submit

Exhibit 4
Page 88

https://ipvm.com/reports/fda-new