# EXHIBIT 5

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

633 West Fifth Street
Suite 1550
Los Angeles, California 90071-2027

O: 323.210.2900
F: 866.974.7329

EDWARD G. POPLAWSKI
Internet: epoplawski@wsgr.com
Direct dial:  323.210.2901

April 22, 2020

_**Via E-Mail and Certified Mail – Return Receipt Requested**_

John Honovich
President
IP Video Market Info Inc.
3713 Linden Street, Suite B
Bethlehem, Pennsylvania 18020
john@ipvm.com

John Honovich
225 Snake Lake
Kinzers, Pennsylvania 17535

**Re:    IP Video Market Info Inc. Unfair Competition**

Dear Mr. Honovich:

This Firm represents Royal Holdings Technologies Corp. d/b/a X.Labs, which has developed the Feevr system, a proprietary artificial intelligence ("AI")-based system for performing a preliminary scan to screen and detect individuals who have an elevated forehead skin temperature.  The Feevr system includes an AI-based mobile app integrated into a smartphone connected to a thermal imaging camera which acquires a thermal image.  The mobile app processes the image and determines whether an individual's forehead skin temperature exceeds a predetermined threshold.

It has come to our attention that on March 31, 2020, IP Video Market Info Inc. ("IPVM") published an article by Ethan Ace on its website, entitled "USA's Feevr Thermal System Examined."  In this article (copy attached), IPVM asserted that it "spoke with the company and examined its claims[,] including" "[t]echnical design," "[l]ow pricing," and "[a]ccuracy."  The March 31, 2020 article characterized X.Labs' descriptions and marketing of the Feevr system as misleading and claimed that the Feevr system "does not appear to work consistently" and "false positives and negatives are highly likely" when using it.  The article also indicates that the accuracy of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F)," while characterizing X.Labs' description of accuracy as "one vague claim of being within 0.4°F (0.2°C) of an 'FDA approved temperature gun.'"  Moreover, the March 31, 2020 article asserts that "the script of one of Feevr's marketing videos is <u>mostly stolen</u>

AUSTIN   BEIJING   BOSTON   BRUSSELS   HONG KONG   LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE

Exhibit 5
Page 89

**WILSON SONSINI**

John Honovich
April 22, 2020
Page 2

from a FLIR post titled Thermal Imaging for Detecting Elevated Body Temperature." (emphasis added). An "update" in the March 31, 2020 article, ostensibly published after the article was initially posted, states that X.Labs told IPVM that it has an agreement with Flir and that Flir "responded, denying Feevr's claims." In support, IPVM refers to a "FLIR SDK License Agreement" that does not even identify X.Labs. In still another "update," the article then acknowledges X.Labs' statement that "Feevr doesn't use the FLIR SDK. Feevr uses it's [*sic*] own custom app with a FLIR camera."

As you are aware, X.Labs has objected to these statements and others in the March 31, 2020 article as false, misleading, defamatory, and deceptive and as unlawful interference with its customer and supplier relationships. X.Labs has also demanded that IPVM publicly retract and disavow the article and cease its wrongful conduct. We also understand that, in connection with publishing this article, IPVM declined X.Labs' offer to provide a unit of its Feevr system to IPVM for analysis and that IPVM did not request any technical documentation from X.Labs as to the system. Instead, the article selectively uses "Feevr's own demonstration videos," from which the article concludes that "the camera's face detection does not appear to work consistently, with some subjects not properly detected until they are nearly out of the scene."

Thereafter, IPVM published another article on April 14, 2020 written by you, entitled "Beware of Feevr," in which IPVM asserts that "[t]he company is marketing a 'Feevr' solution that fundamentally lacks accuracy for its use, <u>as its thermal provider FLIR has said and IPVM testing has shown</u>." (emphasis added). These statements are false, and IPVM has yet to provide any corroboration of its claimed testing.

The April 14, 2020 article (copy attached) continues the false narrative that the Feevr system "pose[s] risks to the public." Specifically, the article falsely claims that the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human temperature detection" and "is 10x less accurate than" FDA approved thermal guns. Further, the April 14, 2020 article mischaracterizes examples of the Feevr system's imaging results as exhibiting an "alarming" "sharp divergence in temperatures," showing people "evidently dying of hypothermia or inaccuracy in measurement," and "typical for Feevr's demos." IPVM misleadingly describes the accuracy of the Feevr system as "nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F." These misleading and deceptive statements fail to take into account that the Feevr system detects skin temperature, not body temperature, and that a number of variables could impact the accuracy of surface skin measurement, as discussed prominently on the Feevr system website. In addition, the April 14, 2020 article misleadingly states that "Feevr has no FDA approval for this device" when the Feevr system specification itself affirmatively indicates that it is not FDA approved. Further, the April 14, 2020 article claims multiple times that IPVM requested information about the Feevr system and that X.Labs did not provide such information. This is false. As noted above, IPVM declined X.Labs' offer to provide a unit of the Feevr system and failed to request any technical documentation from X.Labs regarding the Feevr system. Finally, the April 14, 2020 article personally attacks X.Labs' founder, Barry Oberholzer, through improper, irrelevant, false, misleading, and deceptive statements about prior allegations and charges that, as you are aware, have been dropped.

Exhibit 5
Page 90

**WILSON SONSINI**

John Honovich
April 22, 2020
Page 3

Subsequently, IPVM has amplified its wrongful conduct with an April 17, 2020 article written by Charles Rollet, entitled "FDA 'Does Not Intend to Object' To Unapproved Fever Detection Cameras." This article begins with a statement that the "FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health emergency, even though it does consider these products medical devices." This article (copy attached) outrageously smears X.Labs as among the "Dubious Companies" that the FDA has "Rewarded." The article sets forth a list of purported "Problems" with the Feevr system without disclosing that IPVM declined to accept a unit of this system when offered. In particular, the article falsely and misleadingly states: "Feevr is also using the wrong kind of camera and when IPVM reported this, they threatened legal action and made false allegations against us . . . The fact that the FDA has (temporarily) given carte blanche to these unregulated products is a big boost for such firms. But it presents a risk to the public, since often these companies are totally new entrants to the thermal field and do not offer the right kind of camera, setup advice, etc. This could lead to many false positives/negatives and poor implementation."

IPVM's above conduct constitutes, among other things, false, deceptive, and misleading statements about X.Labs' commercial activities; trade libel and disparagement; infliction of reputational and business harm; and intentional, reckless, and negligent interference with X.Labs' contractual and customer relations and with its prospective economic advantage and business under federal and state laws. If IPVM does not promptly cease and desist such conduct and take the remedial and other actions requested below, X.Labs will be left with no recourse but to seek appropriate enforcement of its legal rights. This enforcement will include seeking injunctive relief and damages, including punitive damages, through the courts.

On behalf of X.Labs, we demand that IPVM promptly do the following and provide us with its prompt written assurances to this effect:

- Confirm in writing that it has ceased and desisted writing or publishing any and all articles containing any false, misleading, deceptive, or defamatory statements about X.Labs or its Feevr system, as well as any articles which review or assess or otherwise characterize the Feevr system without the explicit advance written approval and authorization of X.Labs;

- Issue a public retraction of the aforementioned articles which is prominently published on IPVM's website and subject to X.Labs' advance review and approval and which explicitly acknowledges the falsehoods, deceptions, and defamations;

- Identify in writing (including name, address, telephone number, and e-mail address) any entity that has paid a subscription fee or other money to IPVM to support the writing and publication of any of the aforementioned articles, including any competitor of X.Labs, or who has suggested or requested that IPVM write any article on the Feevr system;

Exhibit 5
Page 91

**WILSON SONSINI**

John Honovich
April 22, 2020
Page 4

- Identify in writing (including name, address, telephone number, and e-mail address) every individual at FLIR with whom IPVM has communicated concerning the Feevr system and any of the aforementioned articles;

- Identify with specificity in writing any and all third parties (including name, address, telephone number, and e-mail address) from whom IPVM acquired any information for any of the aforementioned articles;

- Explain the circumstances under which IPVM first learned of the Feevr system, including the identities of any third parties that brought the Feevr system to IPVM's attention and why;

- Identify all third parties with whom IPVM has a subscriber or other relationship who make, sell, or market any products in competition with X.Labs, notably, X.Labs' Sword or Feevr systems;

- Provide any and all information, including any documentation, as to any tests or analyses that IPVM or any entity on IPVM's behalf has done on the Feevr system and set forth IPVM's credentials and experience that it believes qualifies it to reliably and accurately test and evaluate the Feevr system;

- Explain IPVM's failure to acquire and use the Feevr system, including the mobile app, in connection with any testing or assessment of the Feevr system;

- Set forth in detail the employment or other relationship between IPVM and all authors of the aforementioned articles (notably, Messrs. Ace, Rollet, and Honovich), including their credentials and experience, if any, which qualify them to review the Feevr system; and

- Provide in writing a complete and accurate accounting of the identities and the number of individuals and businesses (including name, address, telephone number, and e-mail address) which have accessed any of the aforementioned March 31, 2020, April 14, 2020, and April 17, 2020 articles, whether as subscribers or otherwise.

Absent IPVM's prompt compliance with the above demands, X.Labs will proceed accordingly.

Exhibit 5
Page 92

**WILSON
SONSINI**

John Honovich
April 22, 2020
Page 5

                                         Very truly yours,

                                         WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         */s/ Edward G. Poplawski*

                                         Edward G. Poplawski

Enclosures (3).

cc:     Barry Oberholzer
         Royal Holdings Technologies Corp. d/b/a X.Labs
         Chief Executive Officer

Exhibit 5
Page 93

 About   Articles ▾   **Join Now**   Tests   Courses   Calculator   Tools ▾   Discussions   Login   Search

# USA's Feevr Thermal Temperature System Examined

By: Ethan Ace, Published on Mar 31, 2020

This US company has burst on to the scene, brashly naming itself 'feevr' and branding itself as a "**COVID 19** - AI BASED NON CONTACT THERMAL IMAGING".





We spoke with the company and examined its claims including:

- Technical Design
- Low pricing
- Accuracy claims and challenges
- Aggressive / misleading marketing concerns

**Feevr Overview**

Feevr is part of X.Labs, a California-based startup founded in 2018 to develop a portable millimeter-wave weapons detection system, called SWORD. X.Labs and Feevr list fewer than 10 employees on LinkedIn.

**Low Pricing**

One of the most notable elements is that they are selling this for 'just' $2,500 USD per kit,

**MEMBER LOGIN**

Login

Password

Login

☐ Remember Me

Forgot your password? | Join now

https://ipvm.com/reports/feevr

Exhibit 5
Page 94

**Low Pricing**

One of the most notable elements is that they are selling this for just $2,500 USD per kit, compared to 4x that price even for typical China options. For example, Dahua's thermal temperature measurement kit sells for over $13,000 online, while InVid's (Sunell OEM) body temperature camera sells for ~$10,000+.

**Technical Design Overview**

The Feevr thermal screening system consists of FLIR One Pro camera attached to an Android smartphone. The Feevr app performs screening functions, essentially detecting faces in the field of view, then ~~measuring the hottest part of the face~~. Update: Feevr says, "We measure the forehead and inner eyelid. We don't randomly test the hottest part of the face."

Subjects flash red if elevated temperature is detected (98.5° by default). Update: Feevr responded saying, "The system's default is 98 correlating with 100.4 core body temp."

**Get Notified of Video Surveillance Breaking News**

Enter Your Email     Sign Up



Feevr does not require or recommend a black body calibrator as many systems do. In our discussions, Feevr cited detection range as ~10', but do not clearly specify range in their documentation. Update: Feevr says "The feevr spec states 6-10 feet range"

**Accuracy Claims and Challenges**

Feevr does not make specific accuracy claims in their documentation other than one vague claim of being within 0.4°F (0.2°C) of an "FDA approved temperature gun."

https://ipvm.com/reports/feevr

Exhibit 5
Page 95

Feevr does not make specific accuracy claims in their documentation other than one vague claim of being within 0.4°C (0.2°C) of an "FDA-approved temperature curve."

However, the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body temperature. By contrast, most of the systems we have surveyed claim accuracy of ±0.3° C or lower, only about 0.5° F. Because the forehead and face are highly susceptible to variations caused by environment and activities of the person being screened (e.g. exercising or consuming alcohol), combined with the limited accuracy FLIR One Pro camera, false positives and negatives are highly likely.

Second, in Feevr's own demonstration videos, the camera's face detection does not appear to work consistently, with some subjects not properly detected until they are nearly out of the scene. In less ideal conditions or if users try to perform screening at longer ranges, this detection is likely to work less consistently.



### Aggressive / Misleading Marketing Challenges

Feevr repeatedly refers to COVID-19 in its marketing, including the very top of their website:



And for the first ten seconds of their marketing video:

https://ipvm.com/reports/feevr

Exhibit 5
Page 96

individuals in a crowd with an elevated temperature.

And for the first ten seconds of their marketing video:



But no screening system can detect coronavirus, regardless of what is claimed.

Finally, the script of one of Feevr's marketing videos is mostly stolen from a FLIR post titled Thermal Imaging for Detecting Elevated Body Temperature, with references to FLIR changed to Feevr.



Compare the video above to this passage from FLIR's post:

> Can thermal cameras be used to detect a virus or an infection? The quick answer to this question is no, but thermal imaging cameras can be used to detect Elevated Body Temperature. FLIR thermal cameras have a long history of being used in public spaces —such as airports, train terminals, businesses, factories, and concerts—as an effective

https://ipvm.com/reports/feevr

Exhibit 5
Page 97

This question is no, but thermal imaging cameras can be used to detect Elevated Body Temperature. FLIR thermal cameras have a long history of being used in public spaces —such as airports, train terminals, businesses, factories, and concerts—as an effective tool to measure skin surface temperature and identify individuals with Elevated Body Temperature (EBT).

In light of the global outbreak of the coronavirus (COVID-19), which is now officially a pandemic, society is deeply concerned about the spread of infection and seeking tools to help slow and ultimately stop the spread of the virus. Although no thermal cameras can detect or diagnose the coronavirus, FLIR cameras can be used as an adjunct to other body temperature screening tools for detecting elevated skin temperature in high-traffic public places through quick individual screening.

Update: Feevr responded saying "The company now claims stealing even though we have an agreement with Flir." FLIR had reviewed Feevr's video prior to our publication and did not indicate Feevr had permission to use it. We have asked FLIR for confirmation on Feevr's claim and will update when they provide this.

Update on this update: FLIR has responded, denying Feevr's claims, saying, "we do not have a PSA with Feevr or X.Lab or an agreement for them to use our copyrighted material."

**Outlook Mixed**

We are particularly worried about how accurate this will be and how misleading much of their marketing is. The main plus is that it is quite inexpensive, so for a thing that many users may abandon in a matter of months or may use mostly as a placebo, this represents a much lower-cost way of delivering it.

**Vote / Poll**

## How interested are you in Feevr?

171 votes

○ Very
○ Moderately
○ Not Very

Login or signup to vote on this poll.

**UPDATE - FLIR SDK Violation Risk**

The FLIR SDK License Agreement prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from apps like Feevr's:

https://ipvm.com/reports/feevr

Exhibit 5
Page 98

The FLIR SDK License Agreement prohibits the use of FLIR devices like the FLIR ONE Pro that Feevr uses, from apps like Feevr's:

> 3.     **USE OF THE FLIR SDK.**     Developer acknowledges and agrees that Developer shall be responsible for all use of the FLIR SDK by Developer hereunder. In particular:
>
> 3.1     Developer shall use the FLIR SDK only as authorized in this Agreement and as described in the FLIR Documentation. All use of the FLIR SDK by Developer hereunder shall strictly comply with all applicable laws and regulations, and all Apps developed by Developer hereunder and the intended use for such Apps shall strictly comply with all applicable laws and regulations. The FLIR SDK may not be used in conjunction with any Apps designed for medical or health-related purposes.

While FLIR declined to comment on any legal discussions, they confirmed the FLIR SDK clause about not marketing for medical or health purposes.

Update: Feevr says "Feevr doesn't use the flir SDK. Feevr uses it's own custom app with a FLIR camera." We have asked FLIR for comment and confirmation.

Update on this update: FLIR responded saying, "We don't have clarity on how they've developed their product, but as we have mentioned before, we have a different set of cameras that we market for elevated skin temperature screening. The FLIR ONE Pro is not on that list."

## 6 REPORTS CITE THIS REPORT:



**FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras** on Apr 17, 2020
The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health...



**Beware Of Feevr** on Apr 14, 2020
Beware of "Feevr". The company is marketing a 'Feevr' solution that fundamentally lacks accuracy for its use, as its thermal provider FLIR has said...

https://ipvm.com/reports/feevr

Exhibit 5
Page 99



**Smartphone Thermal Camera Body Temperature Measurement Tested (FLIR / Seek)** on Apr 10, 2020

Thermal cameras have exploded in popularity due to coronavirus, but can portable smartphone thermal cameras be used for temperature...



**USA ICI Elevated Skin Temperature Detectors Examined** on Apr 06, 2020

Infrared Cameras, Inc. (ICI) is aiming to help slow the spread of COVID-19 with "pinpoint accurate skin temperature measurement" using their...



**Dahua Faked Coronavirus Camera Marketing** on Apr 01, 2020

Dahua has conducted a coronavirus camera global marketing campaign centered around a faked detection. Now, Dahua has expanded this to the USA,...



**USA's Seek Scan Thermal Temperature System Examined** on Apr 01, 2020

This US company, Seek, located down the road from FLIR and founded by former FLIR employees is offering a thermal temperature system for the...

**Comments** (38) : Members only. Login. or Join.

## MOST RECENT INDUSTRY REPORTS



**Camio Presents Coronavirus Social Distancing Analytics** on Apr 20, 2020

Camio presented its social distancing analytics for responding to coronavirus at the April 2020 IPVM New Products show. Inside this report: A...



**Cobalt Robots Respond To Coronavirus** on Apr 20, 2020

https://ipvm.com/reports/feevr

Exhibit 5
Page 100



**Cobalt Robots Respond to Coronavirus** on Apr 20, 2020
Startup Cobalt Robotics is responding to coronavirus with new features including integrated elevated body temperature screening, PPE and social...



**Bottom: Integrators Start To Stand Vs Coronavirus** on Apr 20, 2020
Good news - IPVM integrator statistics show that while coronavirus has hit integrators hard, it is now bottoming out and starting to...



**Favorite VSaaS Providers 2020** on Apr 17, 2020
VSaaS is starting to become mainstream but who are integrator's favorite? 200+ integrators told us their choices. The top choice? No one. But 4...



**FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras** on Apr 17, 2020
The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health...



**New Products Online Show With 40+ Manufacturers - Now ON DEMAND** on Apr 16, 2020
IPVM had over 2,500 members attend our first show. Recordings from the full event are posted at the bottom of this report. Watch the New Products...



**Dynamic vs Static IP Addresses Tutorial** on Apr 16, 2020
While many cameras default to DHCP out of the box, that does not mean you should use it. This may seem basic for some, but those new to the...

https://ipvm.com/reports/feevr

Exhibit 5
Page 101



**Convergint Outlook Turns Negative** on Apr 16, 2020

Convergint's outlook has turned negative, according to bond rater Moody's, released shortly after IPVM's report about Convergint's billion dollars...



**Avigilon Open Analytics Tested** on Apr 16, 2020

After years of effectively closed analytics, Avigilon decided in late 2018 to open up. Now, via ONVIF Profile T, Avigilon analytics are open and...



**Vivotek LPR Camera Tested** on Apr 15, 2020

Vivotek has historically sold license plate capture cameras but not LPR. Now, they have released their own cameras with embedded LPR. How do they...

# IPVM

The world's leading video surveillance information source, IPVM provides the best reporting, testing and training for 10,000+ members globally. Dedicated to independent and objective information, we uniquely refuse any and all advertisements, sponsorship and consulting from manufacturers.

**TOP RESOURCES**

About

FAQ

Favorite Products

Contact

Tests

Worst Products

Calculator

Camera Finder

Privacy Policy

**NEWSLETTER**

Subscribe to the IPVM newsletter and receive the 2020 IP Camera Book.

Email Address

Submit

https://ipvm.com/reports/feevr

Exhibit 5
Page 102



About    Articles ▾    **Join Now**    Tests    Courses    Calculator    Tools ▾    Discussions    Login    🔍 Search

# Beware Of Feevr

By: John Honovich, Published on Apr 14, 2020

Beware of "Feevr". The company is marketing a 'Feevr' solution that fundamentally lacks accuracy for its use, as its thermal provider FLIR has said and IPVM testing has shown. Plus, it lacks FDA approval, as the company's premier distributor has admitted.





MEMBER LOGIN

Login

Password

Login

☐ Remember Me

Forgot your password? | Join now

Feevr has refused to address these fundamental issues, instead repeatedly threatening legal action against IPVM.

Amidst this, the company says they are winning a growing number of huge USA companies.

**Demonstrations Issues**

Their home page features this demonstration - left 91.3°F, center, 90°F, right 99°F:



Exhibit 5
Page 103

https://ipvm.com/reports/feevr2



The red box on the right is an alarm on the person who may have a 'feevr' (99°F) but the sharp divergence in temperatures is more alarming. The two people on the left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement.

That's typical for Feevr's demos. Indeed, Feevr attempts to explain it as a positive in this Twitter video where they show even a lower reading of 89.6°F, excerpted below:



They then compare it to laser handheld thermometer, which reads similarly:



Get Notified of Video Surveillance Breaking News

Enter Your Email        Sign Up



https://ipvm.com/reports/feevr2

Exhibit 5
Page 104

Instead of the obvious issue of the thermometer they are using, this is used as proof that Feevr works.

**Temperature Detection Inaccurate**

Feevr's CISO Jasun Tate responded to IPVM's accuracy concerns claiming:

> The specifications for the FLIR One Pro and the many other products that are available are publicly available. The specifications outlined within **our product and its capabilities are commiserate with the abundance FDA Approved Thermal Guns** that are currently being leveraged literally across the entire world. [emphasis added]

However, that is simply wrong, as we explained to Feevr, the FLIR One Pro they use is 10x less accurate than, e.g., FLIR's FDA approved thermal gun, as we responded to Tate:

> FDA approved thermal guns typically have more higher accuracy specifications. For example, the FLIR EXTech IR200 specifies "is accurate to 0.5°F (0.3°C)" which is much more accurate than the FLIR One Pro which has "Measurement Accuracy ±3°C (5.4°F) or ±5%".

Moreover, FLIR's spokesperson reinforced that problem, confirming to IPVM:

> We do not recommend the FLIR ONE Pro or Lepton-based devices for this use case.

Indeed, FLIR's specifications are clear:

| Measurement Accuracy | ±3°C (5.4°F) or ±5%, |

That is nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F.

Moreover, IPVM tested the FLIR Pro One and it performed inaccurately for human temperature detection, just as FLIR indicated.

**Repeated Legal Threats**

In response, Feevr has threatened IPVM with legal action, saying:

Cease and Desist : Defamatory / Slanderous and
Threatening Activity Warning   Inbox ×
Jasun Tate <jasun@sword.technology>                    3:45 AM (8 hours ago)
to eace, ethan, e-ace, eace, jhonovich, honovich, nietzscheggomez921, jhonovich, lingrchou, john,  ▼

Dear John and Ethan,

After reviewing the methods leveraged by your firm to attempt to develop negative and defamatory

Dear John and Ethan,

After reviewing the methods leveraged by your firm to attempt to develop negative and defamatory
content regarding our company, in tandem with an investigation report recently obtained by our legal
counsel that affirms not only that your past history of harassing companies and their clients, investors
and buisness relations  but that It is a common trait for you to use blackmail, and threatening verbiag
to encourage narratives that align with your own personal and financial agenda, we are submitting th
following CEASE and DESIST in lieu of a warning letter.

We are keen on accuracy and fairness in our reporting so we asked them to enumerate
what specific statements were false or objectionable so we could review and respond.
Feevr again said:

**Jasun Tate** <jasun@sword.technology>  9:48 AM (2 hours ago)
to lingrchou, John, Ethan, Barry, Todd, Steve  ▾

Good Morning John,
We have been advised by our legal representation WSGR that they will follow up
with all parties involved with IPVM and this campaign as soon as they finish thier
due process.

We understand you feel the need to have a timeline. Please, we are simply giving
you a heads up as you have given us.

But in short, you will see in our legal response there are much more than 1 case.

Much more.

Finally, Feevr had an attorney (though not from mega law firm Wilson Sonsini) send us a
list of objections. We updated our original report with their feedback and called up their
attorney and spoke for 40 minutes explaining our concerns about accuracy, FDA and their
CEO's business track record. We agreed that Feevr would take ~5 hours until 5 pm PT April
13th to respond to those concerns. At ~5:10 pm PT, the attorney called me to ask for 45
more minutes saying they were working on a response. We agreed to the extension but just
before 6pm PT, Feevr then declined to provide any response, again citing Wilson Sonsini:

**jasun** <jasun@sword.te…   Mon, Apr 13, 8:57 PM (9 hours ago)
to John, heidi, Barry, Charles  ▾

Good Afternoon John,

We have decided to refer the matter to our counsel Wilson Sonsini, and they will be
in contact with your office soon.

The facts remain. The thermal sensor they are using is not specified nor recommended by
their provider for such a 'feevr' application. And Feevr cannot address this, only threaten
legal action.

**Violates FDA Rules**

https://ipvm.com/reports/feevr2

Exhibit 5
Page 106

**Violates FDA Rules**

Equally importantly, Feevr has no FDA approval for this device, an important matter the FDA explained to IPVM recently.

The CEO of Feevr's "premier US distributor" admitted the lack of approval saying:



We also asked Feevr about how they are handling their lack of FDA approval but they declined to comment on this as well.

However, SDS's CEO says they are winning big deals:

> Thousands of the systems are in use today and one of our Fortune 5 customers just placed a follow on order for 500 more, thus validating it's usefulness.

Clearly, SDS and X.Labs (i.e., Feevr) consider this a 'fever detection device' that requires FDA regulation because they literally said so in their press release announcing this:



Accuracy and legal issues aside, we believe Feevr and SDS that they are selling a lot of these devices right now.

**CEO Barry Oberholzer**

The visionary behind this, Feevr's / X.Labs CEO Barry Oberholzer, has had an incredible career. Most recently featured in a 2019 Daily Beast profile: He's a Wanted Man in South Africa. Now He's Pushing an App to Help Solve School Shootings in America and as far back as 2012 in a WSJ article: South Africa Probes a Leader as Presidential Race Looms.



Oberholzer responded to IPVM's question about the allegations, saying:

WSJ article: South Africa Probes a Leader as Presidential Race Looms.



Oberholzer responded to IPVM's question about the allegations, saying:

> these charges were dropped and were a result of improper representation due to the
> nature of my career with the government at the time.

He also included pre-emptive legal threats (even before Tate), warning:

> What would you like to know pertaining to FEEVR as I would like to communicate on
> topics that keep us both founded in truth, while not perpetuating slanderous or
> defamatory elements that our legal team takes careful note of...

> leveraging methods that can be considered slanderous, defamatory and ultimately
> incorrect is something me nor my organization takes lightly.

But no speculation needs to be made as Oberholzer has published an autobiography, "The
Black Market Concierge: Sanction Busting, Smuggling & Spying for America". While his
relationship with the US government cannot be verified, his own writing about what he did
before his alleged US government relationship explains how he operates, with admissions
such as:

> my preference for seeing life as a game of roulette, where putting everything on black
> seemed as good a strategy as any.

> Sometimes, the need – almost the desperation – to make some money or kick-start a
> business blinds you to the consequences. You start to justify to yourself the shadier
> side of a deal, take short cuts that would not go down well at business school.

> there were ways to circumvent sanctions: elaborate routes, descriptions of exports
> that were artful and inventive, a mesh of companies that were here today and gone
> tomorrow. Even the US Treasury and the CIA couldn't keep track of every transaction.
> And I continued to tell myself that what we were doing was fair. There were no
> weapons involved, nor technology that would make them. But I was deceiving myself.
> I knew the Iranians were trying to reverse engineer the technology they were able to
> obtain.

> As a US citizen, I was obviously subject to US law and some of my business ventures –
> the good, the bad and the ugly – had probably veered beyond the limits of federal
> legislation.

We asked Feevr for feedback on Oberholzer's statements in his book but Feevr declined.

**Feevr Winning But Risks Remain**

Oberholzer's self-stated preference for 'putting everything on black' is happening here. And
he, Feevr, and SDS are winning big right now.

https://ipvm.com/reports/feevr2

Exhibit 5
Page 108

Oberholzer's self-stated preference for 'putting everything on black' is happening here. And he, Feevr, and SDS are winning big right now.

And, if despite the issues raised by their thermal provider FLIR and the lack of FDA approval, customers want to use such a device for 'fever detection', so be it, but this does pose risks to the public who may depend on this to avoid being infected in this ongoing crisis.

## 1 REPORT CITE THIS REPORT:



**FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras** on Apr 17, 2020
The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health...

## COMMENTS (28)

*Only IPVM Members may comment. Login or Join.*

### Shay Fogel
Apr 14, 2020

Well done.

### Pavel Grozdov
Apr 14, 2020

Good on you guys, I respect you chasing the story no matter what. There are plenty of businesses like this in all kinds of industries who sell devices which are not suitable for the task they're marketed for.

### Undisclosed Manufacturer #1
Apr 14, 2020

I think the simpler moral of this story is not to buy products endorsed by a guy with that kind of haircut. Simple rules to live by, even if he's just styling it like that because his barber has been closed for over a month.

https://ipvm.com/reports/feevr2

Exhibit 5
Page 109

I think the simpler moral of this story is not to buy products endorsed by a guy with that kind of haircut. Simple rules to live by, even if he's just styling it like that because his barber has been closed for over a month.

## Undisclosed #2
Apr 14, 2020

I cannot understand why Shooter Detection Systems would want to be associated with such an obviously bad product. Are they incapable of doing even a simple evaluation of the product to understand it is useless? Are they so desperate for revenue that they will sell out the trust they have built with customers for a quick buck?

Feevr has no reputation to product in the industry, and when this is over they will likely move on to try and sell snake oil elsewhere, but Shooter Detection Systems will be permanently damaged from the blowback if they really are selling these units to lots of customers.

## John Honovich
IPVM | Apr 14, 2020

Feevr's CISO is now falsely alleging:

> RE: Post Published: Terroristic Harrasment Please Stop (CC Law Enforcement) (Published)  Inbox ×
>
> jasun <jasun@sword.technology>                                    8:35 AM (25 minutes ago)

Falsely claiming, 100% untrue:

> But since I have your attention let's discuss what we will not tolerate. Harrasment, Threats, Scams, and Inappropriate and Lewd Advancements to our staff.
>
> You reached out to our female legal counsel unsolicited via a hidden number after we tried to communicate with you many times directly via phone.
>
> Her number was not publically published so you took measures on your own to investigate, conduct OSINT and intimidate a female in efforts to get a story for your blog.
>
> These tactics techniques and protocols that you leverage are illegal, threatening and harassing people for personal agenda without regard for privacy, safety integrity is criminal.

Their attorney was professional and we had a good conversation for 40 minutes, as the call

https://ipvm.com/reports/feevr

Exhibit 5
Page 110

criminal.

Their attorney was professional and we had a good conversation for 40 minutes, as the call record below shows:



And I emailed her this follow up confirming our conversation and the 8pm ET deadline:



And at 6 minutes past 8pm, their attorney called me up to ask for the extension described in the post, as this call record below shows:



Feevr's tactics are stunning and their claims 100% false.

https://ipvm.com/reports/feevr2

Exhibit 5
Page 111

Feevr's tactics are stunning and their claims 100% false.

Moreover, Feevr 's Tate continues to try to email my family members with these messages, even though my family members have no business involvement with IPVM.

## Undisclosed #2
In reply to John Honovich | Apr 14, 2020

> Moreover, Feevr 's Tate continues to try to email my family members with these messages,

Are you saying they conducted OSINT to gather contact info for your family members?

## John Honovich
IPVM | In reply to Undisclosed #2 | Apr 14, 2020

> they conducted OSINT

For others, OSINT means Open-source intelligence. Looking things up on the Internet is looking things up on the Internet. But repeatedly emailing addresses he believes are from my family members, threatening legal action, is an intimidation tactic.

## Undisclosed #2
In reply to John Honovich | Apr 14, 2020

> Her number was not publically published so you took measures on your own to investigate, conduct OSINT and intimidate a female in efforts to get a story for your blog.

I was referring to this statement from his email, where he makes the accusation to you:

> Her number was not publically published so you took measures on your own to investigate, conduct OSINT and intimidate a female in efforts to get a story for your blog.

I appears that he did the same thing he was accusing you of.

https://ipvm.com/reports/feevr2

Exhibit 5
Page 112

I appears that he did the same thing he was accusing you of.

### John Honovich
IPVM | In reply to Undisclosed #2 | Apr 14, 2020

We contacted Feevr's attorney in response to the attorney's email to us. Feevr repeatedly tried to email my family members bringing them into this.

### Undisclosed #4
In reply to John Honovich | 7 days ago

> Feevr repeatedly tried to email my family members...

Holy Crap! John has family members??!!!

:)

### Undisclosed Manufacturer #5
In reply to Undisclosed #4 | 7 days ago

It's been rumored they even like him.

### Undisclosed Integrator #10
In reply to John Honovich | 4 days ago

> We contacted Feevr's attorney in response to the attorney's email to us. Feevr repeatedly tried to email my family members bringing them into this.

Sounds like my ex-wife. And I really am *not* joking.

### Undisclosed Manufacturer #8
In reply to John Honovich | 4 days ago

What is very odd is he points out the gender of who you called. How is this in any way relevant unless he is claiming at the end of your interview you made a pass at her?

https://ipvm.com/reports/feevr2

Exhibit 5
Page 113

What is very odd is he points out the gender of who you called. How is this in any way relevant unless he is claiming at the end of your interview you made a pass at her?

John- Thanks for the interview, you sound hot! I bet you can detect my fever now.



**Sean Nelson**
Nelly's Security
Apr 14, 2020

Would a legal counsel really advise their own client to write a cease and desist via email on their own?

**Undisclosed Manufacturer #3**
Apr 14, 2020

You should invite them to the online trade show.



**Matthew Nederlanden**
Apr 14, 2020

Any chance this guy owns a Tiger?



**Marco Sanchez**
In reply to Matthew Nederlanden | Apr 14, 2020

The most amazing comment ever. Well played hahahaha!!!

**Undisclosed Manufacturer #6**
In reply to Matthew Nederlanden | 7 days ago

I don't think your comment is enough to win the Internet for the day, but you certainly win IPVM for today.

https://ipvm.com/reports/feevr2

Exhibit 5
Page 114



**Michael Gonzalez**
Integrated Security Technologies, Inc.
7 days ago

$20 says his "lawyer" is just another one of his con artist friends with an equally disturbing haircut.

## John Honovich
IPVM | In reply to Michael Gonzalez | 7 days ago

The attorney I spoke to was professional and intelligent. My impression from speaking to her was that she was brought in to handle this and not part of their core group.



**Michael Gonzalez**
Integrated Security Technologies, Inc.
In reply to John Honovich | 7 days ago

You're a patient man John. Glad you're on the job.

## Undisclosed #7
7 days ago

> "Thousands of the systems are in use today and one of our Fortune 5 customers just placed a follow on order for 500 more, **thus validating it's usefulness**."

this is such an obvious straw man argument that it injured my brain reading it.

## Sean Huver
Defendry | In reply to Undisclosed #7 | 6 days ago

A silver lining of this pandemic is that unethical folks seem to be tripping over themselves to show what their true colors really are.

https://ipvm.com/reports/feevr2

Exhibit 5
Page 115

## Undisclosed Manufacturer #8
7 days ago

These guys appear to be very shady. Hopefully the Feds get involved.

And the haircut is just embarrassing.

---

## Andrew Somerville
6 days ago

What on earth does "**our product and its capabilities are commiserate with the abundance FDA Approved Thermal Guns**" mean?

Commiserate: "express or feel sympathy or pity". Commensurate: "corresponding in size or degree"

---



## Michael Gonzalez
Integrated Security Technologies, Inc.
In reply to Andrew Somerville | 6 days ago



https://ipvm.com/reports/feevr2

Exhibit 5
Page 116

**WHAT YOU THINK IT MEMES**

## Undisclosed Integrator #9
5 days ago

Excellent reporting! The USA and the world need more companies like IPVM to root out the scams. Thank you.

## Undisclosed Integrator #10
4 days ago

> But in short, you will see in our legal response there are much more than 1 case.
>
> Much more.


m Dramatic Look    Watch later    Share

## MOST RECENT INDUSTRY REPORTS



Camio Presents Coronavirus Social Distancing Analytics on Apr 20, 2020
Camio presented its social distancing analytics for responding to coronavirus at the April 2020 IPVM New Products show. Inside this report: A...

https://ipvm.com/reports/feevr2

Exhibit 5
Page 117

 coronavirus at the April 2020 IPVM New Products show. Inside this report: A...



**Cobalt Robots Respond To Coronavirus** on Apr 20, 2020
Startup Cobalt Robotics is responding to coronavirus with new features including integrated elevated body temperature screening, PPE and social...



**Bottom: Integrators Start To Stand Vs Coronavirus** on Apr 20, 2020
Good news - IPVM integrator statistics show that while coronavirus has hit integrators hard, it is now bottoming out and starting to...



**Favorite VSaaS Providers 2020** on Apr 17, 2020
VSaaS is starting to become mainstream but who are integrator's favorite? 200+ integrators told us their choices. The top choice? No one. But 4...



**FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras** on Apr 17, 2020
The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health...



**New Products Online Show With 40+ Manufacturers - Now ON DEMAND** on Apr 16, 2020
IPVM had over 2,500 members attend our first show. Recordings from the full event are posted at the bottom of this report. Watch the New Products...



**Dynamic vs Static IP Addresses Tutorial** on Apr 16, 2020
While many cameras default to DHCP out of the box, that does not mean you should use it. This may seem basic for some, but those new to the...

https://ipvm.com/reports/feevr2

Exhibit 5
Page 118



new to the...

---



**Convergint Outlook Turns Negative** on Apr 16, 2020
Convergint's outlook has turned negative, according to bond rater Moody's, released shortly after IPVM's report about Convergint's billion dollars...

---



**Avigilon Open Analytics Tested** on Apr 16, 2020
After years of effectively closed analytics, Avigilon decided in late 2018 to open up. Now, via ONVIF Profile T, Avigilon analytics are open and...

---

**Vivotek LPR Camera Tested** on Apr 15, 2020
Vivotek has historically sold license plate capture cameras but not LPR. Now, they have released their own cameras with embedded LPR. How do they...

---

# IPVM

The world's leading video surveillance information source, IPVM provides the best reporting, testing and training for 10,000+ members globally. Dedicated to independent and objective information, we uniquely refuse any and all advertisements, sponsorship and consulting from manufacturers.

**TOP RESOURCES**

| About | Contact | Calculator |
| FAQ | Tests | Camera Finder |
| Favorite Products | Worst Products | Privacy Policy |

**NEWSLETTER**

Subscribe to the IPVM newsletter and receive the 2020 IP Camera Book.

Email Address

Submit

https://ipvm.com/reports/feevr2

Exhibit 5
Page 119

  

# FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras

By: Charles Rollet, Published on Apr 17, 2020 | ✉ Email This

Barry, email this to...

✉ Send

The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health emergency, even though it does consider these products medical devices, it has announced in new guidance.



The guidance comes after weeks of uncertainty about the legal status of these products, which traditionally require FDA 510(k) clearance prior to being marketed/sold. But that has not stopped numerous firms from touting unapproved cameras as they cash in on a pandemic-induced Gold Rush.

However, in order to "help address urgent public health concerns", the FDA is now saying it "does not intend to object" to the distribution of unapproved fever detection cameras, although this leniency will

Exhibit 5
Page 120



In this note, IPVM examines this new announcement and its impacts closely, including:

- Background: FDA Regulation of Fever Screening Cameras
- FDA New Thermal Camera Enforcement Policy Announced
- FDA Reasoning: Fighting Shortage
- Policy Only Temporary
- Fever Cams Still Medical Devices
- Winner Dahua, Loser Hikvision
- Other Winners And Losers
- New Entrants
- Risk of Shoddy Products Spreading

**Background: FDA Regulation of Fever Screening Cameras**

As IPVM reported last month, the FDA considers body temp screening cams (paired with a thermometer to confirm the fever) to be medical devices, technically a "Telethermographic system intended for adjunctive diagnostic screening". These require FDA 510(k) clearance before being marketed, a process that takes around 130 days.

**FDA Announces It Won't Enforce Its Own Regulations**

However, the FDA announced new guidance yesterday (April 16) stating it will temporarily "not intend to object" to those selling such cameras without 510(k) clearance:

> To help ensure the availability of products that might offer benefit to health care providers and the general public during the public health emergency, **FDA does not intend to object** to the distribution and use of telethermographic systems intended for initial body temperature assessment for triage use [emphasis added]

The FDA has released a 10-page enforcement policy labeled 'contains nonbinding recommendations':

Exhibit 5
Page 121



Enforcement Policy for
**Teletermographic Systems
During the Coronavirus Disease
2019 (COVID-19) Public Health
Emergency**

**Guidance for Industry and
Food and Drug Administration Staff**

April 2020

**FDA Reasoning: Fighting Shortage**

The FDA said it is doing this as it wants to address the shortage of such devices:

> FDA believes the policy set forth in this guidance **may help address urgent public health concerns raised by shortages** of temperature measurement products by helping to clarify the regulatory landscape and expand the availability of teletermographic systems used for initial body temperature measurements for triage use during this public health emergency. [emphasis added]

**Policy Only Temporary**

The FDA emphasized that this guidance is temporary:

> This policy is intended to remain in effect only for the duration of the public health emergency related to COVID-19 declared by HHS

There is no indication of when HHS will declare COVID-19 to no longer be a public health emergency; yesterday, an-all time high of over 2,400 Americans died from the virus and over 500,000 have tested positive so far.

The last US public health emergency was Swine Flu, which lasted well over a year - it was declared in April 2009 and ended in June 2010. Given COVID-19's greater impact, it will likely last at least as long, if not significantly longer.

Exhibit 5
Page 122



Despite some companies falsely claiming their fever cameras are somehow not medical devices, in this guidance, the FDA clearly states that it *does* consider these products medical devices and under its regulatory purview:

> Telethermographic systems are devices when they are intended for a medical purpose, such as measurement of the self-emanating infrared radiation that reveals the relative temperature variations of the surface of the body
>
> Generally, telethermographic systems fall within the definition of a device when they are intended for a medical purpose

This means that companies selling these systems will still need 510(k) clearance to sell fever detection cameras once the pandemic is over. However, the money for them is likely to be made in the immediate future.

**FDA Recommendation: Only Use With Thermometer**

While the FDA said that 510(k) clearance is temporarily waived, it did state this was as long as the cameras are for "triage use", i.e. the cameras are paired with a body thermometer to confirm whether the person actually has a fever:

> An elevated body temperature measurement is confirmed in the context of use with secondary evaluation methods (e.g., non-contact infrared thermometer (NCIT) or clinical grade contact thermometer)

**FDA Testing/Labeling Recommendations**

The FDA also recommended the fever cams are "tested and labeled consistent with the following ISO standard: IEC 80601-2-59:2017" or any "alternative performance specifications that provide similar results to IEC 80601-2-59:2017".

The FDA recommended thermal cams are tested under following "performance specifications" including "measurement uncertainty, **is less than or equal to ±0.5°C (±0.9°F)** over the temperature range of at least 34-39°C (93.2-102.2°F)".

Exhibit 5
Page 123



The FDA recommended:

> should be used to measure only one subject's temperature at a time

The recommendation about only measuring one person's temp at a time goes against some firms, like Sunell's Panda Cam, which tout simultaneous fever detection:



For example, ADI yesterday sent an email saying that WatchNet (Sunell relabeller) can (impossibly) detect 16 people in 1/33 of a second:

> WatchNET's Body Temperature Detection System can detect 16 people's temperature within 30 milliseconds

**Prominent Notice Labelling**

The FDA says that a 'prominent notice' should be included, explaining:

> The labeling includes a prominent notice that the measurement should not be solely or primarily relied upon to diagnose or exclude a diagnosis of COVID-19, or any other disease;

IPVM has mocked up such a notice:

Exhibit 5
Page 124



IPVM



**Long List of Label Recommendations**

Moreover, the FDA gave many other label recommendations that should be on the devices in order for users to "better understand the device":

Exhibit 5
Page 125



evaluation methods (e.g., an NCIT or clinical grade contact thermometer); [note]

[10] This is usually a blackbody (idealized physical body that absorbs all incident electromagnetic radiation) with known temperature and emissivity that can be used for thermal drift compensation.
[11] For more information on this recommendation, see Clause 201.14 of IEC 80601-2-59: 2017.
[12] This labeling recommendation is consistent with IEC 80601-2-59: 2017.

5

*Contains Nonbinding Recommendations*

    b) Public health officials, through their experience with the device in the particular environment of use, should determine the significance of any fever or elevated temperature based on the skin telethermographic temperature measurement;
    c) The technology should be used to measure only one subject's temperature at a time; and
    d) Visible thermal patterns are only intended for locating the points from which to extract the thermal measurement.
3) The labeling includes a clear description of:
    a) Device performance specifications and the methodology and frequency of any calibration needed to maintain the labeled specifications;[12]
    b) How to use the thermal image to make a temperature measurement to within the stated device accuracy;
    c) A description and purpose of the blackbody reference source (used for thermal drift compensation) and its importance in obtaining an accurate temperature assessment;
    d) The reference body site used for temperature estimation, including any calibration or correction needed to estimate the temperature at that location, and the accuracy of the measurement at the reference site (e.g., oral, tympanic membrane);
    e) How different environmental and system setup factors can affect the measurement, including the body site chosen for measurement, the condition of the screening site (e.g., screening background, ambient temperature and humidity, airflow);[13]
    f) Different factors to consider in the design of the facility protocol (e.g., installation, viewing angle, blackbody temperature reference source);[14]
    g) The installation procedures and qualification testing that should be performed during installation or when imaging equipment is being relocated;[15] and
    h) The appropriate imaging distance based on the spatial resolution and performance of the camera.[16]
4) The labeling references and is consistent with the guidelines in ISO/TR 13154: 2017: *Medical electrical equipment — Deployment, implementation and operational guidelines for identifying febrile humans using a screening thermograph*; and
5) The labeling highlights the differences in design, indications, or functions, as applicable, compared to the unmodified, FDA-cleared version of the product or includes a clear identification that the device is not FDA-cleared or approved.

How or where this long list of labeling should be applied is not made clear. We asked the FDA for feedback and will update with their response.

**Recommendations Nonbinding**

Despite this long list of recommendations, the FDA states it its advice is not enforceable or required:

> In general, FDA's guidance documents, including this guidance, do not establish legally enforceable responsibilities. Instead, guidances describe the Agency's current thinking on a topic and **should be viewed only as recommendations,** unless specific regulatory or statutory requirements are cited. The use of the

Exhibit 5
Page 126



**Risk: Dubious Companies Rewarded**

There has been an explosion in firms touting unregulated coronavirus-detection camera solutions. IPVM has counted 49 companies now offering such solutions, of which only a few have 510(k) clearance. Problems included:

- Athena Security faked its coronavirus marketing and is using the wrong kind of camera
- Feevr is also using the wrong kind of camera and when IPVM reported this, they threatened legal action and made false allegations against us
- Dahua also faked its coronavirus marketing

The fact that the FDA has (temporarily) given carte blanche to these unregulated products is a big boost for such firms. But it presents a risk to the public, since often these companies are totally new entrants to the thermal field and do not offer the right kind of camera, setup advice, etc. This could lead to many false positives/negatives and poor implementation.

**Analysis: Dahua Winner, Hikvision Winner But Less So**

Neither Dahua nor Hikvision had FDA clearance for their thermal products going into this crisis. But Dahua decided to aggressively push fever detection anyway, even faking its marketing, while Hikvision took the more cautious path and avoided doing so in the US (it touts these products internationally, though).

But thanks to this new FDA guidance, Dahua's riskier bet is now looking like a huge winner. The thermal camera market has exploded thanks to the pandemic, with end users frantically seeking to protect clients in any way they can, and Dahua now has a big edge.

**Approved Lose Somewhat**

FLIR, Optotherm, and all the other established manufacturers who make FDA-cleared fever screening cameras have lost a significant selling point for their products: that they are the only government-approved game in town. On the other hand, those companies have

Exhibit 5
Page 127




**Downside: Encouraging Bad Practices**

On the downside, the FDA's new guidance will result in even more dubious thermal solutions being touted, and allow the fever cam Gold Rush to accelerate. Poorly-implemented solutions will likely cause false negatives/positives, leading to unnecessary harassment for regular people. Meanwhile, many will rush to buy the cheapest solution or the one with slickest marketing or simply what they can actually find available.

Another major issue is what will happen when the pandemic is over and the FDA once again requires 510(k) clearance for such solutions. Though, many of these systems may be abandoned by that time anytime.

**Upside: Clarity Finally Here, More Companies Can Enter**

On the plus side, the FDA's new guidance does offer clarity to a previously fraught situation. Many companies were declining to enter the market due to legal risks. Now, they can join which might help expand options.

**Poll / Vote**

# How much would you like to see fever detection cameras used at sites you visit?

108 votes | [results](results)

Results for users:  Simple results �select

Restrict to segment:

> End User
> Integrator
> Distributor
> Manufacturer

Closes at:  2020 ▾  June ▾  17 ▾

○ Very   ○ Moderately   ○ Not Very

[Vote!]

Exhibit 5

Page 128

 **IPVM** 

**detection cameras?**

81 votes | results

Results for users: Simple results ▾

Restrict to segment:
End User
Integrator
Distributor
Manufacturer

Closes at: 2020 ▾ June ▾ 17 ▾

◯ Very  ◯ Moderately  ◯ Not Very

Vote!



📄 Download PDF Report by Upgrading to Group Plan

## COMMENTS (12)

| **B** *I* U S̶ 〝 🖼 🎞 🔗 ⚿ ⇥ ⇤ T̲ₓ |
| --- |

☐ Post Undisclosed    ☑ Subscribe to comments on this report

Post Comment

| Subscribe to Comments | Show oldest first | Show newest first |
| --- | --- | --- |

### Undisclosed Integrator #1  ↩ Reply

3 days ago

> fever cam Gold Rush

Exhibit 5
Page 129

 

Reply    Agree: 3    Disagree    Informative    Unhelpful    Funny: 1

---

### Undisclosed Manufacturer #2    ↩ Reply
3 days ago

It seems that today at the office of Athena Security they will open the champagne, and Fever's CEO will buy himself another tiger! FDA made an incredible gift to all crooks!

| ↩ Reply | Agree: 7 | Disagree | Informative | Unhelpful | Funny: 3 |

---

### Undisclosed #3    ↩ Reply
3 days ago

Get ready for the onslaught of just absolute crap products. It was already bad enough with integrators who did not understand the technicalities of how remote temp sensing works being misled by fraudsters. Now I predict a wave of products being installed that in the end will be completely worthless for the intended purposes. This will be like video analytics circa 2004 with big purchases and even bigger disappointments.

| ↩ Reply | Agree: 2 | Disagree | Informative | Unhelpful | Funny |

---

### Malcolm Rutherford    ↩ Reply
3 days ago

They might not be going to object, but you can still get in trouble for telling porkies [that would be lies for my American compatriots]

[Tampa-based company suspended from trading by SEC](#)

| ↩ Reply | Agree | Disagree | Informative | Unhelpful | Funny |

Exhibit 5
Page 130



# IPVM

Dahua has been preparing for the Gold Rush for some time:



| ↩ Reply | Agree | Disagree | Informative | Unhelpful | Funny: 4 |

---

## Sean Huver  ↩ Reply

Defendry | 3 days ago

> An elevated body temperature measurement is confirmed in the context of use with secondary evaluation methods (e.g., non-contact infrared thermometer (NCIT) or clinical grade contact thermometer)

Well this logic seems pretty rock solid. You may as well use psychics or divining rods as the first line of defense.

| ↩ Reply | Agree: 1 | Disagree | Informative | Unhelpful | Funny: 1 |

Exhibit 5
Page 131

  

3 days ago

After these things enter the market, get ready for a shortage of cowbell:



Reply | Agree | Disagree | Informative | Unhelpful | Funny: 4

---

## Scott Brothers ✉ ↩ Reply

2 days ago

[Exclusive: Amazon deploys thermal cameras at warehouses to scan for fevers faster - Reuters](#)

Reply | Agree | Disagree | **Informative: 2** | Unhelpful | Funny

---

### Evan Steiner ↩ Reply
| 9 hours ago

The article does not say which manufactures are being used, but uses an eyewitness account of an employee.

"Amazon did not disclose whose gadgets it was using. One of the employees, at a warehouse outside Seattle, said the technology

Exhibit 5
Page 132

 **IPVM** 

I'm told that Amazon is using other brands as well. Anyone have knowledge?
Also interested in what Walmart is using.

| ↩ Reply | Agree: 1 | Disagree | Informative | Unhelpful | Funny |

## Undisclosed End User #5   ↩ Reply
20 hours ago

Well this just gets better and better. How any I going to convince the executives to resist the snake oil if the FDA won't enforce its own rules. Now when I say the $2000 camera is a dangerous choice and the 10K plus cameras are necessary to do this properly I have no backing from the US gov't.

| ↩ Reply | Agree: 4 | Disagree | Informative | Unhelpful | Funny: 1 |

## Undisclosed Integrator #6   ↩ Reply
19 hours ago

Tell 'em their made in Wuhan.

| ↩ Reply | Agree | Disagree | Informative | Unhelpful: 1 | Funny: 1 |

 ## Jorge Lozano   ↩ Reply
Condortech Services, Inc.
10 hours ago

The setting and installation of these types of cameras, can be very challenging in order to get good reading from them; since it all depends of the environment where the camera will be installed.

| ↩ Reply | Agree | Disagree | Informative | Unhelpful | Funny |

Exhibit 5
Page 133



≡                                    **IPVM**                                    🔍

with anyone else. See Membership Terms.

## MOST RECENT INDUSTRY REPORTS



**Camio Presents Coronavirus Social Distancing Analytics** on Apr 20, 2020
Camio presented its social distancing analytics for responding to coronavirus at the April 2020 IPVM New Products show. Inside this report: A...



**Cobalt Robots Respond To Coronavirus** on Apr 20, 2020
Startup Cobalt Robotics is responding to coronavirus with new features including integrated elevated body temperature screening, PPE and social...



**Bottom: Integrators Start To Stand Vs Coronavirus** on Apr 20, 2020
Good news - IPVM integrator statistics show that while coronavirus has hit integrators hard, it is now bottoming out and starting to...



**Favorite VSaaS Providers 2020** on Apr 17, 2020
VSaaS is starting to become mainstream but who are integrator's favorite? 200+ integrators told us their choices. The top choice? No one. But 4...



**FDA "Does Not Intend to Object" To Unapproved Fever Detection Cameras** on Apr 17, 2020
The US FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health...

Exhibit 5
Page 134



# IPVM





IPVM had over 2,500 members attend our first show. Recordings from the full event are posted at the bottom of this report. Watch the New Products...



### Dynamic vs Static IP Addresses Tutorial on Apr 16, 2020

While many cameras default to DHCP out of the box, that does not mean you should use it. This may seem basic for some, but those new to the...



### Convergint Outlook Turns Negative on Apr 16, 2020

Convergint's outlook has turned negative, according to bond rater Moody's, released shortly after IPVM's report about Convergint's billion dollars...



### Avigilon Open Analytics Tested on Apr 16, 2020

After years of effectively closed analytics, Avigilon decided in late 2018 to open up. Now, via ONVIF Profile T, Avigilon analytics are open and...



### Vivotek LPR Camera Tested on Apr 15, 2020

Vivotek has historically sold license plate capture cameras but not LPR. Now, they have released their own cameras with embedded LPR. How do they...

## MEMBER LOGIN

You are signed in as Barry Oberholzer

You can logout, or visit your member page now.

Exhibit 5

Page 135

 

The world's leading video surveillance information source, IPVM provides the best reporting, testing and training for 10,000+ members globally. Dedicated to independent and objective information, we uniquely refuse any and all advertisements, sponsorship and consulting from manufacturers.

TOP RESOURCES

| | | |
|---|---|---|
| About | Contact | Calculator |
| FAQ | Tests | Camera Finder |
| Favorite Products | Worst Products | Privacy Policy |

NEWSLETTER

Subscribe to the IPVM newsletter and receive the 2020 IP Camera Book.

Email Address

Submit

Exhibit 5
Page 136