EDWARD G. POPLAWSKI, SBN 113590
epoplawski@wsgr.com
LISA D. ZANG, SBN 294493
lzang@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Attorneys for Plaintiff
Royal Holdings Technologies Corp. d/b/a X.Labs

SCOTT A. EDELMAN, SBN 116927
sedelman@gibsondunn.com
THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ANNE CHAMPION (pro hac vice forthcoming)
achampion@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: 212.351.5361
Facsimile: 212.351.5281

KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
The Reporters Committee for Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: 202.795.9300
Facsimile: 202.795.9310

Attorneys for Defendant IP Video Market Info Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROYAL HOLDINGS TECHNOLOGIES CORP. D/B/A X.LABS**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**IP VIDEO MARKET INFO INC.**, a Hawaii corporation,<br><br>Defendant. | CASE NO. 2:20-cv-4093-JAK-PLA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: May 13, 2020<br>Current Response Date: June 3, 2020<br>New Response Date: July 3, 2020<br><br>Judge: Hon. John Kronstadt |

TO THE COURT AND THE CLERK OF COURT, PLEASE TAKE NOTICE THAT Plaintiff Royal Holdings Technologies Corp. d/b/a X.Labs ("X.Labs") and Defendant IP Video Market Info Inc. ("IPVM") (together with X.Labs, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, X.Labs filed its Complaint on May 4, 2020 (Dkt 1);

WHEREAS, IPVM was served with the Complaint on May 13, 2020 (Dkt. 10);

WHEREAS, the current deadline for IPVM to answer, move, or otherwise respond to the Complaint is June 3, 2020;

WHEREAS, the Parties have stipulated to an extension of the deadline for IPVM to answer, move, or otherwise respond to the Complaint of no more than 30 days, up to and including July 3, 2020;

WHEREAS, IPVM waives any objection to the sufficiency of service but expressly preserves all other objections to the Complaint, including to personal jurisdiction;

WHEREAS, IPVM agrees that it will not contend that the stipulated extension is a basis for contesting any injunctive or other relief X.Labs may seek;

WHEREAS, the stipulated extension would not affect any current deadlines already fixed by the Court;

NOW THEREFORE, the Parties hereby stipulate that IPVM shall have up to and including July 3, 2020, to answer, move, or otherwise respond to the Complaint.

\* \* \*

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: May 18, 2020 | | GIBSON, DUNN & CRUTCHER LLP |

By: /s/ *Scott A. Edelman*
    Scott A. Edelman

Attorneys for Defendants IP Video Market Info Inc.

DATED: May 18, 2020    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

By: /s/ *Lisa D. Zang*
    Edward G. Poplawski
    Lisa D. Zang

Attorneys for Plaintiff Royal Holdings Technologies Corp. d/b/a X.Labs

Pursuant to L.R. 5-4.3.4(a)(2)(i), I certify that all signatories listed herein and whose behalf the filing is submitted concur in the content of and have authorized this filing.

By: /s/ *Scott A. Edelman*
    Scott A. Edelman