Anne Champion
Gibson Dunn & Crutcher
200 Park Avenue, 48th Floor
New York, NY 10166

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROYAL HOLDINGS TECHNOLOGIES CORP. D/B/A X.LABS,** a Delaware corporation<br><br>Plaintiff(s)<br><br>**IP VIDEO MARKET INFO INC.,** a Hawaii corporation.<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-4093<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Champion, Anne     of     Gibson Dunn & Crutcher LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         200 Park Avenue, 48th Floor
212.351.5361          212.351.5281                New York, NY 10166
*Telephone Number*     *Fax Number*
achampion@gibsondunn.com
*E-Mail Address*                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

IP Video Market Info Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Boutrous, Jr., Theodore J.     of     Gibson Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*         333 South Grand Avenue
132099        213.229.7000        213.229.7520      Los Angeles, CA 90071-3197
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
tboutrous@gibsondunn.com
*E-Mail Address*                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application:
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                                    U.S. District Judge/U.S. Magistrate Judge

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1