1   EDWARD G. POPLAWSKI, State Bar No. 113590
    epoplawski@wsgr.com
2   LISA D. ZANG, State Bar No. 294493
    lzang@wsgr.com
3   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4   633 West Fifth Street, Suite 1550
    Los Angeles, CA 90071-2027
5   Telephone: (323) 210-2900
    Facsimile: (866) 974-7329
6
7   Attorneys for Plaintiff
    Royal Holdings Technologies Corp. d/b/a X.Labs

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11
    **ROYAL HOLDINGS**                 ) CASE NO.: 2:20-cv-04093 JAK
12  **TECHNOLOGIES CORP. D/B/A**       ) (PLAx)
    **X.LABS**, a Delaware corporation, )
13                                      ) **FIRST AMENDED**
               Plaintiff,               ) **COMPLAINT FOR:**
14                                      ) **(1) INTENTIONAL**
         v.                             ) **INTERFERENCE WITH**
15                                      ) **CONTRACTUAL RELATIONS;**
                                        ) **(2) INTENTIONAL**
16  **IP VIDEO MARKET INFO INC.**, a    ) **INTERFERENCE WITH**
    Hawaii corporation and Pennsylvania ) **PROSPECTIVE ECONOMIC**
17  corporation,                        ) **RELATIONS;**
                                        ) **(3) NEGLIGENT**
18             Defendant.               ) **INTERFERENCE WITH**
                                        ) **PROSPECTIVE ECONOMIC**
19                                      ) **RELATIONS;**
                                        ) **(4) DEFAMATION (CAL. CIV.**
20                                      ) **CODE § 44 *ET SEQ.*);**
                                        ) **(5) TRADE LIBEL;**
21                                      ) **(6) UNFAIR COMPETITION**
                                        ) **(CAL. BUS. & PROF. CODE §**
22                                      ) **17200 *ET SEQ.*);**
                                        ) **(7) COMMON LAW UNFAIR**
23                                      ) **COMPETITION;**
                                        ) **(8) FALSE DESCRIPTION AND**
24                                      ) **FALSE REPRESENTATION (15**
                                        ) **U.S.C. § 1125(a)); AND**
25                                      ) **(9) FALSE DESCRIPTION AND**
                                        ) **FALSE REPRESENTATION**
26                                      ) **(CAL. BUS. & PROF. CODE §**
                                        ) **17500 *ET SEQ.*);**
27  _____)
                                        ) **DEMAND FOR JURY TRIAL**
28

1   Plaintiff Royal Holdings Technologies Corp. d/b/a/ X.Labs ("X.Labs")

2   alleges as follows for its First Amended Complaint against Defendant IP Video

3   Market Info Inc. ("IPVM"):

4   ## L.R. 8-1 JURISDICTIONAL STATEMENT

5   1.      This Court's jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331

6   and 1338(a), as this case involves federal questions arising under the Trademark

7   Act of 1946 ("Lanham Act"), as amended, 15 U.S.C. § 1051 *et seq.*, and related

8   intentional interference with contractual relations, intentional interference with

9   prospective economic relations, negligent interference with prospective economic

10  relations, defamation, trade libel, unfair competition, and false description and

11  false representation, including Cal. Civ. Code § 44 *et seq.*, Cal. Bus. & Prof. Code

12  § 17200 *et seq.*, and Cal. Bus. & Prof. Code § 17500 *et seq.*  This Court has

13  supplemental jurisdiction pursuant to 28 U.S.C. §§ 1338(b) and 1367(a) over the

14  asserted state law claims.  This Court's jurisdiction is also invoked pursuant to 28

15  U.S.C. § 1332, as this action involves a controversy between citizens of different

16  states and an amount in controversy which exceeds the value of $75,000, exclusive

17  of interest and costs.

18  ## NATURE OF THE CASE

19  2.      This action relates to false, deceptive, defamatory, misleading, and

20  disparaging statements by IPVM, a self-professed specialist in the business of

21  video surveillance technology, against X.Labs and, in particular, X.Labs' Feevr

22  thermal imaging and software system.  The Feevr system screens individuals for

23  elevated forehead skin temperature and includes X.Labs' proprietary artificial

24  intelligence ("AI")-based mobile app software integrated into a mobile device

25  (e.g., a smartphone) connected to a thermal imaging camera (e.g., the FLIR ONE

26  Pro camera) in which the mobile app selectively acquires and processes thermally

27  imaged data to preliminarily determine whether an individual's forehead skin

28  temperature exceeds a predetermined threshold.  As further set forth below, in

Spring 2020, IPVM deviated from its video surveillance specialty business by publishing several articles on the alleged inaccuracy of the Feevr system for IPVM's paid subscribers.  IPVM now ostensibly holds itself out to its subscriber base as a specialist in the technologic assessment of AI-based thermal software systems for determining an individual's forehead skin temperature.  In its articles, IPVM prominently states, *inter alia*, that the Feevr system "***fundamentally lacks accuracy for its use***," and that "***false positives and negatives are highly likely***" with the Feevr system.  These statements and others are demonstrably and provably false, deceptive, misleading, and defamatory, and are based on an evaluation and testing approach that any scientist or engineer with the requisite expertise would have recognized rendered the assessment fatally flawed and the approach one that should never have been used.  Proper and reliable assessment of the Feevr system necessarily requires evaluation and testing using the actual Feevr system itself, and the results of such evaluation and testing are necessary in order to reliably assess the accuracy of the Feevr system for its intended use and the likelihood of false positives and negatives.  Significantly, IPVM, which purports to have prior experience with thermal imaging in the video surveillance area and a 12,000 plus square foot testing facility that qualifies it to test the Feevr system, did not even conduct any testing or evaluation using the actual Feevr system itself.  Rather, IPVM cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system as the basis for its false statements.

3.     More specifically, X.Labs launched the Feevr system on March 25, 2020, against the backdrop of an ongoing worldwide pandemic of Coronavirus Disease 2019 ("COVID-19").  COVID-19 is highly infectious and affects different people in different ways, with symptoms in infected individuals ranging from no symptoms or mild symptoms to severe illness and death.  One of the common symptoms of COVID-19 is fever.

4.      X.Labs' Feevr system is a proprietary, AI-based thermal screening system.  The Feevr system performs a preliminary scan to efficiently and effectively screen and detect individuals in a crowd with an elevated forehead skin temperature.  To enhance accuracy, the Feevr system uses AI-based logical reasoning to identify the specific region of an individual's forehead that has a direct correlation to the temporal artery; detect the skin temperature of that region; and disregard other temperatures in the field of view.  Thus, the Feevr system uses AI-based logical reasoning to tailor the area of focus for temperature measurement to a specific and discrete region of the forehead.  Those individuals identified by the Feevr system as having elevated forehead skin temperature may then be isolated for secondary screening and medical examination.  The non-contact nature of the Feevr system reduces the risk of cross-infection between the user and individuals screened.

5.      IPVM has published articles containing an abundance of provably false and defamatory statements and misleading, disparaging, and deceptive statements implying provably false conclusions of fact regarding the Feevr system, including articles published on or about March 31, 2020, April 14, 2020, April 17, 2020, May 7, 2020, and May 20, 2020, respectively entitled "USA's Feevr Thermal System Examined," "Beware Of Feevr," "FDA 'Does Not Intend to Object' To Unapproved Fever Detection Cameras," "FLIR Suspends Agreement With Feevr," and "FLIR Cancelling Contract With X.Labs / Feevr" (collectively, "Articles," "IPVM Articles," or "IPVM's Articles").

6.      With the publication of these Articles, IPVM held itself out as a specialist in not only the business of video surveillance technology but also the business of thermal systems for determining whether an individual has elevated forehead skin temperature.  Any such competent specialist would have conducted testing and evaluation with the actual Feevr system itself, rather than rely on cherry-picked information to support a preordained conclusion.  Nevertheless, in

connection with publishing the IPVM Articles, IPVM declined X.Labs' offer to provide a unit of its Feevr system to IPVM for analysis and did not even request any technical documentation from X.Labs regarding the Feevr system.  IPVM's failure to conduct the requisite testing and analysis was reckless and done with actual malice.

7.    Had IPVM conducted adequate testing and analysis of the actual Feevr system itself, the data and results of such testing would have demonstrated that the Feevr system is in fact accurate and reliable for its intended purpose of screening and detecting individuals with elevated forehead skin temperature and does not result in high "false positives and negatives."  Indeed, actual testing of the Feevr system by an engineer skilled in the relevant field, Dr. Paul L. Briant, Ph.D. of Exponent, Inc. ("Exponent") corroborates the foregoing.

8.    Dr. Briant's testing data and results demonstrated that the average skin temperature measurements recorded by the Feevr units across all subjects and trials were within 1°C of the average such skin temperature measurements recorded by both the Extech IR200 Non-Contact Forehead Infrared Thermometer ("Extech IR200"), which is an FDA 501(K) certified device for scanning and monitoring individuals for elevated skin temperature, and the Fluke Ti32 Infrared Camera ("Fluke Ti32"), which is a thermal camera with the 320 x 240 thermal resolution that FLIR Systems, Inc. ("FLIR") states is sufficient for thermal cameras utilized to conduct elevated skin temperature screening.  Dr. Briant's testing data and results further demonstrated that the average skin temperature measurements recorded by the Feevr units for each individual test subject, with data for the Feevr units averaged over each trial, were generally within 1°C of the average such skin temperature measurements recorded by both the Extech IR200 and Fluke Ti32 units.  In addition, Dr. Briant's testing data and results demonstrated that the Feevr units exhibited similar levels of repeatability in skin temperature measurements to those of the Extech IR200 and Fluke Ti32 units.  Indeed, as Dr. Briant's testing

data and results demonstrated, the standard deviation of skin temperature measurements recorded by the Feevr units across trials for each test subject, with data for the Feevr units averaged for each trial, was 0.51°C and the corresponding standard deviations of such measurements recorded by the Extech IR200 and Fluke Ti32 units were 0.50°C and 0.46°C, respectively. Thus, as Dr. Briant's testing data and results demonstrate, each of IPVM's statements that the Feevr system is inaccurate—including, but not limited to, that the Feevr system "***fundamentally lacks accuracy for its use***," and that "***false positives and negatives are highly likely***" with the Feevr system—are provably and demonstrably false.

9.    Since the publication of the IPVM Articles, numerous X.Labs customers have terminated or suspended their sales agreements for the Feevr system and cited the IPVM Articles in doing so. IPVM's false, misleading, disparaging, defamatory, and deceptive statements also caused X.Labs' supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with X.Labs for a period of time and to ultimately give X.Labs notice of intent to terminate its April 15, 2020 Product Supply Agreement with X.Labs; and also caused X.Labs' development partner, Fusus, LLC ("Fusus"), to withdraw from its software and integration agreement with X.Labs to provide access control and screen integration for the Feevr system. On information and belief, at least some of X.Labs' prospective customers have similarly severed their business relationships with X.Labs and will not be entering into contracts to purchase X.Labs' Feevr system due to the IPVM Articles. The IPVM Articles have caused and continue to cause great and irreparable harm to X.Labs' business reputation, goodwill, and integrity and to sales of its Feevr system. On information and belief, IPVM knew that its publication of the Articles was certain or substantially certain to harm X.Labs.

10.    Despite X.Labs' demands that IPVM immediately retract and disavow the IPVM Articles, IPVM has maintained the IPVM Articles on its website and available to its claimed "10,000+" subscribers and members and actively

1   encouraged the dissemination of the Articles and the provably false and

2   defamatory statements and misleading, disparaging, and deceptive statements

3   implying provably false conclusions of fact in the IPVM Articles.  IPVM has also

4   refused X.Labs' request that IPVM provide any and all information, including any

5   documentation, as to any tests or analyses that IPVM or any entity on IPVM's

6   behalf has done on the Feevr system and to set forth the credentials and experience

7   of each person that IPVM believes qualifies IPVM or any third party acting on its

8   behalf to reliably and accurately test and evaluate the Feevr system.  In light of the

9   harm that IPVM's numerous false, misleading, disparaging, deceptive, and

10  defamatory statements have inflicted and continue to inflict to X.Labs' sales of the

11  Feevr system and, moreover, to its business reputation, goodwill, and integrity,

12  X.Labs has no choice but to seek judicial relief through this action.

13  ## THE PARTIES

14        11.     X.Labs is a corporation organized under the laws of Delaware and

15  registered to do business in California with its principal place of business located at

16  8560 Sunset Boulevard, 10th Floor, West Hollywood, California 90069.

17        12.     IPVM is a for-profit corporation that purports to be organized under

18  the laws of both Hawaii and Pennsylvania with its principal place of business

19  located at 3713 Linden Street, Suite B, Bethlehem, Pennsylvania 18020.  On

20  information and belief, IPVM is funded by its subscription-based memberships and

21  has members across the United States, including in the Central District of

22  California.  IPVM has a website through which its subscribers and members access

23  IPVM's content.  IPVM's website is interactive in that it allows for comment and

24  dialogue by and among subscribers, members, and IPVM.  On information and

25  belief, IPVM provides online courses to its subscribers and members across the

26  United States, including its subscribers and members in the Central District of

27  California, and provides certifications for its subscribers and members who pass its

28

1   online courses across the United States, including its subscribers and members in

2   the Central District of California.

3                              **JURISDICTION AND VENUE**

4           13.    This Court has subject matter jurisdiction over this action pursuant to

5   28 U.S.C. §§ 1331 and 1338(a), as this case involves federal questions arising

6   under the Lanham Act, as amended, 15 U.S.C. § 1051 *et seq*., and related

7   intentional interference with contractual relations, intentional interference with

8   prospective economic relations, negligent interference with prospective economic

9   relations, defamation, trade libel, unfair competition, and false description and

10  false representation, including Cal. Civ. Code § 44 *et seq*., Cal. Bus. & Prof. Code

11  § 17200 *et seq*., and Cal. Bus. & Prof. Code § 17500 *et seq*.  This Court has

12  supplemental jurisdiction pursuant to 28 U.S.C. §§ 1338(b) and 1367(a) over the

13  asserted state law claims.

14          14.    This Court also has subject matter jurisdiction over this action

15  pursuant to 28 U.S.C. § 1332, as this action involves a controversy between

16  citizens of different states and an amount in controversy which exceeds the value

17  of $75,000, exclusive of interest and costs.  X.Labs is organized under the laws of

18  Delaware and has its principal place of business in California.  IPVM purports to

19  be organized under the laws of both Hawaii and Pennsylvania and has its principal

20  place of business in Pennsylvania.

21          15.    This Court has personal jurisdiction over IPVM because IPVM has

22  committed acts of intentional interference with contractual relations, intentional

23  interference with prospective economic relations, negligent interference with

24  prospective economic relations, defamation, trade libel, unfair competition, and

25  false description and false representation in the Central District of California, and

26  otherwise has purposefully directed activities toward the Central District of

27  California that the asserted causes of action arise out of or relate to.

28

16.     Venue is proper in this District under 28 U.S.C. §§ 1391(a), (b), and (c) in that a substantial part of the events or omissions giving rise to this action occurred in this District and for the same reasons alleged in the preceding paragraph as to why IPVM is subject to personal jurisdiction.

## BACKGROUND

17.     There is an ongoing worldwide pandemic of COVID-19 caused by Severe Acute Respiratory Syndrome Coronavirus 2 ("SARS-CoV-2").  COVID-19 is a highly infectious disease.  There is currently no vaccine to prevent COVID-19.  Nor is there currently any specific anti-viral treatment for COVID-19.

18.     COVID-19 was first identified in December 2019 in Wuhan, Hubei Province, People's Republic of China.  On January 30, 2020, the World Health Organization declared the COVID-19 outbreak to be a public health emergency of international concern.  On January 31, 2020, the U.S. Secretary of Health and Human Services declared a public health emergency under Section 319 of the Public Health Service Act, 42 U.S.C. § 247d, in response to COVID-19.  On March 11, 2020, the World Health Organization recognized the COVID-19 outbreak as a pandemic.  On March 13, 2020, the U.S. President declared the COVID-19 outbreak a national emergency as of March 1, 2020.

19.     As of July 23, 2020, there are 3,952,273 total confirmed cases of COVID-19 resulting in 142,755 deaths in the U.S.  *See* https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html.

20.     COVID-19 affects different people in different ways.  A wide range of symptoms has been reported in individuals with COVID-19, ranging from no symptoms or mild symptoms to severe illness and, in some cases, death.  These symptoms may appear 2-14 days after exposure to the virus.  On average, it takes 5-6 days from infection with the virus for symptoms to show in an individual.

21.     Common symptoms of COVID-19 include fever, cough, and shortness of breath or difficulty breathing.  Initial screening measures for individuals with no

symptoms, i.e., asymptomatic individuals, have included measurements for elevated body temperature.

## **THE FEEVR SYSTEM**

22.     On March 25, 2020, X.Labs launched its proprietary Feevr system.

23.     The Feevr system is a proprietary AI-based rapid thermal screening system.  *See* https://www.feevr.tech/.  The Feevr system performs a preliminary scan to efficiently and effectively screen and detect individuals in a crowd with an elevated forehead skin temperature.  The Feevr system includes an oral thermometer for secondary screening if the preliminary scan indicates that an individual has an elevated forehead skin temperature.

24.     The Feevr system includes a proprietary AI-based mobile app integrated into a mobile device (e.g., a smartphone) connected to a thermal imaging camera, such as the FLIR ONE Pro camera.  The thermal imaging camera acquires a thermal image.  The mobile app processes the thermal image using a proprietary AI-based face detection algorithm to determine whether an individual's forehead skin temperature exceeds a predetermined input threshold.  An elevated forehead skin temperature is a possible indicator of COVID-19.

25.     The Feevr system does not use the FLIR Software Development Kit ("SDK").  Rather, X.Labs independently developed its own proprietary mobile app software for the Feevr system.

26.     The Feevr system is illustrated in the image below:

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15    27.    The thermal images acquired by the Feevr system may be illustrated

16    by the following exemplar, created by X.Labs:

17
18
19
20
21
22
23
24
25

26    28.    An individual's core temperature is the operating temperature of the

27    deep structures of the individual's body, such as the heart, liver, or kidney.  An

28    individual's skin temperature, on the other hand, is the temperature of the

outermost surface of the individual's body, i.e., the temperature of the individual's skin.  When an individual's core temperature increases, his or her forehead skin temperature also increases.

29.   Thus, the Feevr system detects the skin temperature of the region of an individual's forehead that has a direct correlation to the temporal artery.  To enhance accuracy, the Feevr system uses AI-based logical reasoning to identify the specific region of an individual's forehead that has a direct correlation to the temporal artery; detect the skin temperature of that region; and disregard other temperatures in the field of view.  In other words, the Feevr system uses AI-based logical reasoning to tailor the area of focus for temperature measurement to a specific and discrete region of the forehead.  The average skin temperature range for the forehead is 90.5-95.2°F.

30.   At this time, the Feevr system tends to function optimally in stable air temperatures, such as in an enclosed environment.  Indeed, a number of variables can affect the accuracy of surface skin temperature measurement, including, but not limited to, indoor and outdoor air temperature, alcohol consumption, exercise, wind chill, and direct sunlight.

31.   When the Feevr system detects an individual's skin temperature as reaching or exceeding the input threshold, the system automatically displays a visual alert and captures and stores a screenshot of the thermal image.  In addition, a rectangle around the face of the individual detected as having an elevated forehead skin temperature will turn red.  The default threshold skin temperature on the Feevr system is 98.0°F.  Under this default threshold, an individual with a forehead skin temperature of 98.0°F or greater would be identified as having an elevated forehead skin temperature, thus triggering the use of an oral thermometer for secondary screening.  The Feevr system can be used to manually capture a screenshot of the thermal image, as well.

32.     Thus, the Feevr system enables the user to rapidly identify individuals with an elevated forehead skin temperature from a distance and without making direct body contact.  The non-contact nature of the Feevr system and the distance from which it can be used reduce the likelihood of cross-infection between the user and individuals tested.  Individuals identified as having an elevated forehead skin temperature may be discreetly isolated for secondary screening and medical examination.  X.Labs is continuing to sell the Feevr system.

33.     X.Labs' "Disclaimer" webpage states as follows:

> "*Feevr is not a medical device and is not intended for any diagnosis or clinical measurements.  Feevr is only to be used to perform a preliminary scan* and is intended for screening individuals or monitoring an individual for potential elevated skin temperatures.  *It is not a substitute for a clinical thermometer*.  Always use a clinical thermometer as a secondary screening protocol when high accuracy body temperature measurements are required."

*See* https://www.feevr.tech/disclaimer (emphases added).

34.     X.Labs' "Disclaimer" webpage for the Feevr system additionally states as follows:

> "It should be noted that the usual 98.6-degree normal reading is for core body temperature, not skin temperature, which is usually considerably lower, rising and falling with the ambient temperature and ranges between 89.0 F – 98.0F[.]  Skin temperature depends on air temperature and time spent in that environment.  The normal temperature of the skin is about 33 °C or 91 °F. . . . With Feevr, an average temperature is calculated by taking the temperature on 2 spots on the face, the inner eyelid and the

forehead.  This combined temperature gives the most
accurate display of whether or not an elevated body
temperature is present.  The optimal use for the feevr
device will be in a stable, room temperature, indoor
environment and have the person being scanned, adjust to
the stable environment, if entering from outside, before
being scanned by the fever device.  Environmental impacts
such as direct sunlight, alcohol consumption and exercise
does increase the skin temperature."

*Id.*

35.     At least as early as April 11, 2020, X.Labs published a document entitled "Visual Presentation of Temperature" on the Feevr system's website ("VPOT Document").  A true and correct copy of the VPOT Document is attached as **Exhibit 1** to this First Amended Complaint.

36.     The VPOT Document sets forth tables of various skin temperatures, ranging from 90.5°F to 101.9°F in a "Fahrenheit (°F)" table and ranging from 32.5°C to 38.8°C in a "Celsius (°C)" table, and their respective corresponding core temperatures.  A copy of the first page of the VPOT Document, which contains these tables, is reproduced below:

## feevr | VISUAL PRESENTATION OF TEMPERATURE

This document will provide some clarity on temperature readings in the low 90 degrees Fahrenheit, specifically as to a response to the question of whether the feevr unit was working correctly when displaying the temperature of individuals in the 90°F - 94°F range.

92°F (33.3°C) reading on the skin of the forehead implies the individual is perfectly normal when it comes to their temperature and means the individual does not need additional screening.

### Fahrenheit (°F)

| Skin Temperature | Core Temperature | Difference |
|---|---|---|
| Skin Temperature below 90.5 is due to external factors* | | |
| 90.5 | 97.7 | 7.2 |
| 91.3 | 98.0 | 6.7 |
| 92.1 | 98.3 | 6.2 |
| 92.9 | 98.6 | 5.7 |
| 93.7 | 98.9 | 5.2 |
| 94.5 | 99.2 | 4.8 |
| 95.2 | 99.5 | 4.3 |
| 96.0 | 99.8 | 3.8 |
| 96.8 | 100.1 | 3.3 |
| 97.6 | 100.4 | 2.8 |
| 98.4 | 100.7 | 2.3 |
| 99.2 | 101.0 | 1.8 |
| 99.5 | 101.3 | 1.8 |
| 99.8 | 101.6 | 1.8 |
| 100.1 | 101.9 | 1.8 |
| 100.4 | 102.2 | 1.8 |
| 100.7 | 102.5 | 1.8 |
| 101.0 | 102.8 | 1.8 |
| 101.3 | 103.1 | 1.8 |
| 101.6 | 103.4 | 1.8 |
| 101.9 | 103.7 | 1.8 |

### Celsius (°C)

| Skin Temperature | Core Temperature | Difference |
|---|---|---|
| Skin Temperature below 32.5 is due to external factors* | | |
| 32.5 | 36.5 | 4.0 |
| 32.9 | 36.7 | 3.7 |
| 33.4 | 36.8 | 3.5 |
| 33.8 | 37.0 | 3.2 |
| 34.3 | 37.2 | 2.9 |
| 34.7 | 37.3 | 2.6 |
| 35.1 | 37.5 | 2.4 |
| 35.6 | 37.7 | 2.1 |
| 36.0 | 37.8 | 1.8 |
| 36.5 | 38.0 | 1.5 |
| 36.9 | 38.2 | 1.3 |
| 37.3 | 38.3 | 1.0 |
| 37.5 | 38.5 | 1.0 |
| 37.7 | 38.7 | 1.0 |
| 37.8 | 38.8 | 1.0 |
| 38.0 | 39.0 | 1.0 |
| 38.2 | 39.2 | 1.0 |
| 38.3 | 39.3 | 1.0 |
| 38.5 | 39.5 | 1.0 |
| 38.7 | 39.7 | 1.0 |
| 38.8 | 39.8 | 1.0 |

■ Average   ■ Caution   ■ Approaching fever temperature   ■ Needs additional screening

* External factors include but not limited to indoor/outdoor air temperature, alcohol consumption, exercise, wind chill, and/or direct sunlight.

37.  The VPOT Document indicates whether each indicated skin temperature and corresponding core temperature is "[a]verage," warrants "[c]aution," is "[a]pproaching fever temperature," or "[n]eeds additional screening."  The VPOT Document states that "92°F (33.3°C) reading on the skin of the forehead implies the individual is perfectly normal when it comes to their temperature and means the individual does not need additional screening."  The VPOT Document also states that a "[s]kin temperature below 90.5 is due to external factors," which are identified as "includ[ing] but not limited to

indoor/outdoor air temperature, alcohol consumption, exercise, wind chill, and/or direct sunlight." The VPOT Document indicates that a skin temperature of or exceeding 96.8°F is "[a]pproaching fever temperature" and a skin temperature of or exceeding 98.4°F "[n]eeds additional screening." Additionally, the VPOT Document prominently states that the Feevr system "***should be used as a screening device to identify individuals that need further monitoring or medical testing to determine if they are sick or exhibiting a high fever and showing signs consistent with a virus.***" (emphasis in original).

38.    The VPOT Document cites an article entitled "Estimation of Mean Body Temperature from Mean Skin and Core Temperature" by Rainer Lenhardt, M.D. and Daniel I. Sessler, M.D., published in December 2006 in the academic journal "Anesthiology" and on the "Anesthesiology" website at https://anesthesiology.pubs.asahq.org/article.aspx?articleid=1931065, in support of the statement in the VPOT Document that "[t]he feevr unit measures the temperature of the skin on the forehead which is directly correlated to the core temperature, which typically is 3.6°F - 7.2°F (2.0°C - 4.0°C) higher than the skin temperature." Also, the VPOT Document cites an article entitled "Body Temperature: What Is (and Isn't) Normal?" by Cleveland Clinic, dated March 31, 2020 and published on the Cleveland Clinic website at https://health.clevelandclinic.org/body-temperature-what-is-and-isnt-normal/, in support of the statements in the VPOT Document that "[a]verage human body temperature is between 97.5°F - 99.5°F (36.4°C - 37.5°C)" and "[w]hen a person has a fever, their core temperature is elevated to 100.5°F (38.1°C)2 and higher."

## IPVM

39.    In its corporate filings, including in its Articles of Incorporation, IPVM characterizes its business as a "Domestic Profit Corporation" formed for the purpose of "INTERNET VIDEO SURVEILLANCE INFORMATION SERVICES." Indeed, IPVM's Pennsylvania Articles of Incorporation classify

IPVM as a "Business Non-Stock" that does not have as its purpose the creation of any public benefit.  Specifically, in its Pennsylvania Articles of Incorporation, IPVM struck out as "inapplicable" the statement that "[t]his corporation [i.e., IPVM] shall have the purpose of creating the enumerated specific public benefit(s)."  As IPVM's Articles of Incorporation show, the statement that "[t]his corporation shall have the purpose of creating general public benefit" is reserved for public "[b]enefit corporations only."  A true and correct copy of the State of Hawaii Department of Commerce and Consumer Affairs' Business Information Regarding IPVM is attached as **Exhibit 2** to this First Amended Complaint.  A true and correct certified copy of IPVM's Articles of Incorporation filed with the State of Pennsylvania Department of State is attached as **Exhibit 3** to this First Amended Complaint.

40.    IPVM's website includes a webpage entitled "About IPVM," which purports to describe IPVM's video surveillance business in detail.  *See* https://ipvm.com/about.  In this regard, IPVM describes its business as preparing technical expert reports, testing, analysis, and educational courses in video surveillance—and notably, IPVM does not describe its business as journalism or identify any purported IPVM journalists.  IPVM touts itself as "the world's leading authority on video surveillance" and claims that its business is "unique" for four reasons: "[1] The most in-depth expert reports on security technology (5,700+); [2] The only independent industry testing service (700+) providing critical analysis and rankings on leading products; [3] A broad selection of software tools including our popular Camera Calculator and Camera Finder; [4] The most comprehensive source for video surveillance education and courses."  IPVM made this affirmation on its "About Us" webpage as of at least December 28, 2019.  A true and correct copy of IPVM's "About Us" webpage as it existed as of December 28, 2019, obtained from the Internet Archive Wayback Machine at https://web.archive.org/web/20191228195900/https://ipvm.com/about, is attached

as **Exhibit 4** to this First Amended Complaint.  On information and belief, after X.Labs charged IPVM with making false, deceptive, defamatory, and disparaging statements about X.Labs and its Feevr system, IPVM conveniently deleted its affirmation of the "unique" aspects of its business, as shown in the April 17, 2020 and April 21, 2020 versions of its "About Us" webpage as obtained from the Internet Archive Wayback Machine.  A true and correct copy of IPVM's "About Us" webpage as it existed as of April 17, 2020, obtained from the Internet Archive Wayback Machine at https://web.archive.org/web/20200417025802/https://ipvm.com/about, is attached as **Exhibit 5** to this First Amended Complaint.  A true and correct copy of IPVM's "About Us" webpage as it existed as of April 21, 2020, obtained from the Internet Archive Wayback Machine at https://web.archive.org/web/20200421162553/https://ipvm.com/about, is attached as **Exhibit 6** to this First Amended Complaint.

41.     IPVM's federally registered service mark for the word "IPVM" is indicated for the Goods and Services class of "[p]roviding a web site featuring technology that enables users to select and design video surveillance."  In addition, IPVM describes itself as "a team of 15 with extensive experience working for security integrators, organizations, and manufacturers," with "dedicated specialists covering cameras, video analytics, VMS, IP networking, access control and more." *Id*.  In essence, IPVM's focus is in the area of video surveillance and related areas within the security field.  IPVM does not have any specialized knowledge, training, or experience with any thermal imaging system or any system for assessing skin or body temperature of a human being.  With the possible exception of the Feevr system, IPVM has never tested or analyzed any thermal imaging system or any system for assessing skin or body temperature.

42.     According to IPVM's website, IPVM offers live online courses to its subscribers and members, where it teaches video surveillance and access control.

IPVM markets its online courses as available to its subscribers and members worldwide, including in the United States and in the Central District of California. In furtherance of such marketing, IPVM represents that it provides and has provided over 750 certifications for its subscribers and members who pass its online courses, including its subscribers and members located in Los Angeles, California, Orange County, California, and other locations in the Central District of California.

43.     IPVM is a paid membership subscriber-based business whose subscribers and members pay a fee for access to its services, notably in the four areas for which IPVM claims uniqueness.  *See* Exhibit 4.  According to IPVM, it has "over 10,000 PRO Members from 100+ countries," including in the United States and, on information and belief, in the Central District of California.  IPVM's subscribers and members access its content by logging into IPVM's website using their unique credentials and, on information and belief, IPVM selectively makes some content available to non-subscribers from time to time.  On information and belief, IPVM has made the March 31, 2020, April 14, 2020, April 17, 2020, and May 7, 2020 Articles available to non-members for a period of time.  IPVM asserts that its "site is the most read and discussed resource by leading executives, designers, and technologists in the security industry, ranging from Fortune 100 companies to government security directors and the largest technology companies in the world."  *See* Exhibit 4.

44.     IPVM conducts its business out of a 12,000+ square foot testing laboratory with its workforce consisting of a 12- to 15-person technologic team of engineers who test, research, and analyze video surveillance and physical security markets.  IPVM's technological team, which includes its Founder and President, John Honovich ("Mr. Honovich"), asserts that it has "extensive experience working for security integrators, organizations, and manufacturers" and "dedicated

1    specialists covering cameras, video analytics, VMS, IP networking, access control

2    and more." *See* Exhibit 4.

3         45.    IPVM conducts its business, including its testing and analysis of video

4    surveillance systems, predominantly—if not exclusively—for the benefit of its

5    paid subscribers and members.  On information and belief, some of these

6    subscribers and members include competitors of X.Labs who stand to gain a

7    considerable competitive economic benefit from IPVM content critical to X.Labs'

8    Feevr system.  On information and belief, IPVM was at relevant times aware that

9    its creation of such critical content would be of competitive benefit to such

10   subscribers and members.  On further information and belief, one such IPVM

11   subscriber and member is FLIR, with whom IPVM has had a variety of

12   communications relating to the creation and publication of content critical to

13   X.Labs and its Feevr system.  On further information and belief, the motivation for

14   FLIR's criticism and ultimate notice of intent to terminate its April 15, 2020

15   Product Supply Agreement to X.Labs stem from the fact that sales of the Feevr

16   system may well impair sales of FLIR's significantly more expensive thermal

17   imaging cameras.

18                      **IPVM'S UNLAWFUL CONDUCT**

19        46.    On or about March 31, 2020, IPVM published an article by Ethan Ace

20   on its website entitled "USA's Feevr Thermal System Examined" ("March 31,

21   2020 Article").  *See* https://ipvm.com/reports/feevr.  A true and correct copy of the

22   March 31, 2020 Article as published on April 21, 2020 is attached as **Exhibit 7** to

23   this First Amended Complaint.

24        47.    In the March 31, 2020 Article, IPVM prominently states that "***false***

25   ***positives and negatives are highly likely***" with the Feevr system.  This defamatory

26   statement, which IPVM casts as an objective fact, is provably false because actual

27   testing of the Feevr system would demonstrate that the Feevr system is accurate

28   and reliable for its intended purpose of screening and detecting individuals with

elevated forehead skin temperature and does not result in high "false positives and negatives." In making this false and defamatory statement, IPVM relied on cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system. IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software and a thermal imaging camera such as the FLIR ONE Pro camera. This false and defamatory statement was followed by IPVM's false and repeated mischaracterizations of X.Labs' marketing and descriptions of its Feevr system as "misleading."

48.     IPVM sets a serious and purportedly objective tone in the March 31, 2020 Article and asserts that it "spoke with the company [X.Labs] and examined its claims[,] including" "[t]echnical design," "[l]ow pricing," and "[a]ccuracy." In fact, IPVM had only cursory contact with X.Labs in which it declined X.Labs' offer to provide a unit of the actual Feevr system itself to IPVM for analysis.

49.     IPVM falsely asserts in the March 31, 2020 Article that the accuracy of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring **body temperature**." (emphasis added). Here, IPVM bases its purportedly objective statement regarding the alleged inaccuracy of the Feevr system on no more than FLIR's statements regarding the accuracy of the FLIR ONE Pro using the **FLIR SDK** software for the purpose of measuring **body** temperature. X.Labs' Feevr system, by contrast, uses X.Labs' **proprietary AI-based software algorithm** and logical reasoning to identify a specific region of an individual's forehead, detect the **skin** temperature of that region, and disregard other temperatures in the field of view. Simply put, the Feevr system is a distinct system using distinct software from the FLIR ONE Pro camera using the FLIR SDK. Thus, IPVM bases its false and yet purportedly objective statements regarding the claimed inaccuracy of the Feevr system on its erroneous assessment of incomplete and irrelevant facts.

50.     IPVM then misleadingly states that "most of the systems we have surveyed claim accuracy of ±0.3° C or lower, only about 0.5° F" without identifying the systems that it refers to or demonstrating that those systems are appropriate for comparison to the Feevr system, thereby comparing the Feevr system to unidentified systems.

51.     IPVM additionally states that "the forehead and face are highly susceptible to variations caused by environment and activities of the person being screened (e.g. exercising or consuming alcohol)" and references the allegedly "limited accuracy FLIR One Pro camera" used with the Feevr system.  Here, IPVM implies that these "variations" lead to the objective conclusion that the Feevr system is inherently inaccurate.  IPVM, however, omits to mention that the Feevr system's website itself makes clear that a number of variables can affect the accuracy of surface skin temperature measurement and, accordingly, that the Feevr system operates optimally in an enclosed environment at this time.  In other words, the variables—or "variations," as IPVM calls them—do not lead to a conclusion that the Feevr system is inaccurate, but rather, indicate the parameters for proper utilization of the Feevr system to obtain accurate results.

52.     IPVM further states in an "update" to the March 31, 2020 Article, ostensibly published after the Article was initially posted, that X.Labs informed IPVM that it has an agreement with FLIR and that FLIR "responded, denying Feevr's claims."  In support of these statements, IPVM misleadingly refers to a "FLIR SDK License Agreement" that contains no mention of X.Labs or the Feevr system and states that "[t]he FLIR SDK License Agreement prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from apps like Feevr's."  By this statement, IPVM falsely implies that X.Labs and the Feevr system have run afoul of the FLIR agreement.  This implied statement, however, is provably false, as the excerpt from the FLIR SDK License Agreement that IPVM reproduces immediately below said statement specifies that it is the "FLIR SDK," and not the

FLIR ONE Pro, that "may not be used in conjunction with any Apps designed for medical or health-related purposes" under the FLIR SDK License Agreement.  In yet another "update" to the March 13, 2020 Article, IPVM acknowledges X.Labs' statement that "Feevr doesn't use the FLIR SDK.  Feevr uses it[]s own custom app with a FLIR camera."  IPVM, however, has not removed any references to the "FLIR SDK License Agreement" or its false statements that the FLIR SDK License Agreement prohibits the use of the FLIR ONE Pro in conjunction with the Feevr system from the March 31, 2020 Article.  IPVM thus continues to perpetuate the false implication that X.Labs and the Feevr system have run afoul of the FLIR SDK License Agreement, despite the fact that the Feevr system simply does not use the FLIR SDK.

53.    In connection with publishing the March 31, 2020 Article, IPVM declined X.Labs' offer to provide a unit of its Feevr system to IPVM for analysis and did not even request any technical documentation from X.Labs regarding the Feevr system.  In furtherance of its false and misleading narrative, IPVM omitted to mention either of these critical facts in its March 31, 2020 Article.  Instead, IPVM selectively relies upon cherry-picked and distorted information about the FLIR ONE Pro camera using the FLIR SDK and "Feevr's own demonstration videos" as the basis for its false statements, from which it concludes falsely that the Feevr system "does not appear to work consistently."  On information and belief, IPVM did not obtain a unit of the Feevr system in connection with its underlying analysis or testing of the Feevr system for the March 31, 2020 Article and did not obtain any units of the Feevr system in connection with any of the IPVM Articles. Having failed to take the fundamental step of testing the Feevr system, IPVM's conclusions as to the accuracy of the Feevr system are necessarily based on incomplete and inaccurate facts.

54.    Additionally, in the March 31, 2020 Article, IPVM identifies various statements regarding COVID-19 on the Feevr system's website and immediately

states "[b]ut no screening system can detect coronavirus, regardless of what is claimed." IPVM's assertions in this regard imply falsely that X.Labs claims that the Feevr system can directly "detect coronavirus" and further imply the false assertion that, because the Feevr system does not do so, it must be defective and X.Labs must be engaging in deceptive business practices. The Feevr system, however, is in actuality intended to serve as a screening device for detecting and identifying individuals with elevated forehead skin temperatures for secondary screening and medical examination.

55.     Ostensibly drawing on its purported new-found expertise on which IPVM subscribers will presumably rely, IPVM later states in the March 31, 2020 Article that it is "particularly worried about how accurate this [the Feevr system] will be and how misleading much of the marketing is." This statement implies falsely that the Feevr system is objectively inaccurate and incapable of fulfilling its intended purpose. It also implies falsely that X.Labs is misleading customers and potential customers of the Feevr system by attempting to conceal the alleged inaccuracy of the Feevr system in its marketing of the Feevr system.

56.     As of the filing of this First Amended Complaint, the March 31, 2020 Article remains available to IPVM's subscribers and members on IPVM's website and IPVM has not retracted or disavowed the March 31, 2020 Article.

57.     On or about April 14, 2020, IPVM published an article on its website by John Honovich entitled "Beware Of Feevr" ("April 14, 2020 Article"). *See* https://ipvm.com/reports/feevr2. On information and belief, the VPOT Document was available to IPVM as of IPVM's publication of the April 14, 2020 Article. A true and correct copy of the April 14, 2020 Article as published on April 21, 2020 is attached as **Exhibit 8** to this First Amended Complaint.

58.     IPVM amplified its false and defamatory statements in the March 31, 2020 Article with claims in the April 14, 2020 Article that X.Labs' Feevr system "*fundamentally lacks accuracy for its use*," thereby exacerbating IPVM's

explicitly false factual statements regarding the Feevr system with statements implying that the Feevr system is problematic.  For example, the April 14, 2020 Article is titled "Beware Of Feevr" and begins by stating "Beware of 'Feevr'"; and in conjunction with this ominous narrative, IPVM includes an image depicting the Feevr system with a large "BEWARE" warning sign stamped prominently across the image of the Feevr system at the beginning of the April 14, 2020 Article.  In doing so, IPVM implies that there is an objective reason to be cautious about the Feevr system.  A copy of the image is reproduced below:



59.    In addition, IPVM falsely and defamatorily asserts in the April 14, 2020 Article that X.Labs "is marketing a 'Feevr' solution that fundamentally lacks accuracy for its use, *as its thermal provider FLIR has said and IPVM testing has shown*." (emphasis added).  Here, IPVM points to no statement by FLIR that the "'Feevr solution'" "fundamentally lacks accuracy for its use."  Nor does IPVM provide any basis for its false conclusion that the Feevr system must be inaccurate simply because the FLIR ONE Pro using the FLIR SDK—an entirely different piece of software from X.Labs' proprietary AI-based algorithm for the Feevr system—is purportedly inaccurate.

1        60.    The April 14, 2020 Article also repeatedly claims that IPVM

2  requested information about the Feevr system and that X.Labs did not provide such

3  information.  This is misleading.  As with the March 31, 2020 Article, IPVM omits

4  to mention in the April 14, 2020 Article that it declined X.Labs' offer to provide a

5  unit of its Feevr system to IPVM for analysis and did not even request any

6  technical documentation from X.Labs regarding the Feevr system.  In addition,

7  IPVM has provided no corroboration of its claimed testing of the Feevr system or

8  any basis for its conclusion that any testing of the FLIR ONE Pro using the FLIR

9  SDK can yield accurate conclusions regarding the X.Labs Feevr system.  On

10  information and belief, IPVM did not obtain a unit of the Feevr system in

11  connection with its underlying analysis or testing of the Feevr system for the April

12  14, 2020 Article.

13        61.    In the April 14, 2020 Article, IPVM continues the false and

14  disparaging narrative that the Feevr system "pose[s] risks to the public" because it

15  is allegedly not sufficiently accurate to screen and detect individuals with elevated

16  forehead skin temperature for secondary screening and medical testing, and, as a

17  result, "false positives and negatives are highly likely" when using the Feevr

18  system.  IPVM implies that this conclusion of risk to the public is an objective fact,

19  particularly in light of the generally serious nature and purportedly objective

20  analysis of IPVM's April 14, 2020 Article.  Specifically, IPVM misleadingly

21  claims in the April 14, 2020 Article that "Feevr has no FDA approval for this

22  device" and that "[t]he CEO of Feevr's 'premier US distributor' **admitted** the lack

23  of approval." (emphasis added).  In addition, IPVM deceptively states in the April

24  14, 2020 Article that "[t]he thermal sensor they are using is not specified nor

25  recommended by their provider for such a 'feevr' application" and that "Feevr

26  cannot address this."  By these misleading and deceptive statements, IPVM falsely

27  implies that the Feevr system is intended to be used for purposes requiring FDA

28  approval, that it therefore runs afoul of FDA regulations, and that X.Labs is

attempting to conceal this alleged lack of the requisite FDA approvals from customers and potential customers of the Feevr system.  However, IPVM omits to mention that the Feevr system is intended to be used for detecting and identifying individuals with elevated forehead skin temperatures for secondary screening and medical testing.  IPVM also omits to mention that the Feevr system's technical specification itself affirmatively states that the Feevr system is not FDA approved.

62.   IPVM falsely and defamatorily claims in the April 14, 2020 Article that the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human temperature detection" and "is 10x less accurate than" FDA approved thermal guns.  IPVM provides no basis for these provably false statements.  Further, IPVM quotes a FLIR spokesperson as "not recommend[ing] the FLIR One Pro . . . device[] for this use case," without identifying what the "use case" is or providing any other context for the subject quote.  Thereafter, on April 21, 2020, IPVM's Ethan Ace posted a follow-up comment on the April 14, 2020 Article that falsely states that "[f]undamentally, Feevr also does not explain or justify how they are using a sensor which FLIR themselves has said is not accurate enough for thermal screening (±3°C) and getting accurate results."

63.   Moreover, IPVM falsely mischaracterizes examples of the Feevr system's imaging results as exhibiting an "alarming" "sharp divergence in temperatures," showing "two people on the left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement," and being "typical for Feevr's demos."  Here, IPVM falsely implies that the individuals shown in the imaging results have *core* temperatures of 90-91°F.  In actuality, and as IPVM omits to mention, the imaging results that IPVM refers to indicate that those individuals have *skin* temperatures of 90-91°F.  As the VPOT Document shows, skin temperatures of 90-91°F correlate to normal and healthy core temperatures of approximately 97-98°F.  In furtherance of these mischaracterizations, IPVM falsely and misleadingly describes the accuracy of the

Feevr system as "nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F." Here, IPVM implies falsely that the Feevr system is not sufficiently accurate and reliable to screen and detect individuals with elevated forehead skin temperature—as distinguished from individuals with normal forehead skin temperature—for secondary screening and medical testing. IPVM's false, misleading, and deceptive statements, however, fail to take into account that the Feevr system detects skin temperature rather than internal body temperature, and that a number of variables could impact the accuracy of surface skin measurement.

64.     On or about April 21, 2020 or April 22, 2020, IPVM's Ethan Ace added a comment to the April 14, 2020 Article that cited the VPOT Document. This comment misleadingly characterizes the VPOT Document as a "'justification' of their [X.Labs'] visual temperature display" to "justify the delta" "between forehead skin temperature and core body temperature." Nevertheless, IPVM has still not retracted its false statements that the Feevr system is inaccurate and that its imaging results showed "two people on the left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement." The comment further falsely, misleadingly, and deceptively states that "[f]undamentally, Feevr also does not explain or justify how they are using a sensor which FLIR themselves has said is not accurate enough for thermal screening (±3°C) and getting accurate results."

65.     As of the filing of this First Amended Complaint, the April 14, 2020 Article remains available to IPVM's subscribers and members on IPVM's website and IPVM has not retracted or disavowed the April 14, 2020 Article.

66.     On or about April 17, 2020, IPVM published an article by Charles Rollet on its website entitled "FDA 'Does Not Intend to Object' To Unapproved Fever Detection Cameras" ("April 17, 2020 Article"). *See* https://ipvm.com/reports/fda-new. On information and belief, the VPOT Document was available to

IPVM as of IPVM's publication of the April 17, 2020 Article.  A true and correct copy of the April 17, 2020 Article as published on April 27, 2020 is attached as **Exhibit 9** to this First Amended Complaint.

67.    At the beginning of the April 17, 2020 Article, IPVM states that the "FDA has declared it will not go after the many companies marketing unapproved fever detection cameras during the coronavirus public health emergency, even though it does consider these products medical devices."  IPVM smears X.Labs in the April 17, 2020 Article by identifying it as one of the "Dubious Companies" that the FDA has "Rewarded," thereby implying that X.Labs' business model is dishonest and opportunistic.

68.    In addition, in the April 17, 2020 Article, IPVM sets forth a list of purported "Problems" with the Feevr system without disclosing that IPVM declined X.Labs' offer to provide a unit of its Feevr system to IPVM for analysis and did not even request any technical documentation from X.Labs regarding the Feevr system.  On information and belief, IPVM did not obtain a unit of the Feevr system in connection with its underlying analysis or testing of the Feevr system for the April 17, 2020 Article.  IPVM falsely and misleadingly states in the Article that "Feevr is also using the wrong kind of camera and when IPVM reported this, they threatened legal action and made false allegations against us."  Here, IPVM falsely implies that the Feevr system is allegedly incapable of performing its intended purpose because, according to IPVM, it "us[es] the wrong kind of camera."  Here, in support of its false and defamatory statements, IPVM relied on cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system. IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software and a thermal imaging camera such as the FLIR ONE Pro camera.  In addition, IPVM asserts that "[t]he fact that the FDA has (temporarily) given carte blanche to these unregulated products is a

big boost for such firms.  But *it presents a risk to the public*, since often these companies are totally new entrants to the thermal field and do not offer the right kind of camera, setup advice, etc." (emphasis added).  Here, IPVM provides no justification of its generalizations and, thus, mischaracterizations of the Feevr system.  Instead, IPVM falsely implies that the Feevr system is allegedly incapable of performing its intended purpose and therefore "presents a risk to the public" because, according to IPVM, it "do[es] not offer the right kind of camera."  In continuance of this false and misleading narrative, IPVM states in the April 17, 2020 Article that the FDA's decision not to pursue companies marketing unapproved fever detection cameras "could lead to many false positives/negatives and poor implementation," thereby false and deceptively implying that the Feevr system provides false positives and negatives and is poorly implemented.  Having failed to take the fundamental step of testing the Feevr system, however, IPVM's conclusions that the Feevr system is "using the wrong kind of camera," "presents a risk to the public," and "could lead to many false positives/negatives and poor implementation" are necessarily based on incomplete facts.

69.    As of the filing of this First Amended Complaint, the April 17, 2020 Article remains available to IPVM's subscribers and members on IPVM's website and IPVM has not retracted or disavowed the April 17, 2020 Article.

70.    On or about May 7, 2020, IPVM published an article by John Honovich on its website entitled "FLIR Suspends Agreement With Feevr" ("May 7, 2020 Article").  *See* https://ipvm.com/reports/flir-feevr.  A true and correct copy of the May 7, 2020 Article is attached as **Exhibit 10** to this First Amended Complaint.

71.    In the May 7, 2020 Article, IPVM falsely states that "[t]hermal manufacturer FLIR has suspended its agreement with Feevr (aka X.Labs)" and that this is something that "X.Labs said in a new legal filing, suing and blaming IPVM."  Similarly, IPVM falsely states that "FLIR has now suspended its

agreement with X.Labs" and this is something that "the company [X.Labs] said in a legal filing, in which they sued and blamed IPVM." These statements were false at the time that IPVM made them, as X.Labs had an existing Product Supply Agreement with FLIR for the supply of the FLIR One Pro camera as of May 7, 2020.

72.     IPVM subsequently backtracked on these false statements by inserting the following text into the May 7, 2020 Article:  "Update: The complaint also notes that 'X.Labs also has supplier contracts, notably with Flir.'  Presumably, the agreement being suspended is that supplier contract."  In addition, on May 8, 2020, John Honovich added a comment to the May 7, 2020 Article that stated "Update: The complaint also notes that 'X.Labs also has supplier contracts, notably with Flir.'  Presumably, the agreement being suspended is that supplier contract."  By these revisions, IPVM acknowledged the falsity of its statements regarding FLIR's alleged suspension of its agreement with X.Labs.  Nevertheless, IPVM has not retracted any of its false statements regarding such alleged suspension.

73.     In the May 7, 2020 Article, IPVM further repeats its false and defamatory statements regarding the alleged inaccuracy of the Feevr system by stating that "IPVM has reported potential issues with Feevr's FLIR usage, both on ***accuracy*** and ***using the FLIR SDK***.  As we explained previously, the FLIR One Pro they use is ***10x less accurate*** than, e.g., FLIR's FDA approved thermal gun." (emphases added).  As noted above, however, IPVM's claims that the Feevr system is inaccurate and "10x less accurate" than an "FDA approved thermal gun" are provably false.  Moreover, the Feevr system uses X.Labs' proprietary AI-based mobile app software.  As such, the Feevr system simply does not use the FLIR SDK and IPVM provides no basis to support its false statement to the contrary.  Rather, IPVM, which has never tested or even examined the actual Feevr system, has falsely assumed and published and re-published its false statement that "Feevr

1  needs to access the temperature data from the FLIR thermal sensor which is what

2  the FLIR SDK provides."

3      74.    IPVM again relies solely on a cherry-picked and incomplete set of

4  statements by FLIR, taken out of context, to support its false statements as to the

5  alleged inaccuracy of the Feevr system.  In particular, IPVM states "FLIR's

6  specifications are clear" and reproduces what purports to be FLIR documentation

7  for the FLIR ONE Pro using the FLIR SDK setting forth "Measurement Accuracy"

8  of "±3°C (5.4°F) or ±5%."  In addition, IPVM states that "FLIR's spokesperson

9  reinforced that problem, confirming to IPVM: 'We do not recommend the FLIR

10  ONE Pro or Lepton-based devices for this use case.'"  IPVM provides no context

11  for these purported representations or statements by FLIR.  Instead, IPVM falsely

12  implies that there is a "problem" with the accuracy of the Feevr system and that the

13  Feevr system uses the FLIR SDK.

14      75.    As of the filing of this First Amended Complaint, the May 7, 2020

15  Article remains available to IPVM's subscribers and members on IPVM's website.

16      76.    On or about May 20, 2020, IPVM published an article by John

17  Honovich on its website entitled "FLIR Cancelling Contract With X.Labs / Feevr"

18  ("May 20, 2020 Article").  *See* https://ipvm.com/reports/flir-xlabs.  A true and

19  correct copy of the May 20, 2020 Article is attached as **Exhibit 11** to this First

20  Amended Complaint.

21      77.    In the May 20, 2020 Article, IPVM continues its false narrative

22  regarding the alleged inaccuracy of the Feevr system.  Specifically, IPVM states

23  that "[c]ore to this issue" of "Accuracy Concerns" "is that X.Labs says they are

24  using a FLIR ONE Pro device that retails for ~$400, per FLIR, not recommended

25  for human temperature / 'feevr' scanning because its accuracy is specified at just

26  ~±5°F."  Further, IPVM states in a section of the May 20, 2020 Article titled

27  "FLIR ONE Pro Not Intended For Fever Detection" that "FLIR ONE Pro devices

28  are not intended for 'fever' detection based on FLIR's own long-standing accuracy

specifications."  IPVM's conclusion that the alleged accuracy of the Feevr system is only within "±5°F" is provably false and fails to take into account or even mention that the Feevr system uses X.Labs' proprietary AI-based algorithm and logical reasoning enhance accuracy by identifying a specific region of an individual's forehead, detecting the skin temperature of that region, and disregarding other temperatures in the field of view.  Thus, the Feevr system is a distinct system using distinct software from the FLIR ONE Pro camera using the FLIR SDK.  Nevertheless, IPVM falsely implies here that it is the FLIR ONE Pro device alone that performs the functions of the Feevr system.  IPVM also misleadingly omits to mention that the Feevr system is intended to screen and detect individuals with elevated forehead skin temperature for secondary screening and medical testing—not to affirmatively and medically diagnose individuals with a fever.

78.   Here, IPVM again omits to mention that it declined X.Labs' offer to provide a unit of its Feevr system to IPVM for analysis and did not even request any technical documentation from X.Labs regarding the Feevr system.  Instead, IPVM again relies solely on a cherry-picked and distorted set of FLIR's statements, taken out of context, to support its false statements as to the alleged inaccuracy and unfitness of the Feevr system to serve its intended purpose.

79.   As of the filing of this First Amended Complaint, the May 20, 2020 Article remains available to IPVM's subscribers and members on IPVM's website and an IPVM subscription is required to access the May 20, 2020 Article.

## IPVM'S RECKLESS CONDUCT

80.   IPVM holds itself out as a specialist in the technologic assessment of AI-based thermal systems for determining an individual's forehead skin temperature, ostensibly based on its prior expertise in video surveillance technology.  Indeed, IPVM claimed to have technological acumen in preparing technical expert reports, testing, analysis, and educational courses in video

surveillance and further claimed that it was this acumen that made its business "unique."  *See* Exhibit 4.  Further, IPVM knew that the Feevr system consisted of not only a thermal imaging camera (e.g., the FLIR ONE Pro camera) but also X.Labs' proprietary mobile app software.  Based on IPVM's expertise and huge testing facility, IPVM was in a position to test the actual Feevr system.  Thus, given IPVM's purported expertise, IPVM knew it was an absolute necessity to test the actual Feevr system in order to make any reliable and competent determination of the system's accuracy.

81.     On information and belief, IPVM failed to take the fundamental step of testing the Feevr system before publishing its false and defamatory statements regarding the alleged inaccuracy of the Feevr system, among its other false and defamatory statements.  Indeed, IPVM declined X.Labs' offer to provide a unit of its Feevr system to IPVM for analysis and did not even request any technical documentation from X.Labs regarding the Feevr system.  Instead, IPVM made false and defamatory statements that the Feevr system is allegedly "inaccurate" based on cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only one component of the Feevr system, namely, the FLIR ONE Pro camera.  IPVM's actions in this regard were irresponsible, reckless, and with actual malice.

82.     As of March 31, 2020—the date that IPVM published its first article falsely and defamatorily stating that the Feevr system is allegedly inaccurate—IPVM knew that the Feevr system uses a proprietary AI-based algorithm that is substantially different from the FLIR SDK.  In fact, IPVM referenced the Feevr system's AI-based algorithm in its March 31, 2020 Article, which states that the Feevr system "brand[s] itself as a 'COVID 19 ***AI BASED*** NON CONTACT THERMAL IMAGING'" (emphasis added) and refers to the "Feevr app" as "perform[ing] screening functions, essentially detecting faces in the field of view. . . ."  Thus, IPVM knew that the Feevr system uses a proprietary AI-based algorithm

and logical reasoning to identify a specific region of an individual's forehead, detect the skin temperature of that region, and disregard other temperatures in the field of view, and that the "Feevr app" is thus substantially different from the FLIR SDK, which does not perform any of these functions of the Feevr app.

83.     As of March 31, 2020, a reasonable investigation by IPVM would have involved, at minimum, conducting testing of the actual Feevr system, alongside an FDA-approved non-contact thermometer and a thermal camera with the requisite thermal resolution for conducting elevated skin temperature screening, on multiple subjects across multiple trials, and comparing the testing results and standard deviations of such testing results from these three devices. That is, such testing must, at minimum, have followed sound engineering practices of performing testing of the subject system in simulated use environments alongside testing of devices approved and/or expected to be used in similar use situations.

84.     In fact, actual testing of the Feevr system by an engineer skilled in the relevant field of medical and health-related devices, Dr. Paul L. Briant, Ph.D. of Exponent, corroborates the foregoing and demonstrates that the Feevr system is in fact accurate and reliable for its intended purpose of screening and detecting individuals with elevated forehead skin temperature and does not result in high "false positives and negatives."  IPVM's actions in publishing statements regarding the alleged inaccuracy of the Feevr system in reliance on its own purported testing of the FLIR ONE Pro using the FLIR SDK—a different piece of software from the Feevr algorithm—and, further, without having conducted any independent testing of the Feevr system pursuant to good engineering practices was reckless, malicious, and violated basic principles of sound engineering.

85.     Dr. Briant received a Bachelor of Science in Mechanical Engineering from Washington University in St. Louis in 2002, where he graduated *summa cum laude*.  He received a Master's degree in 2004 and a Ph.D. in 2008, both in

1 Mechanical Engineering from Stanford University.  He was awarded a Veterans
2 Affairs Pre-Doctoral Associated Health Rehabilitation Research Fellowship in
3 2006, a Stanford Graduate Fellowship in 2002, and the Antoinette Francis Dames
4 Award in 2002.

5 86.    Dr. Briant is a member of the American Society of Mechanical
6 Engineers.  In addition, he is a Licensed Professional Engineer in California
7 (#M34711).  Dr. Briant is currently employed by Exponent.  His practice focuses
8 on solid mechanics, finite element analysis, mechanical engineering, materials,
9 biomechanics, and digital image processing.  Over the past 13 years, Dr. Briant has
10 applied his expertise to numerous design and failure analyses across a wide variety
11 of scales, including medical and health-related devices.  Dr. Briant has extensive
12 experience in finite element analysis and fatigue testing of medical and health-
13 related devices, and has assisted numerous medical device companies prepare for
14 submissions to the FDA.

15 87.    Dr. Briant has performed a wide range of mechanical engineering
16 failure analyses to understand the root cause of reported issues.  His medical and
17 health-related device analyses have involved cardiovascular implants, insulin
18 pumps, diagnostic devices, surgical tables, and numerous other medical and health-
19 related products.  In addition, he has analyzed vibration induced failures and
20 failures of large systems undergoing dynamic events.  Dr. Briant also has
21 experience with digital image processing and have written algorithms for both
22 military and non-military applications.

23 88.    Prior to joining Exponent, Dr. Briant's research focused on laboratory
24 and numerical analysis of cartilage tissue mechanics, as well as the design and
25 analysis of orthopedic biomedical devices.

26 89.    A true and correct copy of Dr. Briant's current *Curriculum Vitae* is
27 attached as **Exhibit 12** to this First Amended Complaint.

28

90.    Dr. Briant's testing data and results demonstrated that the Feevr system is in fact accurate and reliable for its intended purpose of screening and detecting individuals with elevated forehead skin temperature and does not result in high "false positives and negatives."  In the course of Dr. Briant's testing, skin temperature measurements of 10 test subjects were recorded using three units of the Feevr system, an Extech IR200 unit, and a Fluke Ti32 unit, with 10 trials conducted for each test subject.

91.    The Extech IR200 is FDA 501(K) certified and designed to scan and monitor individuals for elevated skin temperature.  It is an industry-accepted device for scanning and detecting individuals with elevated skin temperature.  A true and correct copy of the Extech "Extech IR200: Non-Contact Forehead Infrared Thermometer; Ideal for Quickly Detecting Elevated Skin Temperature" webpage, available at http://www.extech.com/products/IR200, is attached as **Exhibit 13** to this First Amended Complaint.

92.    The Extech IR200 is illustrated in the image below:



93.     The Fluke Ti32 uses a 320 x 240 focal plane array, as stated on the Fluke website.  A true and correct copy of the Fluke "Fluke Ti32 Infrared Camera" webpage, available at https://www.fluke.com/en-us/product/thermal-cameras/ti32, is attached as **Exhibit 14** to this First Amended Complaint.  The 320 x 240 thermal resolution of the Fluke Ti32 is equivalent to the 320 x 240 pixel thermal resolution that FLIR states is sufficient for thermal cameras utilized to conduct elevated skin temperature screening.  In this regard, FLIR states in its "Using FLIR for elevated skin temperature screening" webpage that "thermal imaging cameras can be used to detect elevated skin temperature or EST . . . A 320x240 pixel camera can safely accomplish the mission."  A true and correct copy of FLIR's "Using FLIR for elevated skin temperature screening" webpage, available at https://flir.custhelp.com/app/answers/detail/a_id/3539/~/using-flir-for-elevated-body-temperature-screening, is attached as **Exhibit 15** to this First Amended Complaint.

94.     The Fluke Ti32 is illustrated in the image below:



38

95.     In the course of Dr. Briant's testing, the test subjects and test equipment entered the testing room at least 20 minutes prior to the start of each test.  Air currents and variations due to the HVAC system near the testing area were minimized.  The ambient room temperature was recorded prior to and during testing.  Testing was performed at a normal room temperature of approximately 72°F.

96.     Each of the three Feevr units was installed on a tripod, with the middle unit approximately 60 inches above the ground and the upper and lower units positioned directly above and beneath the middle unit, respectively.  The Fluke Ti32 unit was placed directly next to the three Feevr units.

97.     At the beginning of the testing procedure, each of the test subjects' core and skin temperatures were recorded 10 times using the Extech IR200.  The Feevr units were calibrated prior to recording the temperature of each subject.  The calibration was performed as described in the user manual for the Feevr system (*see* https://feevr.tech/pages/client-portal), with the test subject beginning in a standing position 12 feet from the Feevr units, walking from 12 feet to 4 feet from the camera lens, and walking out of the field of view at a 45° angle.

98.     In the course of Dr. Briant's testing, skin temperature measurements were recorded by the Feevr and Fluke Ti32 units as each of the 10 test subjects walked toward the units, with 10 trials conducted per subject.  In each trial, the subjects began in a standing position 12 feet from the Feevr and Fluke Ti32 units, walked from 12 feet to 4 feet toward the units, and, upon reaching a distance of 4 feet from the units, walked out of the field of view at a 45° angle.  The Feevr units were used to record the test subjects' skin temperatures 5 times during each trial. The Fluke Ti32 unit was used to record the test subjects' skin temperatures once during each trial, and specifically, when the test subject reached a distance of approximately 6 feet from the Feevr and Fluke Ti32 units.

99.     A true and correct copy of an image showing Dr. Briant's overall testing setup is below:



100.   After each test trial, each of the test subjects' core and skin temperatures were recorded 10 times using the Extech IR200.

101.   Dr. Briant's testing data and results demonstrated that on average across all subjects and trials, the skin temperature measurements recorded by the Feevr units were within 1°C of the skin temperature measurements recorded by both the Extech IR200 and Fluke Ti32.  Specifically, the average skin temperature measurements recorded by the three Feevr units across all subjects and trials were 33.0°C, 33.3°C, and 33.8°C, which were each within 1°C of the average skin temperature measurements recorded by the Extech IR200 and Fluke Ti32 of

33.9°C and 33.8°C, respectively.  A true and correct copy of a table and chart illustrating these testing data and results is below:

| System | Average | |
|---|---|---|
| | Trial Avg | Trial Max |
| Feevr 1 | 33.0 | 33.9 |
| Feevr 2 | 33.3 | 34.2 |
| Feevr 3 | 33.8 | 34.6 |
| Fluke | 33.8 | |
| IR200 | 33.9 | |



102.   A true and correct copy of a chart illustrating Dr. Briant's aggregate testing data and results by subject and trial, with Feevr measurements averaged for each trial, is below.  In this chart, the blue, red, and green data points indicate data for the Feevr, Fluke Ti32 , and Extech IR200 units, respectively.





103.   As the image above shows, the deviation in skin temperature measurements recorded by the Extech IR200 for each subject was 1.7°C.

104.   Dr. Briant's testing data and results further demonstrated that in terms of individual test subjects, the average skin temperature measurements recorded by the Feevr system for each test subject, with data for the Feevr system averaged for each trial, were generally within 1°C of such skin temperature measurements recorded by the Extech IR200 and Fluke Ti32.  A true and correct copy of a graph illustrating Dr. Briant's testing data and results in terms of the average skin temperature measurements recorded by the Feevr system for each test subject, with data for the Feevr system averaged for each trial, is below:



105.   As shown by Dr. Briant's testing data and results in the image above, the largest difference in measurements between the Feevr units and the Extech IR200 and Fluke Ti32 units was 2.3°C for the "Feevr 2" unit in relation to test subject 1.  Nevertheless, this 2.3°C difference is within 0.6°C of the 1.7°C deviation of the industry-accepted, FDA 501(K) certified Extech IR200.  Further, Dr. Briant's testing data and results demonstrated that the average such skin temperature for another Feevr unit, "Feevr 1," was within approximately 1°C of the Extech IR200 and Fluke Ti32 units for test subject 1.

106.   Dr. Briant's testing data and results further demonstrated that in terms of individual test subjects, the standard deviation of skin temperature measurements recorded by the Feevr units across trials for each test subject, with Feevr data averaged for each trial, was 0.51°C, and that the corresponding standard deviations for the Extech IR200 and Fluke Ti32 were 0.50°C and 0.46°C,

respectively.  Thus, these data and results demonstrated that the Feevr units exhibited similar repeatability of skin temperature measurements as the Extech IR200 and Fluke Ti32 units.  A true and correct copy of a graph illustrating the standard deviation of skin temperature measurements recorded across trials for each test subject, with data for the Feevr units averaged for each trial, is below:



107.   Dr. Briant's testing data and results demonstrated that in terms of average skin temperature measurements both across all test subjects and trials **_and_** by individual subject with data for the Feevr units averaged for each trial, the Feevr units generally recorded skin temperature measurements within 1°C of the corresponding measurements by the Extech IR200 and Fluke Ti32.  In addition, Dr. Briant's testing data and results demonstrated the 0.51°C standard deviation of skin temperature measurements recorded by the Feevr units across trials for each

1  test subject, with Feevr data averaged for each trial, was comparable to the

2  corresponding standard deviations for the Extech IR200 and Fluke Ti32 of 0.50°C

3  and 0.46°C, respectively.  Thus, these data and results demonstrated the Feevr

4  units yielded similar levels of accuracy and repeatability in skin temperature

5  measurements as the industry-accepted, FDA 501(K) certified Extech IR200 and

6  the Fluke Ti32 having the 320 x 240 thermal resolution that FLIR states is

7  sufficient for thermal cameras utilized to conduct elevated skin temperature

8  screening.

9      108.   As corroborated by Dr. Briant's testing data and results for the Feevr,

10  Extech IR200, and Fluke Ti32 units, the Feevr system is indeed sufficiently

11  accurate to perform its intended purpose of screening and detecting individuals

12  with elevated forehead skin temperature for secondary screening and medical

13  testing.  Further, Dr. Briant's testing data and results confirm that the Feevr system

14  is not "10x less accurate" than the Extech IR200, which is FDA 501(K) certified

15  and is designed to scan and monitor individuals for elevated body temperature,

16  given that the absolute skin temperature measurements and repeatability of such

17  measurements was comparable between the Feevr units and the Extech IR200.

18      109.   Thus, as Dr. Briant's testing data and results clearly demonstrate, each

19  of IPVM's statements that the Feevr system is inaccurate are provably false—

20  including, but not limited to, IPVM's statements that the accuracy of the Feevr

21  system is "only ±3°C (~5.4°F)"; that "false positives and negatives are highly

22  likely" when using the Feevr system; that the Feevr system "fundamentally lacks

23  accuracy for its use"; that the Feevr system "pose[s] risks to the public"; that "[t]he

24  thermal sensor they [X.Labs] are using is not specified nor recommended by their

25  provider for such a 'feevr' application"; that the FLIR One Pro used with the Feevr

26  system "perform[s] inaccurately for human temperature detection" and "the FLIR

27  One Pro they use is 10x less accurate than, e.g., FLIR's FDA approved thermal

28  gun"; that "[f]undamentally, Feevr also does not explain or justify how they are

using a sensor which FLIR themselves has said is not accurate enough for thermal screening (±3°C) and getting accurate results"; that the accuracy of the Feevr system is "nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F"; and that "[f]undamentally, Feevr also does not explain or justify how they are using a sensor which FLIR themselves has said is not accurate enough for thermal screening (±3°C) and getting accurate results"; that "[p]roblems" with the Feevr system included that "Feevr is also using the wrong kind of camera"; and that the Feevr system "presents a risk to the public."

110.   In light of IPVM's representations to its subscribers and members that it possesses expertise in preparing technical expert reports, testing, and analysis and further as to its purported new-found expertise in the technologic assessment of thermal systems for determining an individual's forehead skin temperature, on information and belief, IPVM's subscribers and members relied on IPVM's false statements regarding the alleged inaccuracy of the Feevr system.  No technical testing or analysis specialist exercising the requisite level of care, however, would have published statements regarding the alleged inaccuracy of the Feevr system based solely on cherry-picked information about the FLIR ONE Pro camera and the Feevr system and testing of only the FLIR ONE Pro component of the Feevr system, particularly given that the Feevr system also includes X.Labs' proprietary AI-based mobile app software.  Yet, IPVM did just that.  On information and belief, IPVM's subscribers and members included X.Labs' customers, potential customers, suppliers, and development partners of the Feevr system who terminated, gave notice of intent to terminate, suspended, or declined to enter into business relationships with X.Labs as a result of their reliance on IPVM's false and defamatory statements regarding the alleged inaccuracy of the Feevr system. IPVM's conduct in publishing its false and defamatory statements regarding the

1    alleged inaccuracy of the Feevr system were irresponsible, reckless, and with

2    actual malice.

3                    **THE HARM INFLICTED BY IPVM ON X.LABS**

4         111.   Since the publication of the IPVM Articles, numerous customers of

5    the Feevr system have terminated or suspended their sales agreements with X.Labs

6    for its Feevr system and cited the IPVM Articles in doing so.  X.Labs is subject to

7    various confidentiality agreements regarding specific customers.  For example, on

8    or about April 27, 2020, following the publication of IPVM's March 31, 2020,

9    April 14, 2020, and April 17, 2020 Articles, a customer that is an international,

10   American publicly traded web hosting company put its 100-unit order of the Feevr

11   system on hold, resulting in a loss of $350,000 in revenue to X.Labs.  On April 14,

12   2020, an American social media corporation customer and a Japanese e-commerce

13   company each suspended their orders of X.Labs' Feevr system due to the March

14   31, 2020 Article, resulting in a loss of $750,000 in revenue to X.Labs.

15        112.   In addition, numerous customers of the Feevr system have raised

16   serious concerns about the Feevr system and cited the IPVM Articles as the bases

17   of those concerns.  For example, on April 14, 2020, a VP of Compliance at a

18   Japanese e-commerce company cited and expressed concern about the April 14,

19   2020 Article.  As another example, on April 16, 2020, an Exxon Mobil

20   representative called X.Labs distributor Shooter Detections System's Chief

21   Executive Officer to inquire about the IPVM Articles.  On May 4, 2020, a BP

22   America Business Security Manager inquired about the IPVM "reports" and

23   requested that X.Labs respond to the points raised by the IPVM Articles.  On May

24   11, 2020, a U.S. Foods representative requested an explanation as to the May 7,

25   2020 Article and alleged cancellation of the Product Supply Agreement between

26   FLIR and X.Labs.  On or about May 11, 2020, a Coca-Cola Director of Hospitality

27   & Site Services asked if X.Labs could "speak to" IPVM's May 7, 2020 Article.

28   On May 21, 2020, the Flex-N-Gate group of companies Director of Global

Security Operations cited the May 20, 2020 Article as a "[c]oncerning article" as "raining concern internally."  Also on May 21, 2020, the Major League of Baseball cited "concerns" arising out of the May 20, 2020 Article.

113.   On information and belief, X.Labs' prospective customers have similarly severed their business relationships with X.Labs and will not be entering into contracts to purchase X.Labs' Feevr system due to the IPVM Articles.  For example, on or about May 7, 2020, wework, which had been in the process of placing an order for the Feevr system, suspended its pending purchase because of the May 7, 2020 Article.  As another example, on or about June 4, 2020, the New Mexico Government expressed hesitance with purchase of the Feevr system due to the April 14, 2020 Article.  Also on or about June 4, 2020, a Westrock representative advised that Westrock had been interested in purchasing the Feevr system but moved instead to using other FLIR and ICI technology based on the purported legal concerns between X.Labs and FLIR.

114.   In addition, IPVM's false, misleading, disparaging, and deceptive statements caused X.Labs' supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with X.Labs for a period of time and to ultimately give X.Labs notice of intent to terminate its April 15, 2020 Product Supply Agreement with X.Labs.  But for the IPVM Articles, FLIR would not have suspended or given notice of intent to terminate either of its Product Supply Agreements with X.Labs. Indeed, on information and belief, FLIR has not suspended any supply agreement with Dotty Digital Pty Ltd ("Dotty"), despite Dotty's use of the FLIR One Pro camera to measure elevated skin temperature in a manner similar to the Feevr system.  Further, on or about May 12, 2020, MBA Corps., an X.Labs distributor, informed X.Labs that Buckley Petersen Global was terminating its business relationship with MBA Corps. because of the "very negative publicity" caused by the IPVM Articles.  In addition, IPVM's false, misleading, disparaging, and deceptive statements caused X.Labs' development partner, Fusus, to withdraw

1   from its software and integration agreement to provide access control and screen

2   integration for the Feevr system on May 15, 2020.  Fusus cited the IPVM Articles

3   as "bad for [Fusus'] brand."  As a result of Fusus' withdrawal, X.Labs is no longer

4   able to provide access control and screen integration with the Feevr system and has

5   therefore suffered a reduction in sales of the Feevr system.  Additionally, on May

6   21, 2020, Pulse Supply Chain Solution, Inc. declined to commit a $1 million

7   investment in X.Labs "due to the negative blogs received from IPVM and John

8   Honovich."

9        115.   As a result, IPVM's Articles have directly caused significant harm to

10   X.Labs' business reputation, goodwill, and integrity and significant loss of sales

11   and potential sales of X.Labs' Feevr system in an amount to be determined at trial.

12   On information and belief, IPVM's purpose in publishing the IPVM Articles was

13   to disrupt X.Labs' contracts, contractual relations, and prospective contractual

14   relationships.

15        116.   On April 22, 2020, counsel for X.Labs sent a letter to IPVM's John

16   Honovich ("April 22, 2020 Letter"), demanding that IPVM promptly confirm in

17   writing that it has ceased and desisted writing or publishing any articles containing

18   false, misleading, deceptive, or defamatory statements about X.Labs or its Feevr

19   system; issue a public retraction of the IPVM Articles that explicitly acknowledges

20   the falsehoods, deceptions, and defamations contained therein; provide all

21   information, including any documentation, regarding any tests or analyses that

22   IPVM or any entity on IPVM's behalf has done on the Feevr system; identify

23   IPVM's credentials and experience that it believes qualifies it to reliably and

24   accurately test and evaluate the Feevr system; explain IPVM's failure to acquire

25   and use the Feevr system in connection with any testing or assessment of the Feevr

26   system; identify Ethan Ace, Charles Rollet, and John Honovich's credentials and

27   experience, if any, which qualify them to review the Feevr system; and provide a

28   complete and accurate written accounting of the identities and the number of

1    individuals and businesses that have accessed any of the IPVM Articles, among

2    other demands.  A true and correct copy of the April 22, 2020 Letter is attached as

3    **Exhibit 16** to this First Amended Complaint.

4        117.   As of the filing of this First Amended Complaint, IPVM has failed to

5    perform any of the demands set forth in X.Labs' April 22, 2020 Letter.  IPVM has

6    refused to retract and disavow the IPVM Articles.  Further, IPVM has failed to

7    provide any corroboration of its originally claimed alleged testing of the Feevr

8    system.  In addition, IPVM has failed to identify any credentials and/or experience

9    that could qualify it to test and evaluate the Feevr system, whether as to Ethan Ace,

10   Charles Rollet, and John Honovich or otherwise.  And, IPVM has failed to explain

11   its failure to acquire and use the Feevr system, particularly in light of X.Labs' offer

12   to provide a unit of its system, in connection with any testing or assessment of the

13   Feevr system.

14       118.   Meanwhile, the IPVM Articles have caused and continue to cause

15   great and irreparable harm to X.Labs' business reputation, goodwill, and integrity

16   and to sales of the Feevr system.

17                        **FIRST CLAIM FOR RELIEF**

18            **Intentional Interference with Contractual Relations**

19       119.   X.Labs repeats and realleges the allegations of the foregoing

20   Paragraphs 1 through 118, as if fully set forth herein.

21       120.   X.Labs possesses and possessed valid contracts with various

22   customers, including Fortune 500 customers, to provide the Feevr system.  X.Labs

23   also has supplier contracts, notably with FLIR for the FLIR ONE Pro camera, and

24   had a software and integration agreement with Fusus.

25       121.   IPVM is and, at all material times, has been aware of the existence of

26   these contracts.  For example, IPVM states in the April 14, 2020 Article: "we

27   believe Feevr and SDS that they are selling a lot of these devices [Feevr system]

28   right now."  In addition, IPVM states in the March 31, 2020 Article "[t]he Feevr

thermal screening system consists of FLIR One Pro camera" and refers in the April 14, 2020 Article to X.Labs' "thermal provider FLIR."

122.   IPVM engaged in conduct that was calculated to disrupt X.Labs' contractual relations and rights under those contracts and that it knew was certain or substantially certain to result in such disruption and achieved those ends.  In doing so, IPVM has prevented X.Labs from realizing the benefits of these contractual relationships.  To achieve those ends, IPVM has, among other things, published provably false and defamatory statements of fact and misleading, disparaging, and deceptive statements that imply false conclusions of fact regarding X.Labs and the Feevr system in the IPVM Articles.  Among its numerous other false and defamatory statements regarding X.Labs and its Feevr system, IPVM prominently, falsely, and defamatorily stated that the Feevr system "***fundamentally lacks accuracy for its use***" and that "***false positives and negatives are highly likely***" when using the Feevr system.  On information and belief, IPVM's purpose in publishing the IPVM Articles and the provably false and defamatory statements of fact and misleading, disparaging, and deceptive statements implying false conclusions of fact contained therein was and is to disrupt these contracts.

123.   IPVM falsely asserts in the March 31, 2020 Article that the accuracy of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body temperature"; and further claims that "false positives and negatives are highly likely" when using the Feevr system to screen and detect individuals with elevated forehead skin temperature.  IPVM, however, does not base these statements on any testing or evaluation of the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  Rather, IPVM points to just one part of the Feevr system, namely, the FLIR ONE Pro camera, which IPVM asserts specifies an accuracy of "only ±3°C (~5.4°F)."  IPVM then contrasts this purported

1  accuracy of "only ±3°C (~5.4°F)" with unidentified systems which it claims to

2  have surveyed.

3      124.   As to X.Labs' proprietary mobile app, IPVM claims in the March 31,

4  2020 Article—without any support—that "[t]he FLIR SDK License Agreement

5  prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from

6  apps like Feevr's," despite acknowledging that the Feevr system does not use the

7  FLIR SDK.  IPVM's implied statement that the Feevr system runs afoul of the

8  FLIR SDK License Agreement is demonstrably false, as X.Labs has informed

9  IPVM that it does not use the FLIR SDK and IPVM does not identify any

10 information from FLIR or otherwise indicating that X.Labs uses the SDK.

11     125.   IPVM also states in the March 31, 2020 Article that it is "particularly

12 worried about how accurate this [Feevr system] will be and how misleading much

13 of their [X.Labs'] marketing is," thereby falsely implying the purportedly objective

14 conclusion that the Feevr system is inaccurate and that X.Labs' marketing of the

15 Feevr system is misleading and attempts to conceal the alleged inaccuracy of the

16 Feevr system from customers and potential customers of the Feevr system.

17     126.   Subsequently, IPVM amplified its statements in the March 31, 2020

18 Article with an April 14, 2020 Article entitled "Beware of Feevr," in which IPVM

19 prominently states that X.Labs "is marketing a 'Feevr' solution that ***fundamentally***

20 ***lacks accuracy for its use***, as its thermal provider FLIR has said and IPVM testing

21 has shown." (emphasis added).  This statement is false, defamatory, and

22 misleading.  In addition, in the April 14, 2020 Article, IPVM falsely states that the

23 Feevr system "pose[s] risks to the public."  IPVM also misleadingly states in the

24 April 14, 2020 Article that "Feevr has no FDA approval for this device," "[t]he

25 CEO of Feevr's 'premier US distributor' admitted the lack of approval," and "[t]he

26 thermal sensor they are using is not specified nor recommended by their provider

27 for such a 'feevr' application" and "Feevr cannot address this."  By these

28 statements, IPVM falsely and defamatorily implied that the Feevr system is

intended to be used for purposes requiring FDA approval, that it therefore runs afoul of FDA regulations, and that X.Labs is attempting to conceal this alleged lack of the requisite FDA approvals from customers and potential customers of the Feevr system.  In addition, IPVM falsely states in the April 14, 2020 Article that the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human temperature detection" and "the FLIR One Pro they use is 10x less accurate than" an FDA approved thermal gun.  IPVM also falsely states in the April 14, 2020 Article that "[f]undamentally, Feevr also does not explain or justify how they are using a sensor which FLIR themselves has said is not accurate enough for thermal screening (±3°C) and getting accurate results," that the accuracy of the Feevr system is "nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F," and that examples of the Feevr system's imaging results show "two people on the left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement," and falsely implies that the 90-91°F temperature measurements are core temperatures rather than skin temperatures.  IPVM thereby false implies that the Feevr system is not sufficiently accurate to screen and detect individuals with elevated forehead skin temperature.  In addition, the April 14, 2020 Article is entitled "Beware of Feevr" and begins with the statement "Beware of 'Feevr,'" followed by an image depicting the Feevr system with a large "BEWARE" warning sign stamped across the image of the Feevr system, thereby implying that there is an objective reason to believe that the Feevr system poses a risk.

127.   IPVM continued to amplify its false and defamatory statements in the April 17, 2020 Article, where it claims that "[p]roblems" with the Feevr system include that "Feevr is also using the wrong kind of camera," thereby implying that the Feevr system is inaccurate.  IPVM then states in the April 17, 2020 Article that

"these unregulated products" "present[] a risk to the public," thereby falsely implying that the Feevr system presents a risk to the public.

128.   In the May 7, 2020 Article, IPVM continued to amplify its false statements regarding the alleged inaccuracy of the Feevr system in the March 31, 2020, April 14, 2020, and April 17, 2020 Articles by repeating the falsities regarding alleged "potential issues with Feevr's FLIR usage, both on *accuracy* and *using the FLIR SDK*" and "the FLIR One Pro they [X.Labs] use [being] *10x less accurate* than" an FDA approved thermal gun (emphases added).

129.   Likewise, IPVM exacerbated its false statements by stating in the May 20, 2020 Article that "[c]ore to this issue" of "Accuracy Concerns" "is that X.Labs says they are using a FLIR ONE Pro device that retails for ~$400, per FLIR, not recommended for human temperature / 'feevr' scanning because its *accuracy is specified at just ~±5°F*" (emphasis added).

130.   Thus, IPVM falsely, misleadingly, and deceptively represented to potential X.Labs customers that the Feevr system is inaccurate and poses risks to the public.  Yet, in making these representations, IPVM relied on cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system.  IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  On information and belief, IPVM knew that it was not sufficiently qualified to reliably and accurately test, evaluate, and review the Feevr system when it made and published these representations in the IPVM Articles.  Alternatively, to the extent that IPVM was sufficiently qualified, it knew that its deliberate decision not to use the actual Feevr system in its purported testing, evaluation, and review was reckless, malicious, and irresponsible.  Significantly, IPVM has held itself out to its subscribers and members as a specialist in the technologic assessment of AI-based thermal software systems for determining an individual's forehead skin temperature.

131.   As corroborated by Dr. Briant's testing data and results, however, IPVM's statements were false.  Critically, Dr. Briant's testing data and results confirmed that the Feevr system is in fact accurate and reliable for its intended purpose of screening and detecting individuals with elevated forehead skin temperature and does not result in high "false positives and negatives."  Indeed, these data and results demonstrated that the average skin temperature measurements recorded by the Feevr units across all subjects and trials were within 1°C of the average such skin temperature measurements recorded by both the FDA 501K certified Extech IR200 and 320 x 240 thermal resolution Fluke Ti32.  Dr. Briant's testing data and results further demonstrated that the average skin temperature measurements recorded by the Feevr units for each individual test subject, with data for the Feevr units averaged over each trial, were generally within 1°C of the average such skin temperature measurements recorded by both the Extech IR200 and Fluke Ti32 units.  In addition, Dr. Briant's testing data and results demonstrated that the Feevr units exhibited similar levels of repeatability in terms of standard deviations in skin temperature measurements to the Extech IR200 and Fluke Ti32 units.

132.   As a result of IPVM's intentional interference with X.Labs' contracts, X.Labs has been harmed and suffered damages in an amount to be proven at trial, including, but not limited to, the revenue and profits that X.Labs would have made but for IPVM's interference.  Indeed, numerous X.Labs customers have terminated or suspended their sales agreements for the Feevr system and cited the IPVM Articles in doing so.  IPVM's false, misleading, disparaging, defamatory, and deceptive statements also caused X.Labs' supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with X.Labs for a period of time and ultimately give X.Labs notice of intent to terminate its April 15, 2020 Product Supply Agreement with X.Labs and caused X.Labs' development partner, Fusus,

1    to withdraw from its software and integration agreement to provide access control

2    and screen integration for the Feevr system.

3          133.   IPVM's acts were undertaken intentionally and in conscious disregard

4    of X.Labs' rights.  In addition, IPVM's acts were malicious, oppressive, and/or

5    fraudulent.  Therefore, X.Labs should be awarded punitive and exemplary damages

6    sufficient to punish IPVM and to deter similar conduct in the future.

7          134.   IPVM's conduct indicates that it has no intention to stop harassing

8    X.Labs, and, unless restrained, will not do so, to X.Labs' great and irreparable

9    injury, for which damages would not afford adequate relief, in that they would not

10   completely compensate for the injury to X.Labs' business reputation, goodwill, and

11   integrity amongst its customers.

12                          **SECOND CLAIM FOR RELIEF**

13       **Intentional Interference with Prospective Economic Relations**

14         135.   X.Labs repeats and realleges the allegations of the foregoing

15   Paragraphs 1 through 134, as if fully set forth herein.

16         136.   Before IPVM's smear campaign, X.Labs was actively developing

17   business relationships to provide the Feevr system to potential customers.  These

18   business relationships would likely have resulted in significant sales by X.Labs of

19   its Feevr system.

20         137.   IPVM is and, at all material times, has been aware of the existence of

21   X.Labs' prospective contractual relationships.  Indeed, IPVM would not have

22   published the IPVM Articles had it been unaware of these prospective contractual

23   relationships.  Among its numerous other false and defamatory statements

24   regarding X.Labs and the Feevr system, IPVM has prominently, falsely, and

25   defamatorily stated that the Feevr system "***fundamentally lacks accuracy for its***

26   ***use***" and that "***false positives and negatives are highly likely***" when using the

27   Feevr system.  On information and belief, IPVM's purpose in publishing the IPVM

28

Articles and the false, misleading, deceptive statements contained therein was and is to disrupt these prospective contractual relationships.

138.   IPVM falsely asserts in the March 31, 2020 Article that the accuracy of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body temperature"; and further claims that "false positives and negatives are highly likely" when using the Feevr system to screen and detect individuals with elevated forehead skin temperature.  IPVM, however, does not base these statements on any testing or evaluation of the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  Rather, IPVM points to just one part of the Feevr system, namely, the FLIR ONE Pro camera, which IPVM asserts specifies an accuracy of "only ±3°C (~5.4°F)."  IPVM then contrasts this purported accuracy of "only ±3°C (~5.4°F)" with unidentified systems which it claims to have surveyed.

139.   As to X.Labs' proprietary mobile app, IPVM claims in the March 31, 2020 Article—without any support—that "[t]he FLIR SDK License Agreement prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from apps like Feevr's," despite acknowledging that the Feevr system does not use the FLIR SDK.  IPVM's implied statement that the Feevr system runs afoul of the FLIR SDK License Agreement is demonstrably false, as X.Labs has informed IPVM that it does not use the FLIR SDK and IPVM does not identify any information from FLIR or otherwise indicating that X.Labs uses the SDK.

140.   IPVM also states in the March 31, 2020 Article that it is "particularly worried about how accurate this [Feevr system] will be and how misleading much of their [X.Labs'] marketing is," thereby falsely implying the purportedly objective conclusion that the Feevr system is inaccurate and that X.Labs' marketing of the Feevr system is misleading and attempts to conceal the alleged inaccuracy of the Feevr system from customers and potential customers of the Feevr system.

141.   Subsequently, IPVM amplified its statements in the March 31, 2020 Article with an April 14, 2020 Article entitled "Beware of Feevr," in which IPVM prominently states that X.Labs "is marketing a 'Feevr' solution that ***fundamentally lacks accuracy for its use***, as its thermal provider FLIR has said and IPVM testing has shown." (emphasis added).  This statement is false, defamatory, and misleading.  In addition, in the April 14, 2020 Article, IPVM falsely states that the Feevr system "pose[s] risks to the public."  IPVM also misleadingly states in the April 14, 2020 Article that "Feevr has no FDA approval for this device," "[t]he CEO of Feevr's 'premier US distributor' admitted the lack of approval," and "[t]he thermal sensor they are using is not specified nor recommended by their provider for such a 'feevr' application" and "Feevr cannot address this."  By these statements, IPVM falsely and defamatorily implied that the Feevr system is intended to be used for purposes requiring FDA approval, that it therefore runs afoul of FDA regulations, and that X.Labs is attempting to conceal this alleged lack of the requisite FDA approvals from customers and potential customers of the Feevr system.  In addition, IPVM falsely states in the April 14, 2020 Article that the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human temperature detection" and "the FLIR One Pro they use is 10x less accurate than" an FDA approved thermal gun.  IPVM also falsely states in the April 14, 2020 Article that "[f]undamentally, Feevr also does not explain or justify how they are using a sensor which FLIR themselves has said is not accurate enough for thermal screening (±3°C) and getting accurate results," that the accuracy of the Feevr system is "nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F," and that examples of the Feevr system's imaging results show "two people on the left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement," and falsely implies that the 90-91°F temperature measurements are core temperatures rather than skin temperatures.  IPVM thereby

false implies that the Feevr system is not sufficiently accurate to screen and detect individuals with elevated forehead skin temperature.  In addition, the April 14, 2020 Article is entitled "Beware of Feevr" and begins with the statement "Beware of 'Feevr,'" followed by an image depicting the Feevr system with a large "BEWARE" warning sign stamped across the image of the Feevr system, thereby implying that there is an objective reason to believe that the Feevr system poses a risk.

142.   IPVM continued to amplify its false and defamatory statements in the April 17, 2020 Article, where it claims that "[p]roblems" with the Feevr system include that "Feevr is also using the wrong kind of camera," thereby implying that the Feevr system is inaccurate.  IPVM then states in the April 17, 2020 Article that "these unregulated products" "present[] a risk to the public," thereby falsely implying that the Feevr system presents a risk to the public.

143.   In the May 7, 2020 Article, IPVM continued to amplify its false statements regarding the alleged inaccuracy of the Feevr system in the March 31, 2020, April 14, 2020, and April 17, 2020 Articles by repeating the falsities regarding alleged "potential issues with Feevr's FLIR usage, both on *accuracy* and *using the FLIR SDK*" and "the FLIR One Pro they [X.Labs] use [being] *10x less accurate* than" an FDA approved thermal gun (emphases added).

144.   Likewise, IPVM exacerbated its false statements by stating in the May 20, 2020 Article that "[c]ore to this issue" of "Accuracy Concerns" "is that X.Labs says they are using a FLIR ONE Pro device that retails for ~$400, per FLIR, not recommended for human temperature / 'feevr' scanning because its *accuracy is specified at just ~±5°F*" (emphasis added).

145.   As corroborated by Dr. Briant's testing data and results, however, IPVM's statements were false.  Critically, Dr. Briant's testing data and results confirmed that the Feevr system is in fact accurate and reliable for its intended purpose of screening and detecting individuals with elevated forehead skin

temperature and does not result in high "false positives and negatives."  Indeed, these data and results demonstrated that the average skin temperature measurements recorded by the Feevr units across all subjects and trials were within 1°C of the average such skin temperature measurements recorded by both the FDA 501K certified Extech IR200 and 320 x 240 thermal resolution Fluke Ti32.  Dr. Briant's testing data and results further demonstrated that the average skin temperature measurements recorded by the Feevr units for each individual test subject, with data for the Feevr units averaged over each trial, were generally within 1°C of the average such skin temperature measurements recorded by both the Extech IR200 and Fluke Ti32 units.  In addition, Dr. Briant's testing data and results demonstrated that the Feevr units exhibited similar levels of repeatability in terms of standard deviations in skin temperature measurements to the Extech IR200 and Fluke Ti32 units.

146.   IPVM falsely, misleadingly, and deceptively represented to potential X.Labs customers that the Feevr system is inaccurate and poses risks to the public. Yet, in making these representations, IPVM relied on cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system.  IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  On information and belief, IPVM knew that it was not sufficiently qualified to reliably and accurately test, evaluate, and review the Feevr system when it made and published these representations in the IPVM Articles.  Alternatively, to the extent that IPVM was sufficiently qualified, it knew that its deliberate decision not to use the actual Feevr system in its purported testing, evaluation, and review was reckless, malicious, and irresponsible.  Significantly, IPVM has held itself out to its subscribers and members as a specialist in the technologic assessment of AI-based thermal software systems for determining an individual's forehead skin temperature.

147.   IPVM's representations were calculated to disrupt X.Labs' ongoing business negotiations with prospective customers and IPVM knew that its representations were certain or substantially certain to result in such disruptions. IPVM published the IPVM Articles with the intent to induce potential X.Labs customers to sever their business relationships with X.Labs and ensure that they did not enter into contracts to purchase X.Labs' Feevr system.

148.   X.Labs is informed and believes that, because of IPVM's false, misleading, and deceptive representations to potential X.Labs customers, those potential customers severed their business relationships with X.Labs and will not be entering into contracts to purchase X.Labs' Feevr system.

149.   As a result of IPVM's intentional interference with X.Labs' prospective economic relations, X.Labs has been harmed and suffered damages in an amount to be proven at trial.  Because of IPVM's intentional acts, X.Labs will not realize the revenue and profits—and the concomitant value of further developing the customer relationships with which IPVM's conduct has interfered—from these prospective business relationships that it would have realized, but for IPVM's conduct described herein.  Indeed, numerous X.Labs customers have terminated or suspended their sales agreements for the Feevr system and cited the IPVM Articles in doing so.  On information and belief, X.Labs' prospective customers have similarly severed their business relationships with X.Labs and will not be entering into contracts to purchase X.Labs' Feevr system due to the IPVM Articles.

150.   IPVM's acts were undertaken intentionally and in conscious disregard of X.Labs' rights to compete fairly in the marketplace.  In addition, IPVM's acts were malicious, oppressive, and/or fraudulent.  Therefore, X.Labs should be awarded punitive and exemplary damages sufficient to punish IPVM and to deter similar conduct in the future.

151.   IPVM's conduct indicates that it has no intention to stop harassing X.Labs, and, unless restrained, will not do so, to X.Labs' great and irreparable injury, for which damages would not afford adequate relief, in that they would not completely compensate for the injury to X.Labs' business reputation, goodwill, and integrity amongst its customers and prospective customers.

## THIRD CLAIM FOR RELIEF

## Negligent Interference with Prospective Economic Relations

152.   X.Labs repeats and realleges the allegations of the foregoing Paragraphs 1 through 151, as if fully set forth herein.

153.   Before IPVM's smear campaign, X.Labs was actively developing business relationships to provide the Feevr system to potential customers.  These business relationships would likely have resulted in significant sales by X.Labs of its Feevr system.

154.   IPVM is and, at all material times, has been aware of the existence of X.Labs' prospective contractual relationships.  Indeed, IPVM would not have published the IPVM Articles had it been unaware of these prospective contractual relationships.  Among its numerous other false and defamatory statements regarding X.Labs and the Feevr system, IPVM has prominently, falsely, and defamatorily stated that the Feevr system "***fundamentally lacks accuracy for its use***" and that "***false positives and negatives are highly likely***" when using the Feevr system.  On information and belief, IPVM's purpose in publishing the IPVM Articles and the false, misleading, deceptive statements contained therein was and is to disrupt these prospective contractual relationships.

155.   IPVM falsely asserts in the March 31, 2020 Article that the accuracy of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body temperature"; and further claims that "false positives and negatives are highly likely" when using the Feevr system to screen and detect individuals with elevated

forehead skin temperature.  IPVM, however, does not base these statements on any testing or evaluation of the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  Rather, IPVM points to just one part of the Feevr system, namely, the FLIR ONE Pro camera, which IPVM asserts specifies an accuracy of "only ±3°C (~5.4°F)."  IPVM then contrasts this purported accuracy of "only ±3°C (~5.4°F)" with unidentified systems which it claims to have surveyed.

156.   As to X.Labs' proprietary mobile app, IPVM claims in the March 31, 2020 Article—without any support—that "[t]he FLIR SDK License Agreement prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from apps like Feevr's," despite acknowledging that the Feevr system does not use the FLIR SDK.  IPVM's implied statement that the Feevr system runs afoul of the FLIR SDK License Agreement is demonstrably false, as X.Labs has informed IPVM that it does not use the FLIR SDK and IPVM does not identify any information from FLIR or otherwise indicating that X.Labs uses the SDK.

157.   IPVM also states in the March 31, 2020 Article that it is "particularly worried about how accurate this [Feevr system] will be and how misleading much of their [X.Labs'] marketing is," thereby falsely implying the purportedly objective conclusion that the Feevr system is inaccurate and that X.Labs' marketing of the Feevr system is misleading and attempts to conceal the alleged inaccuracy of the Feevr system from customers and potential customers of the Feevr system.

158.   Subsequently, IPVM amplified its statements in the March 31, 2020 Article with an April 14, 2020 Article entitled "Beware of Feevr," in which IPVM prominently states that X.Labs "is marketing a 'Feevr' solution that *fundamentally lacks accuracy for its use*, as its thermal provider FLIR has said and IPVM testing has shown." (emphasis added).  This statement is false, defamatory, and misleading.  In addition, in the April 14, 2020 Article, IPVM falsely states that the Feevr system "pose[s] risks to the public."  IPVM also misleadingly states in the

1   April 14, 2020 Article that "Feevr has no FDA approval for this device," "[t]he

2   CEO of Feevr's 'premier US distributor' admitted the lack of approval," and "[t]he

3   thermal sensor they are using is not specified nor recommended by their provider

4   for such a 'feevr' application" and "Feevr cannot address this."  By these

5   statements, IPVM falsely and defamatorily implied that the Feevr system is

6   intended to be used for purposes requiring FDA approval, that it therefore runs

7   afoul of FDA regulations, and that X.Labs is attempting to conceal this alleged

8   lack of the requisite FDA approvals from customers and potential customers of the

9   Feevr system.  In addition, IPVM falsely states in the April 14, 2020 Article that

10  the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human

11  temperature detection" and "the FLIR One Pro they use is 10x less accurate than"

12  an FDA approved thermal gun.  IPVM also falsely states in the April 14, 2020

13  Article that "[f]undamentally, Feevr also does not explain or justify how they are

14  using a sensor which FLIR themselves has said is not accurate enough for thermal

15  screening (±3°C) and getting accurate results," that the accuracy of the Feevr

16  system is "nowhere close enough to the precision needed to determine the fine

17  differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F,"

18  and that examples of the Feevr system's imaging results show "two people on the

19  left and center with 90-91°F temperatures are evidently dying of hypothermia or

20  inaccuracy in measurement," and falsely implies that the 90-91°F temperature

21  measurements are core temperatures rather than skin temperatures.  IPVM thereby

22  false implies that the Feevr system is not sufficiently accurate to screen and detect

23  individuals with elevated forehead skin temperature.  In addition, the April 14,

24  2020 Article is entitled "Beware of Feevr" and begins with the statement "Beware

25  of 'Feevr,'" followed by an image depicting the Feevr system with a large

26  "BEWARE" warning sign stamped across the image of the Feevr system, thereby

27  implying that there is an objective reason to believe that the Feevr system poses a

28  risk.

159.   IPVM continued to amplify its false and defamatory statements in the April 17, 2020 Article, where it claims that "[p]roblems" with the Feevr system include that "Feevr is also using the wrong kind of camera," thereby implying that the Feevr system is inaccurate.  IPVM then states in the April 17, 2020 Article that "these unregulated products" "present[] a risk to the public," thereby falsely implying that the Feevr system presents a risk to the public.

160.   In the May 7, 2020 Article, IPVM continued to amplify its false statements regarding the alleged inaccuracy of the Feevr system in the March 31, 2020, April 14, 2020, and April 17, 2020 Articles by repeating the falsities regarding alleged "potential issues with Feevr's FLIR usage, both on *accuracy* and *using the FLIR SDK*" and "the FLIR One Pro they [X.Labs] use [being] *10x less accurate* than" an FDA approved thermal gun (emphases added).

161.   Likewise, IPVM exacerbated its false statements by stating in the May 20, 2020 Article that "[c]ore to this issue" of "Accuracy Concerns" "is that X.Labs says they are using a FLIR ONE Pro device that retails for ~$400, per FLIR, not recommended for human temperature / 'feevr' scanning because its *accuracy is specified at just ~±5°F*" (emphasis added).

162.   As corroborated by Dr. Briant's testing data and results, however, IPVM's statements were false.  Critically, Dr. Briant's testing data and results confirmed that the Feevr system is in fact accurate and reliable for its intended purpose of screening and detecting individuals with elevated forehead skin temperature and does not result in high "false positives and negatives."  Indeed, these data and results demonstrated that the average skin temperature measurements recorded by the Feevr units across all subjects and trials were within 1°C of the average such skin temperature measurements recorded by both the FDA 501K certified Extech IR200 and 320 x 240 thermal resolution Fluke Ti32.  Dr. Briant's testing data and results further demonstrated that the average skin temperature measurements recorded by the Feevr units for each individual test

subject, with data for the Feevr units averaged over each trial, were generally within 1°C of the average such skin temperature measurements recorded by both the Extech IR200 and Fluke Ti32 units.  In addition, Dr. Briant's testing data and results demonstrated that the Feevr units exhibited similar levels of repeatability in terms of standard deviations in skin temperature measurements to the Extech IR200 and Fluke Ti32 units.

163.   IPVM falsely, misleadingly, and deceptively represented to potential X.Labs customers that the Feevr system is inaccurate and poses risks to the public. Yet, in making these representations, IPVM relied on cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system.  IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  On information and belief, IPVM knew that it was not sufficiently qualified to reliably and accurately test, evaluate, and review the Feevr system when it made and published these representations in the IPVM Articles.  Alternatively, to the extent that IPVM was sufficiently qualified, it knew that its deliberate decision not to use the actual Feevr system in its purported testing, evaluation, and review was reckless, malicious, and irresponsible.  Significantly, IPVM has held itself out to its subscribers and members as a specialist in the technologic assessment of AI-based thermal software systems for determining an individual's forehead skin temperature.

164.   IPVM knew or should have known that its false, misleading, and deceptive statements would disrupt X.Labs' ongoing business negotiations with prospective customers if IPVM failed to act with reasonable care.  Nevertheless, IPVM published the IPVM Articles and the false, misleading, and deceptive statements contained therein even though it knew or should have known that doing so would induce potential X.Labs customers to sever their business relationships

1  with X.Labs and ensure that they did not enter into contracts to purchase X.Labs'

2  Feevr system.

3       165.   X.Labs is informed and believes that, because of IPVM's false,

4  misleading, and deceptive representations to potential X.Labs customers, those

5  potential customers severed their business relationships with X.Labs and will not

6  be entering into contracts to purchase X.Labs' Feevr system.

7       166.   As a result of IPVM's interference with X.Labs' prospective

8  economic relations, X.Labs has been harmed and suffered damages in an amount

9  to be proven at trial.  Because of IPVM's acts, X.Labs will not realize the revenue

10  and profits—and the concomitant value of further developing the customer

11  relationships with which IPVM's conduct has interfered—from these prospective

12  business relationships that it would have realized, but for IPVM's conduct

13  described herein.  Indeed, numerous X.Labs customers have terminated or

14  suspended their sales agreements for the Feevr system and cited the IPVM Articles

15  in doing so.  On information and belief, X.Labs' prospective customers have

16  similarly severed their business relationships with X.Labs and will not be entering

17  into contracts to purchase X.Labs' Feevr system due to the IPVM Articles.

18       167.   IPVM's conduct indicates that it has no intention to stop harassing

19  X.Labs, and, unless restrained, will not do so, to X.Labs' great and irreparable

20  injury, for which damages would not afford adequate relief, in that they would not

21  completely compensate for the injury to X.Labs' business reputation, goodwill, and

22  integrity amongst its customers and prospective customers.

23                    **FOURTH CLAIM FOR RELIEF**

24              **Defamation, Cal. Civ. Code § 44 _et seq_.**

25       168.   X.Labs repeats and realleges the allegations of the foregoing

26  Paragraphs 1 through 167, as if fully set forth herein.

27       169.   IPVM made false, misleading, deceptive, disparaging, and defamatory

28  statements in the IPVM Articles that the Feevr system is inaccurate and poses risks

to the public and that X.Labs' marketing of the Feevr system is misleading. Among its numerous other false and defamatory statements regarding X.Labs and the Feevr system, IPVM has prominently, falsely, and defamatorily stated that the Feevr system "*fundamentally lacks accuracy for its use*" and that "*false positives and negatives are highly likely*" when using the Feevr system.

170.   IPVM falsely asserts in the March 31, 2020 Article that the accuracy of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body temperature"; and further claims that "false positives and negatives are highly likely" when using the Feevr system to screen and detect individuals with elevated forehead skin temperature.  IPVM, however, does not base these statements on any testing or evaluation of the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  Rather, IPVM points to just one part of the Feevr system, namely, the FLIR ONE Pro camera, which IPVM asserts specifies an accuracy of "only ±3°C (~5.4°F)."  IPVM then contrasts this purported accuracy of "only ±3°C (~5.4°F)" with unidentified systems which it claims to have surveyed.

171.   As to X.Labs' proprietary mobile app, IPVM claims in the March 31, 2020 Article—without any support—that "[t]he FLIR SDK License Agreement prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from apps like Feevr's," despite acknowledging that the Feevr system does not use the FLIR SDK.  IPVM's implied statement that the Feevr system runs afoul of the FLIR SDK License Agreement is demonstrably false, as X.Labs has informed IPVM that it does not use the FLIR SDK and IPVM does not identify any information from FLIR or otherwise indicating that X.Labs uses the SDK.

172.   IPVM also states in the March 31, 2020 Article that it is "particularly worried about how accurate this [Feevr system] will be and how misleading much of their [X.Labs'] marketing is," thereby falsely implying the purportedly objective

1   conclusion that the Feevr system is inaccurate and that X.Labs' marketing of the
2   Feevr system is misleading and attempts to conceal the alleged inaccuracy of the
3   Feevr system from customers and potential customers of the Feevr system.

4   173.   Subsequently, IPVM amplified its statements in the March 31, 2020
5   Article with an April 14, 2020 Article entitled "Beware of Feevr," in which IPVM
6   prominently states that X.Labs "is marketing a 'Feevr' solution that ***fundamentally***
7   ***lacks accuracy for its use***, as its thermal provider FLIR has said and IPVM testing
8   has shown." (emphasis added).  This statement is false, defamatory, and
9   misleading.  In addition, in the April 14, 2020 Article, IPVM falsely states that the
10  Feevr system "pose[s] risks to the public."  IPVM also misleadingly states in the
11  April 14, 2020 Article that "Feevr has no FDA approval for this device," "[t]he
12  CEO of Feevr's 'premier US distributor' admitted the lack of approval," and "[t]he
13  thermal sensor they are using is not specified nor recommended by their provider
14  for such a 'feevr' application" and "Feevr cannot address this."  By these
15  statements, IPVM falsely and defamatorily implied that the Feevr system is
16  intended to be used for purposes requiring FDA approval, that it therefore runs
17  afoul of FDA regulations, and that X.Labs is attempting to conceal this alleged
18  lack of the requisite FDA approvals from customers and potential customers of the
19  Feevr system.  In addition, IPVM falsely states in the April 14, 2020 Article that
20  the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human
21  temperature detection" and "the FLIR One Pro they use is 10x less accurate than"
22  an FDA approved thermal gun.  IPVM also falsely states in the April 14, 2020
23  Article that "[f]undamentally, Feevr also does not explain or justify how they are
24  using a sensor which FLIR themselves has said is not accurate enough for thermal
25  screening (±3°C) and getting accurate results," that the accuracy of the Feevr
26  system is "nowhere close enough to the precision needed to determine the fine
27  differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F,"
28  and that examples of the Feevr system's imaging results show "two people on the"

left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement," and falsely implies that the 90-91°F temperature measurements are core temperatures rather than skin temperatures.  IPVM thereby false implies that the Feevr system is not sufficiently accurate to screen and detect individuals with elevated forehead skin temperature.  In addition, the April 14, 2020 Article is entitled "Beware of Feevr" and begins with the statement "Beware of 'Feevr,'" followed by an image depicting the Feevr system with a large "BEWARE" warning sign stamped across the image of the Feevr system, thereby implying that there is an objective reason to believe that the Feevr system poses a risk.

174.   IPVM continued to amplify its false and defamatory statements in the April 17, 2020 Article, where it claims that "[p]roblems" with the Feevr system include that "Feevr is also using the wrong kind of camera," thereby implying that the Feevr system is inaccurate.  IPVM then states in the April 17, 2020 Article that "these unregulated products" "present[] a risk to the public," thereby falsely implying that the Feevr system presents a risk to the public.

175.   In the May 7, 2020 Article, IPVM continued to amplify its false statements regarding the alleged inaccuracy of the Feevr system in the March 31, 2020, April 14, 2020, and April 17, 2020 Articles by repeating the falsities regarding alleged "potential issues with Feevr's FLIR usage, both on *accuracy* and *using the FLIR SDK*" and "the FLIR One Pro they [X.Labs] use [being] *10x less accurate* than" an FDA approved thermal gun (emphases added).

176.   Likewise, IPVM exacerbated its false statements by stating in the May 20, 2020 Article that "[c]ore to this issue" of "Accuracy Concerns" "is that X.Labs says they are using a FLIR ONE Pro device that retails for ~$400, per FLIR, not recommended for human temperature / 'feevr' scanning because its *accuracy is specified at just ~±5°F*" (emphasis added).

177.   As corroborated by Dr. Briant's testing data and results, however, IPVM's statements were false.  Critically, Dr. Briant's testing data and results confirmed that the Feevr system is in fact accurate and reliable for its intended purpose of screening and detecting individuals with elevated forehead skin temperature and does not result in high "false positives and negatives."  Indeed, these data and results demonstrated that the average skin temperature measurements recorded by the Feevr units across all subjects and trials were within 1°C of the average such skin temperature measurements recorded by both the FDA 501K certified Extech IR200 and 320 x 240 thermal resolution Fluke Ti32.  Dr. Briant's testing data and results further demonstrated that the average skin temperature measurements recorded by the Feevr units for each individual test subject, with data for the Feevr units averaged over each trial, were generally within 1°C of the average such skin temperature measurements recorded by both the Extech IR200 and Fluke Ti32 units.  In addition, Dr. Briant's testing data and results demonstrated that the Feevr units exhibited similar levels of repeatability in terms of standard deviations in skin temperature measurements to the Extech IR200 and Fluke Ti32 units.

178.   IPVM made these false, misleading, deceptive, disparaging, and defamatory statements to IPVM's "10,000+" subscribers and members worldwide, including X.Labs' customers and potential customers, suppliers, and development partners.  The IPVM Articles are available to every single one of IPVM's claimed "10,000+" subscribers and members worldwide.  The IPVM Articles are thus published to X.Labs' customers and potential customers, as well as to X. Labs' suppliers and development partners.

179.   On information and belief, X.Labs' customers and potential customers, suppliers, and development partners reasonably understood that IPVM's statements were about X.Labs and its Feevr system because X.Labs and the Feevr system were the expressly identified subjects of the IPVM Articles.

180.    On information and belief, X.Labs' customers and potential customers, suppliers, and development partners reasonably understood IPVM's statements to mean that the Feevr system allegedly is inaccurate, has poor quality, and poses risks to the public, and that X.Labs' marketing of the Feevr system is allegedly misleading.  These statements have induced various X.Labs customers to terminate or suspend their sales agreements for the Feevr system and cite the IPVM Articles in doing so, and, on information and belief, induced potential X.Labs customers to sever their business relationships with X.Labs and not enter into contracts to purchase X.Labs' Feevr system.  Such statements also caused X.Labs' supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with X.Labs for a period of time and to ultimately give X.Labs notice of intent to terminate its April 15, 2020 Product Supply Agreement with X.Labs and caused X.Labs' development partner, Fusus, to withdraw from its software and integration agreement to provide access control and screen integration for the Feevr system.

181.    The false and defamatory statements published by IPVM in the IPVM Articles are unprivileged.

182.    IPVM failed to use reasonable care to determine the truth or falsity of its statements.  Rather, IPVM knew that these statements were false, misleading, deceptive, and defamatory and acted with reckless disregard of the truth or falsity of these statements.  In making its false and defamatory statements, IPVM relied on cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system.  IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  On information and belief, IPVM knew that it was not sufficiently qualified to reliably and accurately test, evaluate, and review the Feevr system when it made and published these representations in the IPVM Articles.  Alternatively, to the extent

that IPVM was sufficiently qualified, it knew that its deliberate decision not to use the actual Feevr system in its purported testing, evaluation, and review was reckless, malicious, and irresponsible.  Significantly, IPVM has held itself out to its subscribers and members as a specialist in the technologic assessment of AI-based thermal software systems for determining an individual's forehead skin temperature.

183.   IPVM's statements caused X.Labs to suffer significant lost sales revenue and profits from existing and prospective customers and injury to X.Labs' business reputation, goodwill, and integrity amongst its customers and prospective customers, suppliers, and development partners.  These losses and injuries were the natural and probable result of IPVM's publication of the IPVM Articles and false, misleading, deceptive, and defamatory statements contained therein.  IPVM's statements have a natural tendency to injure and are per se defamatory because they harm X.Labs' sales and business reputation.

184.   IPVM's acts to disparage X.Labs and its Feevr system and its publication of provably false, misleading, deceptive, and defamatory statements were undertaken maliciously, intentionally, and in conscious disregard of X.Labs' rights.  Therefore, X.Labs should be awarded punitive damages sufficient to punish IPVM and to deter similar conduct in the future.

## FIFTH CLAIM FOR RELIEF

### Trade Libel

185.   X.Labs repeats and realleges the allegations of the foregoing Paragraphs 1 through 184, as if fully set forth herein.

186.   IPVM made statements in the IPVM Articles that would be clearly or necessarily understood to disparage the quality, characteristics, and performance of the Feevr system and imply the provably false, misleading, deceptive, disparaging, and defamatory statements that the Feevr system is inaccurate and poses risks to the public and that X.Labs' marketing of the Feevr system is

misleading.  Among its numerous other false and defamatory statements regarding X.Labs and the Feevr system, IPVM has prominently, falsely, and defamatorily stated that the Feevr system "*fundamentally lacks accuracy for its use*" and that "*false positives and negatives are highly likely*" when using the Feevr system.

187.   IPVM falsely asserts in the March 31, 2020 Article that the accuracy of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body temperature"; and further claims that "false positives and negatives are highly likely" when using the Feevr system to screen and detect individuals with elevated forehead skin temperature.  IPVM, however, does not base these statements on any testing or evaluation of the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  Rather, IPVM points to just one part of the Feevr system, namely, the FLIR ONE Pro camera, which IPVM asserts specifies an accuracy of "only ±3°C (~5.4°F)."  IPVM then contrasts this purported accuracy of "only ±3°C (~5.4°F)" with unidentified systems which it claims to have surveyed.

188.   As to X.Labs' proprietary mobile app, IPVM claims in the March 31, 2020 Article—without any support—that "[t]he FLIR SDK License Agreement prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from apps like Feevr's," despite acknowledging that the Feevr system does not use the FLIR SDK.  IPVM's implied statement that the Feevr system runs afoul of the FLIR SDK License Agreement is demonstrably false, as X.Labs has informed IPVM that it does not use the FLIR SDK and IPVM does not identify any information from FLIR or otherwise indicating that X.Labs uses the SDK.

189.   IPVM also states in the March 31, 2020 Article that it is "particularly worried about how accurate this [Feevr system] will be and how misleading much of their [X.Labs'] marketing is," thereby falsely implying the purportedly objective conclusion that the Feevr system is inaccurate and that X.Labs' marketing of the

1  Feevr system is misleading and attempts to conceal the alleged inaccuracy of the

2  Feevr system from customers and potential customers of the Feevr system.

3          190.   Subsequently, IPVM amplified its statements in the March 31, 2020

4  Article with an April 14, 2020 Article entitled "Beware of Feevr," in which IPVM

5  prominently states that X.Labs "is marketing a 'Feevr' solution that ***fundamentally***

6  ***lacks accuracy for its use***, as its thermal provider FLIR has said and IPVM testing

7  has shown." (emphasis added).  This statement is false, defamatory, and

8  misleading.  In addition, in the April 14, 2020 Article, IPVM falsely states that the

9  Feevr system "pose[s] risks to the public."  IPVM also misleadingly states in the

10  April 14, 2020 Article that "Feevr has no FDA approval for this device," "[t]he

11  CEO of Feevr's 'premier US distributor' admitted the lack of approval," and "[t]he

12  thermal sensor they are using is not specified nor recommended by their provider

13  for such a 'feevr' application" and "Feevr cannot address this."  By these

14  statements, IPVM falsely and defamatorily implied that the Feevr system is

15  intended to be used for purposes requiring FDA approval, that it therefore runs

16  afoul of FDA regulations, and that X.Labs is attempting to conceal this alleged

17  lack of the requisite FDA approvals from customers and potential customers of the

18  Feevr system.  In addition, IPVM falsely states in the April 14, 2020 Article that

19  the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human

20  temperature detection" and "the FLIR One Pro they use is 10x less accurate than"

21  an FDA approved thermal gun.  IPVM also falsely states in the April 14, 2020

22  Article that "[f]undamentally, Feevr also does not explain or justify how they are

23  using a sensor which FLIR themselves has said is not accurate enough for thermal

24  screening (±3°C) and getting accurate results," that the accuracy of the Feevr

25  system is "nowhere close enough to the precision needed to determine the fine

26  differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F,"

27  and that examples of the Feevr system's imaging results show "two people on the

28  left and center with 90-91°F temperatures are evidently dying of hypothermia or

inaccuracy in measurement," and falsely implies that the 90-91°F temperature measurements are core temperatures rather than skin temperatures.  IPVM thereby false implies that the Feevr system is not sufficiently accurate to screen and detect individuals with elevated forehead skin temperature.  In addition, the April 14, 2020 Article is entitled "Beware of Feevr" and begins with the statement "Beware of 'Feevr,'" followed by an image depicting the Feevr system with a large "BEWARE" warning sign stamped across the image of the Feevr system, thereby implying that there is an objective reason to believe that the Feevr system poses a risk.

191.   IPVM continued to amplify its false and defamatory statements in the April 17, 2020 Article, where it claims that "[p]roblems" with the Feevr system include that "Feevr is also using the wrong kind of camera," thereby implying that the Feevr system is inaccurate.  IPVM then states in the April 17, 2020 Article that "these unregulated products" "present[] a risk to the public," thereby falsely implying that the Feevr system presents a risk to the public.

192.   In the May 7, 2020 Article, IPVM continued to amplify its false statements regarding the alleged inaccuracy of the Feevr system in the March 31, 2020, April 14, 2020, and April 17, 2020 Articles by repeating the falsities regarding alleged "potential issues with Feevr's FLIR usage, both on *accuracy* and *using the FLIR SDK*" and "the FLIR One Pro they [X.Labs] use [being] *10x less accurate* than" an FDA approved thermal gun (emphases added).

193.   Likewise, IPVM exacerbated its false statements by stating in the May 20, 2020 Article that "[c]ore to this issue" of "Accuracy Concerns" "is that X.Labs says they are using a FLIR ONE Pro device that retails for ~$400, per FLIR, not recommended for human temperature / 'feevr' scanning because its *accuracy is specified at just ~±5°F*" (emphasis added).

194.   As corroborated by Dr. Briant's testing data and results, however, IPVM's statements were false.  Critically, Dr. Briant's testing data and results

confirmed that the Feevr system is in fact accurate and reliable for its intended purpose of screening and detecting individuals with elevated forehead skin temperature and does not result in high "false positives and negatives."  Indeed, these data and results demonstrated that the average skin temperature measurements recorded by the Feevr units across all subjects and trials were within 1°C of the average such skin temperature measurements recorded by both the FDA 501K certified Extech IR200 and 320 x 240 thermal resolution Fluke Ti32.  Dr. Briant's testing data and results further demonstrated that the average skin temperature measurements recorded by the Feevr units for each individual test subject, with data for the Feevr units averaged over each trial, were generally within 1°C of the average such skin temperature measurements recorded by both the Extech IR200 and Fluke Ti32 units.  In addition, Dr. Briant's testing data and results demonstrated that the Feevr units exhibited similar levels of repeatability in terms of standard deviations in skin temperature measurements to the Extech IR200 and Fluke Ti32 units.

195.   IPVM made these false, misleading, deceptive, and defamatory statements to IPVM's "10,000+" subscribers and members worldwide, including X.Labs' customers and potential customers, suppliers, and development partners. The IPVM Articles are available to every single one of IPVM's claimed "10,000+" subscribers and members worldwide.  The IPVM Articles are thus published to X.Labs' customers and potential customers, as well as to its suppliers and development partners.

196.   IPVM's statements in the IPVM Articles that the Feevr system is allegedly inaccurate and poses risks to the public and that X.Labs' marketing of the Feevr system is allegedly misleading are provably false, misleading, deceptive, disparaging, and defamatory.

197.   IPVM's false, misleading, deceptive, disparaging, and defamatory statements published in the IPVM Articles are unprivileged.

198.   IPVM knew that these statements were false, misleading, deceptive, disparaging, and defamatory and acted with reckless disregard of the truth or falsity of these statements.  In making its false and defamatory statements, IPVM relied on cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system.  IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  On information and belief, IPVM knew that it was not sufficiently qualified to reliably and accurately test, evaluate, and review the Feevr system when it made and published these representations in the IPVM Articles.  Alternatively, to the extent that IPVM was sufficiently qualified, it knew that its deliberate decision not to use the actual Feevr system in its purported testing, evaluation, and review was reckless, malicious, and irresponsible.  Significantly, IPVM has held itself out to its subscribers and members as a specialist in the technologic assessment of AI-based thermal software systems for determining an individual's forehead skin temperature.

199.   IPVM knew or should have recognized that X.Labs' customers and potential customers, suppliers, and development partners have relied and will continue to rely on the false, misleading, deceptive, and defamatory statements published in the IPVM Articles, resulting in financial loss to X.Labs.  IPVM's false, misleading, deceptive, and defamatory statements in the IPVM Articles have a natural tendency to injure and are per se defamatory because these statements harm X.Labs' business reputation, goodwill, and integrity.

200.   IPVM's false, misleading, deceptive, disparaging, and defamatory statements have caused direct financial harm to X.Labs.  These statements have induced numerous X.Labs customers to terminate or suspend their sales agreements for the Feevr system, citing the IPVM Articles in doing so, and, on information and belief, induced potential X.Labs customers to sever their business

relationships with X.Labs and avoid entering into contracts to purchase X.Labs' Feevr system.  Thus, these statements caused X.Labs to suffer significant lost sales revenue and profits from existing and prospective customers.  Such statements also caused X.Labs' supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with X.Labs for a period of time and to ultimately give X.Labs notice of intent to terminate its April 15, 2020 Product Supply Agreement with X.Labs and caused X.Labs' development partner, Fusus, to withdraw from its software and integration agreement to provide access control and screen integration for the Feevr system.  These losses and injuries were the natural and probable result of IPVM's publication of the IPVM Articles and statements contained therein.

201.   X.Labs is an established business and has been an established business since 2018.

202.   IPVM's acts to disparage X.Labs and its Feevr system were undertaken maliciously, intentionally, and in conscious disregard of X.Labs' rights. Therefore, X.Labs should be awarded punitive damages sufficient to punish IPVM and to deter similar conduct in the future.

## SIXTH CLAIM FOR RELIEF

## Unfair Competition, Cal. Bus. & Prof. Code § 17200 *et seq.*

203.   X.Labs repeats and realleges the allegations of the foregoing Paragraphs 1 through 202, as if fully set forth herein.

204.   IPVM's business acts and practices in connection with the IPVM Articles are unlawful, unfair, and fraudulent.  On or about March 31, 2020, April 14, 2020, April 17, 2020, May 7, 2020, and May 20, 2020, IPVM published the IPVM Articles on its website.  Each of the IPVM Articles constitutes false, misleading, and deceptive advertising that the Feevr system is allegedly inaccurate and poses risks to the public.  Among its numerous other false and defamatory statements regarding X.Labs and the Feevr system, IPVM has prominently, falsely, and defamatorily stated, for example, that the Feevr system "***fundamentally lacks***

1    *accuracy for its use*" and that "*false positives and negatives are highly likely*"

2    when using the Feevr system.

3         205.   IPVM falsely asserts in the March 31, 2020 Article that the accuracy

4    of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One

5    Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body

6    temperature"; and further claims that "false positives and negatives are highly

7    likely" when using the Feevr system to screen and detect individuals with elevated

8    forehead skin temperature.  IPVM, however, does not base these statements on any

9    testing or evaluation of the actual Feevr system itself, which includes X.Labs'

10   proprietary AI-based mobile app software.  Rather, IPVM points to just one part of

11   the Feevr system, namely, the FLIR ONE Pro camera, which IPVM asserts

12   specifies an accuracy of "only ±3°C (~5.4°F)."  IPVM then contrasts this purported

13   accuracy of "only ±3°C (~5.4°F)" with unidentified systems which it claims to

14   have surveyed.

15        206.   As to X.Labs' proprietary mobile app, IPVM claims in the March 31,

16   2020 Article—without any support—that "[t]he FLIR SDK License Agreement

17   prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from

18   apps like Feevr's," despite acknowledging that the Feevr system does not use the

19   FLIR SDK.  IPVM's implied statement that the Feevr system runs afoul of the

20   FLIR SDK License Agreement is demonstrably false, as X.Labs has informed

21   IPVM that it does not use the FLIR SDK and IPVM does not identify any

22   information from FLIR or otherwise indicating that X.Labs uses the SDK.

23        207.   IPVM also states in the March 31, 2020 Article that it is "particularly

24   worried about how accurate this [Feevr system] will be and how misleading much

25   of their [X.Labs'] marketing is," thereby falsely implying the purportedly objective

26   conclusion that the Feevr system is inaccurate and that X.Labs' marketing of the

27   Feevr system is misleading and attempts to conceal the alleged inaccuracy of the

28   Feevr system from customers and potential customers of the Feevr system.

208.   Subsequently, IPVM amplified its statements in the March 31, 2020 Article with an April 14, 2020 Article entitled "Beware of Feevr," in which IPVM prominently states that X.Labs "is marketing a 'Feevr' solution that ***fundamentally lacks accuracy for its use***, as its thermal provider FLIR has said and IPVM testing has shown." (emphasis added).  This statement is false, defamatory, and misleading.  In addition, in the April 14, 2020 Article, IPVM falsely states that the Feevr system "pose[s] risks to the public."  IPVM also misleadingly states in the April 14, 2020 Article that "Feevr has no FDA approval for this device," "[t]he CEO of Feevr's 'premier US distributor' admitted the lack of approval," and "[t]he thermal sensor they are using is not specified nor recommended by their provider for such a 'feevr' application" and "Feevr cannot address this."  By these statements, IPVM falsely and defamatorily implied that the Feevr system is intended to be used for purposes requiring FDA approval, that it therefore runs afoul of FDA regulations, and that X.Labs is attempting to conceal this alleged lack of the requisite FDA approvals from customers and potential customers of the Feevr system.  In addition, IPVM falsely states in the April 14, 2020 Article that the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human temperature detection" and "the FLIR One Pro they use is 10x less accurate than" an FDA approved thermal gun.  IPVM also falsely states in the April 14, 2020 Article that "[f]undamentally, Feevr also does not explain or justify how they are using a sensor which FLIR themselves has said is not accurate enough for thermal screening (±3°C) and getting accurate results," that the accuracy of the Feevr system is "nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F," and that examples of the Feevr system's imaging results show "two people on the left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement," and falsely implies that the 90-91°F temperature measurements are core temperatures rather than skin temperatures.  IPVM thereby

false implies that the Feevr system is not sufficiently accurate to screen and detect individuals with elevated forehead skin temperature.  In addition, the April 14, 2020 Article is entitled "Beware of Feevr" and begins with the statement "Beware of 'Feevr,'" followed by an image depicting the Feevr system with a large "BEWARE" warning sign stamped across the image of the Feevr system, thereby implying that there is an objective reason to believe that the Feevr system poses a risk.

209.   IPVM continued to amplify its false and defamatory statements in the April 17, 2020 Article, where it claims that "[p]roblems" with the Feevr system include that "Feevr is also using the wrong kind of camera," thereby implying that the Feevr system is inaccurate.  IPVM then states in the April 17, 2020 Article that "these unregulated products" "present[] a risk to the public," thereby falsely implying that the Feevr system presents a risk to the public.

210.   In the May 7, 2020 Article, IPVM continued to amplify its false statements regarding the alleged inaccuracy of the Feevr system in the March 31, 2020, April 14, 2020, and April 17, 2020 Articles by repeating the falsities regarding alleged "potential issues with Feevr's FLIR usage, both on *accuracy* and *using the FLIR SDK*" and "the FLIR One Pro they [X.Labs] use [being] *10x less accurate* than" an FDA approved thermal gun (emphases added).

211.   Likewise, IPVM exacerbated its false statements by stating in the May 20, 2020 Article that "[c]ore to this issue" of "Accuracy Concerns" "is that X.Labs says they are using a FLIR ONE Pro device that retails for ~$400, per FLIR, not recommended for human temperature / 'feevr' scanning because its *accuracy is specified at just ~±5°F*" (emphasis added).

212.   As corroborated by Dr. Briant's testing data and results, however, IPVM's statements were false.  Critically, Dr. Briant's testing data and results confirmed that the Feevr system is in fact accurate and reliable for its intended purpose of screening and detecting individuals with elevated forehead skin

temperature and does not result in high "false positives and negatives." Indeed, these data and results demonstrated that the average skin temperature measurements recorded by the Feevr units across all subjects and trials were within 1°C of the average such skin temperature measurements recorded by both the FDA 501K certified Extech IR200 and 320 x 240 thermal resolution Fluke Ti32. Dr. Briant's testing data and results further demonstrated that the average skin temperature measurements recorded by the Feevr units for each individual test subject, with data for the Feevr units averaged over each trial, were generally within 1°C of the average such skin temperature measurements recorded by both the Extech IR200 and Fluke Ti32 units. In addition, Dr. Briant's testing data and results demonstrated that the Feevr units exhibited similar levels of repeatability in terms of standard deviations in skin temperature measurements to the Extech IR200 and Fluke Ti32 units.

213. On information and belief, IPVM knew that its representations regarding the Feevr system were and are false, misleading, and deceptive. In making its false and defamatory representations, IPVM relied on cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system. IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software. On information and belief, IPVM knew that it was not sufficiently qualified to reliably and accurately test, evaluate, and review the Feevr system when it made and published these representations in the IPVM Articles. Alternatively, to the extent that IPVM was sufficiently qualified, it knew that its deliberate decision not to use the actual Feevr system in its purported testing, evaluation, and review was reckless, malicious, and irresponsible. Significantly, IPVM has held itself out to its subscribers and members as a specialist in the technologic assessment of AI-based thermal software systems for determining an individual's forehead skin temperature.

214.   On information and belief, IPVM has a business interest in publishing its false, misleading, and deceptive statements regarding the Feevr system, for example, by generating increased IPVM membership subscription fees and increased subscriber and member traffic to its website.  On information and belief, individuals who have reviewed the IPVM Articles can be expected to sign up or have signed up for IPVM's subscription fee-based membership in order to access one or more of the Articles and other IPVM articles on similar topics.  IPVM's business acts and practices in connection with the IPVM Articles provide an unfair advantage against X.Labs' contractual relations and prospective contractual relationships and an unfair advantage against X.Labs' ability to maximize sales of the Feevr system.

215.   As a direct, proximate, and foreseeable result of IPVM's wrongful conduct, X.Labs' relations with both its current customers and potential future customers, suppliers, and development partners have been damaged, thereby injuring X.Labs.  X.Labs has therefore suffered lost sales revenue and profits and injury to its business reputation, goodwill, and integrity as a result of IPVM's conduct alleged herein.

216.   IPVM's actions hereinabove alleged are acts of unfair competition within the meaning of Cal. Bus. & Prof. Code § 17200 *et seq*.  As such, X.Labs is entitled to injunctive relief to prohibit IPVM from any further and continued false, misleading, and deceptive advertising regarding the Feevr system under Cal. Bus. & Prof. Code § 17203.  X.Labs is informed and believes that IPVM will continue to make false, misleading, and deceptive representations regarding the Feevr system to X.Labs' customers and prospective customers, suppliers, and development partners unless and until the court orders IPVM to cease and desist.

## SEVENTH CLAIM FOR RELIEF

## Common Law Unfair Competition

217.   X.Labs repeats and realleges the allegations of the foregoing Paragraphs 1 through 216, as if fully set forth herein.

218.   IPVM's business acts and practices in connection with the IPVM Articles are unlawful, unfair, and fraudulent.  On or about March 31, 2020, April 14, 2020, April 17, 2020, May 7, 2020, and May 20, 2020, IPVM published the IPVM Articles on its website.  Each of the IPVM Articles constitutes false, misleading, and deceptive advertising that the Feevr system is allegedly inaccurate and poses risks to the public.  Among its numerous other false and defamatory statements regarding X.Labs and the Feevr system, IPVM has prominently, falsely, and defamatorily stated, for example, that the Feevr system "***fundamentally lacks accuracy for its use***" and that "***false positives and negatives are highly likely***" when using the Feevr system.

219.   IPVM falsely asserts in the March 31, 2020 Article that the accuracy of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body temperature"; and further claims that "false positives and negatives are highly likely" when using the Feevr system to screen and detect individuals with elevated forehead skin temperature.  IPVM, however, does not base these statements on any testing or evaluation of the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  Rather, IPVM points to just one part of the Feevr system, namely, the FLIR ONE Pro camera, which IPVM asserts specifies an accuracy of "only ±3°C (~5.4°F)."  IPVM then contrasts this purported accuracy of "only ±3°C (~5.4°F)" with unidentified systems which it claims to have surveyed.

220.   As to X.Labs' proprietary mobile app, IPVM claims in the March 31, 2020 Article—without any support—that "[t]he FLIR SDK License Agreement

prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from apps like Feevr's," despite acknowledging that the Feevr system does not use the FLIR SDK.  IPVM's implied statement that the Feevr system runs afoul of the FLIR SDK License Agreement is demonstrably false, as X.Labs has informed IPVM that it does not use the FLIR SDK and IPVM does not identify any information from FLIR or otherwise indicating that X.Labs uses the SDK.

221.   IPVM also states in the March 31, 2020 Article that it is "particularly worried about how accurate this [Feevr system] will be and how misleading much of their [X.Labs'] marketing is," thereby falsely implying the purportedly objective conclusion that the Feevr system is inaccurate and that X.Labs' marketing of the Feevr system is misleading and attempts to conceal the alleged inaccuracy of the Feevr system from customers and potential customers of the Feevr system.

222.   Subsequently, IPVM amplified its statements in the March 31, 2020 Article with an April 14, 2020 Article entitled "Beware of Feevr," in which IPVM prominently states that X.Labs "is marketing a 'Feevr' solution that *fundamentally lacks accuracy for its use*, as its thermal provider FLIR has said and IPVM testing has shown." (emphasis added).  This statement is false, defamatory, and misleading.  In addition, in the April 14, 2020 Article, IPVM falsely states that the Feevr system "pose[s] risks to the public."  IPVM also misleadingly states in the April 14, 2020 Article that "Feevr has no FDA approval for this device," "[t]he CEO of Feevr's 'premier US distributor' admitted the lack of approval," and "[t]he thermal sensor they are using is not specified nor recommended by their provider for such a 'feevr' application" and "Feevr cannot address this."  By these statements, IPVM falsely and defamatorily implied that the Feevr system is intended to be used for purposes requiring FDA approval, that it therefore runs afoul of FDA regulations, and that X.Labs is attempting to conceal this alleged lack of the requisite FDA approvals from customers and potential customers of the Feevr system.  In addition, IPVM falsely states in the April 14, 2020 Article that

the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human temperature detection" and "the FLIR One Pro they use is 10x less accurate than" an FDA approved thermal gun.  IPVM also falsely states in the April 14, 2020 Article that "[f]undamentally, Feevr also does not explain or justify how they are using a sensor which FLIR themselves has said is not accurate enough for thermal screening (±3°C) and getting accurate results," that the accuracy of the Feevr system is "nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F," and that examples of the Feevr system's imaging results show "two people on the left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement," and falsely implies that the 90-91°F temperature measurements are core temperatures rather than skin temperatures.  IPVM thereby false implies that the Feevr system is not sufficiently accurate to screen and detect individuals with elevated forehead skin temperature.  In addition, the April 14, 2020 Article is entitled "Beware of Feevr" and begins with the statement "Beware of 'Feevr,'" followed by an image depicting the Feevr system with a large "BEWARE" warning sign stamped across the image of the Feevr system, thereby implying that there is an objective reason to believe that the Feevr system poses a risk.

223.   IPVM continued to amplify its false and defamatory statements in the April 17, 2020 Article, where it claims that "[p]roblems" with the Feevr system include that "Feevr is also using the wrong kind of camera," thereby implying that the Feevr system is inaccurate.  IPVM then states in the April 17, 2020 Article that "these unregulated products" "present[] a risk to the public," thereby falsely implying that the Feevr system presents a risk to the public.

224.   In the May 7, 2020 Article, IPVM continued to amplify its false statements regarding the alleged inaccuracy of the Feevr system in the March 31, 2020, April 14, 2020, and April 17, 2020 Articles by repeating the falsities

1  regarding alleged "potential issues with Feevr's FLIR usage, both on **accuracy** and

2  **using the FLIR SDK**" and "the FLIR One Pro they [X.Labs] use [being] **10x less**

3  **accurate** than" an FDA approved thermal gun (emphases added).

4      225.  Likewise, IPVM exacerbated its false statements by stating in the May

5  20, 2020 Article that "[c]ore to this issue" of "Accuracy Concerns" "is that X.Labs

6  says they are using a FLIR ONE Pro device that retails for ~$400, per FLIR, not

7  recommended for human temperature / 'feevr' scanning because its **accuracy is**

8  **specified at just ~±5°F**" (emphasis added).

9      226.  As corroborated by Dr. Briant's testing data and results, however,

10  IPVM's statements were false.  Critically, Dr. Briant's testing data and results

11  confirmed that the Feevr system is in fact accurate and reliable for its intended

12  purpose of screening and detecting individuals with elevated forehead skin

13  temperature and does not result in high "false positives and negatives."  Indeed,

14  these data and results demonstrated that the average skin temperature

15  measurements recorded by the Feevr units across all subjects and trials were within

16  1°C of the average such skin temperature measurements recorded by both the FDA

17  501K certified Extech IR200 and 320 x 240 thermal resolution Fluke Ti32.  Dr.

18  Briant's testing data and results further demonstrated that the average skin

19  temperature measurements recorded by the Feevr units for each individual test

20  subject, with data for the Feevr units averaged over each trial, were generally

21  within 1°C of the average such skin temperature measurements recorded by both

22  the Extech IR200 and Fluke Ti32 units.  In addition, Dr. Briant's testing data and

23  results demonstrated that the Feevr units exhibited similar levels of repeatability in

24  terms of standard deviations in skin temperature measurements to the Extech

25  IR200 and Fluke Ti32 units.

26      227.  On information and belief, IPVM knew that its representations

27  regarding the Feevr system were and are false, misleading, and deceptive.  In

28  making its false and defamatory representations, IPVM relied on cherry-picked and

distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system.  IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  On information and belief, IPVM knew that it was not sufficiently qualified to reliably and accurately test, evaluate, and review the Feevr system when it made and published these representations in the IPVM Articles.  Alternatively, to the extent that IPVM was sufficiently qualified, it knew that its deliberate decision not to use the actual Feevr system in its purported testing, evaluation, and review was reckless, malicious, and irresponsible.  Significantly, IPVM has held itself out to its subscribers and members as a specialist in the technologic assessment of AI-based thermal software systems for determining an individual's forehead skin temperature.

228.   On information and belief, IPVM has a business interest in publishing its false, misleading, and deceptive statements regarding the Feevr system, for example, by generating increased IPVM membership subscription fees and increased subscriber and member traffic to its website.  On information and belief, individuals who have reviewed the IPVM Articles can be expected to sign up or have signed up for IPVM's subscription fee-based membership in order to access one or more of the Articles and other IPVM articles on similar topics.  IPVM's business acts and practices in connection with the IPVM Articles provide an unfair advantage against X.Labs' contractual relations and prospective contractual relationships and an unfair advantage against X.Labs' ability to maximize sales of the Feevr system.

229.   As a direct, proximate, and foreseeable result of IPVM's wrongful conduct, X.Labs' relations with both its current customers and potential future customers, suppliers, and development partners have been damaged, thereby injuring X.Labs.  X.Labs has therefore suffered lost sales revenue and profits and

injury to its business reputation, goodwill, and integrity as a result of IPVM's conduct alleged herein.

230.   IPVM's conduct indicates that it has no intention to stop its acts of false, misleading, and deceptive advertising regarding the Feevr system, and, unless restrained, will not do so, to X.Labs' great and irreparable injury, for which damages would not afford adequate relief, in that they would not completely compensate for the injury to X.Labs' business reputation, goodwill, and integrity amongst its customers and prospective customers.

## EIGHTH CLAIM FOR RELIEF

### False Description and False Representation, 15 U.S.C. § 1125(a)

231.   X.Labs repeats and realleges the allegations of the foregoing Paragraphs 1 through 230, as if fully set forth herein.

232.   IPVM has published false, deceptive, and misleading statements of fact and false, deceptive, and misleading representations of fact about X.Labs' Feevr system in the IPVM Articles, including as to the qualities, characteristics, and performance of such system and the commercial activities and services of X.Labs.  Among its numerous other false and defamatory statements regarding X.Labs and the Feevr system, IPVM has prominently, falsely, and defamatorily stated that the Feevr system "*fundamentally lacks accuracy for its use*" and that "*false positives and negatives are highly likely*" when using the Feevr system. Such statements of fact and factual representations have caused economic, business, reputational, and goodwill injury to X.Labs.  On information and belief, IPVM had an economic incentive to do so because, among other things, various of its subscribers and members were and are in a competitive position vis-à-vis X.Labs and would thereby benefit from IPVM's aforementioned statements and misrepresentations (including by further disseminating the IPVM Articles).  On information and belief, some of IPVM's subscribers and members include competitors of X.Labs who stand to gain a considerable competitive economic

benefit from IPVM content critical to X.Labs' Feevr system.  On further information and belief, one such IPVM subscriber and member is FLIR, with whom IPVM has had a variety of communications relating to the creation and publication of content critical to X.Labs and its Feevr system.  On further information and belief, the motivation for FLIR's criticism and ultimate provision of its notice of intent to terminate its April 15, 2020 Product Supply Agreement to X.Labs stem from the fact that sales of the Feevr system may well impair sales of FLIR's significantly more expensive thermal imaging cameras.  As a result, IPVM's statements and misrepresentations inflicted business, reputational, and goodwill injury on X.Labs to the benefits of such subscribers and members. Specifically, and without limitation, IPVM has made false, misleading, and deceptive statements and misrepresentations that the Feevr system is inaccurate and poses risks to the public and that X.Labs' marketing of the Feevr system is misleading.

233.   IPVM falsely asserts in the March 31, 2020 Article that the accuracy of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body temperature"; and further claims that "false positives and negatives are highly likely" when using the Feevr system to screen and detect individuals with elevated forehead skin temperature.  IPVM, however, does not base these statements on any testing or evaluation of the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  Rather, IPVM points to just one part of the Feevr system, namely, the FLIR ONE Pro camera, which IPVM asserts specifies an accuracy of "only ±3°C (~5.4°F)."  IPVM then contrasts this purported accuracy of "only ±3°C (~5.4°F)" with unidentified systems which it claims to have surveyed.

234.   As to X.Labs' proprietary mobile app, IPVM claims in the March 31, 2020 Article—without any support—that "[t]he FLIR SDK License Agreement

1  prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from

2  apps like Feevr's," despite acknowledging that the Feevr system does not use the

3  FLIR SDK.  IPVM's implied statement that the Feevr system runs afoul of the

4  FLIR SDK License Agreement is demonstrably false, as X.Labs has informed

5  IPVM that it does not use the FLIR SDK and IPVM does not identify any

6  information from FLIR or otherwise indicating that X.Labs uses the SDK.

7      235.   IPVM also states in the March 31, 2020 Article that it is "particularly

8  worried about how accurate this [Feevr system] will be and how misleading much

9  of their [X.Labs'] marketing is," thereby falsely implying the purportedly objective

10  conclusion that the Feevr system is inaccurate and that X.Labs' marketing of the

11  Feevr system is misleading and attempts to conceal the alleged inaccuracy of the

12  Feevr system from customers and potential customers of the Feevr system.

13      236.   Subsequently, IPVM amplified its statements in the March 31, 2020

14  Article with an April 14, 2020 Article entitled "Beware of Feevr," in which IPVM

15  prominently states that X.Labs "is marketing a 'Feevr' solution that *fundamentally*

16  *lacks accuracy for its use*, as its thermal provider FLIR has said and IPVM testing

17  has shown." (emphasis added).  This statement is false, defamatory, and

18  misleading.  In addition, in the April 14, 2020 Article, IPVM falsely states that the

19  Feevr system "pose[s] risks to the public."  IPVM also misleadingly states in the

20  April 14, 2020 Article that "Feevr has no FDA approval for this device," "[t]he

21  CEO of Feevr's 'premier US distributor' admitted the lack of approval," and "[t]he

22  thermal sensor they are using is not specified nor recommended by their provider

23  for such a 'feevr' application" and "Feevr cannot address this."  By these

24  statements, IPVM falsely and defamatorily implied that the Feevr system is

25  intended to be used for purposes requiring FDA approval, that it therefore runs

26  afoul of FDA regulations, and that X.Labs is attempting to conceal this alleged

27  lack of the requisite FDA approvals from customers and potential customers of the

28  Feevr system.  In addition, IPVM falsely states in the April 14, 2020 Article that

the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human temperature detection" and "the FLIR One Pro they use is 10x less accurate than" an FDA approved thermal gun.  IPVM also falsely states in the April 14, 2020 Article that "[f]undamentally, Feevr also does not explain or justify how they are using a sensor which FLIR themselves has said is not accurate enough for thermal screening (±3°C) and getting accurate results," that the accuracy of the Feevr system is "nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F," and that examples of the Feevr system's imaging results show "two people on the left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement," and falsely implies that the 90-91°F temperature measurements are core temperatures rather than skin temperatures.  IPVM thereby false implies that the Feevr system is not sufficiently accurate to screen and detect individuals with elevated forehead skin temperature.  In addition, the April 14, 2020 Article is entitled "Beware of Feevr" and begins with the statement "Beware of 'Feevr,'" followed by an image depicting the Feevr system with a large "BEWARE" warning sign stamped across the image of the Feevr system, thereby implying that there is an objective reason to believe that the Feevr system poses a risk.

237.   IPVM continued to amplify its false and defamatory statements in the April 17, 2020 Article, where it claims that "[p]roblems" with the Feevr system include that "Feevr is also using the wrong kind of camera," thereby implying that the Feevr system is inaccurate.  IPVM then states in the April 17, 2020 Article that "these unregulated products" "present[] a risk to the public," thereby falsely implying that the Feevr system presents a risk to the public.

238.   In the May 7, 2020 Article, IPVM continued to amplify its false statements regarding the alleged inaccuracy of the Feevr system in the March 31, 2020, April 14, 2020, and April 17, 2020 Articles by repeating the falsities

regarding alleged "potential issues with Feevr's FLIR usage, both on **accuracy** and **using the FLIR SDK**" and "the FLIR One Pro they [X.Labs] use [being] **10x less accurate** than" an FDA approved thermal gun (emphases added).

239.   Likewise, IPVM exacerbated its false statements by stating in the May 20, 2020 Article that "[c]ore to this issue" of "Accuracy Concerns" "is that X.Labs says they are using a FLIR ONE Pro device that retails for ~$400, per FLIR, not recommended for human temperature / 'feevr' scanning because its **accuracy is specified at just ~±5°F**" (emphasis added).

240.   Thus, IPVM falsely, misleadingly, and deceptively represented to potential X.Labs customers that the Feevr system is inaccurate and poses risks to the public.  Yet, in making these representations, IPVM relied on cherry-picked and distorted information about the FLIR ONE Pro camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system. IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  On information and belief, IPVM knew that it was not sufficiently qualified to reliably and accurately test, evaluate, and review the Feevr system when it made and published these representations in the IPVM Articles.  Alternatively, to the extent that IPVM was sufficiently qualified, it knew that its deliberate decision not to use the actual Feevr system in its purported testing, evaluation, and review was reckless, malicious, and irresponsible.  Significantly, IPVM has held itself out to its subscribers and members as a specialist in the technologic assessment of AI-based thermal software systems for determining an individual's forehead skin temperature.

241.   As corroborated by Dr. Briant's testing data and results, however, IPVM's statements were false.  Critically, Dr. Briant's testing data and results confirmed that the Feevr system is in fact accurate and reliable for its intended purpose of screening and detecting individuals with elevated forehead skin temperature and does not result in high "false positives and negatives."  Indeed,

these data and results demonstrated that the average skin temperature measurements recorded by the Feevr units across all subjects and trials were within 1°C of the average such skin temperature measurements recorded by both the FDA 501K certified Extech IR200 and 320 x 240 thermal resolution Fluke Ti32.  Dr. Briant's testing data and results further demonstrated that the average skin temperature measurements recorded by the Feevr units for each individual test subject, with data for the Feevr units averaged over each trial, were generally within 1°C of the average such skin temperature measurements recorded by both the Extech IR200 and Fluke Ti32 units.  In addition, Dr. Briant's testing data and results demonstrated that the Feevr units exhibited similar levels of repeatability in terms of standard deviations in skin temperature measurements to the Extech IR200 and Fluke Ti32 units.

242.   IPVM's Articles have actually deceived and, on information and belief, have the tendency to deceive a substantial segment of IPVM's claimed "10,000+" subscribers and members, including X.Labs' customers and prospective customers, suppliers, and development partners.  Indeed, numerous X.Labs customers have terminated or suspended their sales agreements for the Feevr system and cited the IPVM Articles in doing so.  On information and belief, X.Labs' prospective customers have similarly severed their business relationships with X.Labs and will not be entering into contracts to purchase X.Labs' Feevr system due to deception by the IPVM Articles.  IPVM's false, misleading, disparaging, and deceptive statements also caused X.Labs' supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with X.Labs for a period of time and to ultimately give X.Labs notice of intent to terminate its April 15, 2020 Product Supply Agreement with X.Labs and caused X.Labs' development partner, Fusus, to withdraw from its software and integration agreement to provide access control and screen integration for the Feevr system.

243.   On information and belief, in addition to the aforementioned benefits flowing to IPVM's subscribers and members arising out of IPVM's aforementioned statements and misrepresentations, IPVM has a business interest in publishing its false, misleading, and deceptive statements and misrepresentations regarding the Feevr system, for example, by generating increased IPVM membership subscription fees and increased subscriber and member traffic to its website.  On information and belief, individuals who have reviewed the IPVM Articles can be expected to sign up or have signed up for IPVM's subscription fee-based membership in order to access one or more of the Articles and other IPVM articles on similar topics.

244.   IPVM's false, misleading, and deceptive statements and representations and practices are material to and influenced the decisions of X.Labs' supplier, FLIR, and X.Labs' development partner, Fusus, and the purchasing decisions of X.Labs' customers and, on information and belief, X.Labs' prospective customers due to IPVM's readership and circulation of the IPVM Articles.  In addition, IPVM's statements were material and influenced such purchasing decisions given the importance of accuracy to the Feevr system's intended purpose of screening and detecting individuals with elevated forehead skin temperature.  Various X.Labs customers have terminated or suspended their sales agreements for the Feevr system and cited the IPVM Articles in doing so.  On information and belief, X.Labs' prospective customers have similarly severed their business relationships with X.Labs and will not be entering into contracts to purchase X.Labs' Feevr system due to the IPVM Articles.  IPVM's false, misleading, disparaging, and deceptive statements also caused X.Labs' supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with X.Labs for a period of time and to ultimately give X.Labs notice of intent to terminate its April 15, 2020 Product Supply Agreement with X.Labs and caused X.Labs'

1   development partner, Fusus, to withdraw from its software and integration

2   agreement to provide access control and screen integration for the Feevr system.

3       245.   IPVM caused the IPVM Articles and the false, misleading, and

4   deceptive statements and representations contained therein to enter interstate

5   commerce by publishing the IPVM Articles to its claimed "10,000+" subscription

6   members across the U.S. and worldwide.

7       246.   As a result of IPVM's false description and false representation,

8   X.Labs has been and will continue to be harmed and suffer damages in an amount

9   to be proven at trial, including, but not limited to, the revenue and profits that

10  X.Labs would have made but for IPVM's publication of its false, misleading, and

11  deceptive statements.  Numerous X.Labs customers have terminated or suspended

12  their sales agreements for the Feevr system and cited the IPVM Articles in doing

13  so.  On information and belief, X.Labs' prospective customers have similarly

14  severed their business relationships with X.Labs and will not be entering into

15  contracts to purchase X.Labs' Feevr system due to the IPVM Articles.  IPVM's

16  false, misleading, disparaging, and deceptive statements also caused X.Labs'

17  supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with

18  X.Labs for a period of time and to ultimately give X.Labs notice of intent to

19  terminate its April 15, 2020 Product Supply Agreement with X.Labs and caused

20  X.Labs' development partner, Fusus, to withdraw from its software and integration

21  agreement to provide access control and screen integration for the Feevr system.

22  Further, IPVM's Articles have caused great and irreparable harm to X.Labs'

23  business reputation, goodwill, and integrity.

24      247.   IPVM's acts were undertaken intentionally and were malicious,

25  oppressive, and/or fraudulent.  Therefore, X.Labs should be awarded punitive and

26  exemplary damages sufficient to punish IPVM and to deter similar conduct in the

27  future.

28

248.   IPVM's conduct indicates that it has no intention to stop harassing X.Labs, and, unless restrained, will not do so, to X.Labs' great and irreparable injury, for which damages would not afford adequate relief, in that they would not completely compensate for the injury to X.Labs' business reputation, goodwill, and integrity amongst its customers and prospective customers.

**NINTH CLAIM FOR RELIEF**

**False Description and False Representation, Cal. Bus. & Prof. Code § 17500 _et seq_.**

249.   X.Labs repeats and realleges the allegations of the foregoing Paragraphs 1 through 248, as if fully set forth herein.

250.   IPVM has published false, deceptive, and misleading statements of fact and false, deceptive, and misleading representations of fact about X.Labs' Feevr system in the IPVM Articles, including as to the qualities, characteristics, and performance of such system and the commercial activities and services of X.Labs.  Among its numerous other false and defamatory statements regarding X.Labs and the Feevr system, IPVM has prominently, falsely, and defamatorily stated that the Feevr system "***fundamentally lacks accuracy for its use***" and that "***false positives and negatives are highly likely***" when using the Feevr system. Such statements of fact and factual representations have caused economic, business, reputational, and goodwill injury to X.Labs.  On information and belief, IPVM had an economic incentive to do so because, among other things, various of its subscribers and members were and are in a competitive position vis-à-vis X.Labs and would thereby benefit from IPVM's aforementioned statements and misrepresentations (including by further disseminating the IPVM Articles).  On information and belief, some of IPVM's subscribers and members include competitors of X.Labs who stand to gain a considerable competitive economic benefit from IPVM content critical to X.Labs' Feevr system.  On further information and belief, one such IPVM subscriber and member is FLIR, with

1  whom IPVM has had a variety of communications relating to the creation and
2  publication of content critical to X.Labs and its Feevr system.  On further
3  information and belief, the motivation for FLIR's criticism and ultimate provision
4  of its notice of intent to terminate its April 15, 2020 Product Supply Agreement to
5  X.Labs stem from the fact that sales of the Feevr system may well impair sales of
6  FLIR's significantly more expensive thermal imaging cameras.  As a result,
7  IPVM's statements and misrepresentations inflicted business, reputational, and
8  goodwill injury on X.Labs to the benefits of such subscribers and members.
9  Specifically, and without limitation, IPVM has made false, misleading, and
10  deceptive statements and misrepresentations that the Feevr system is inaccurate
11  and poses risks to the public and that X.Labs' marketing of the Feevr system is
12  misleading.

13      251.  IPVM falsely asserts in the March 31, 2020 Article that the accuracy
14  of the Feevr system is "only ±3°C (~5.4°F)" on the sole basis that "the FLIR One
15  Pro specifies accuracy of only ±3°C (~5.4°F), a huge range for measuring body
16  temperature"; and further claims that "false positives and negatives are highly
17  likely" when using the Feevr system to screen and detect individuals with elevated
18  forehead skin temperature.  IPVM, however, does not base these statements on any
19  testing or evaluation of the actual Feevr system itself, which includes X.Labs'
20  proprietary AI-based mobile app software.  Rather, IPVM points to just one part of
21  the Feevr system, namely, the FLIR ONE Pro camera, which IPVM asserts
22  specifies an accuracy of "only ±3°C (~5.4°F)."  IPVM then contrasts this purported
23  accuracy of "only ±3°C (~5.4°F)" with unidentified systems which it claims to
24  have surveyed.

25      252.  As to X.Labs' proprietary mobile app, IPVM claims in the March 31,
26  2020 Article—without any support—that "[t]he FLIR SDK License Agreement
27  prohibits the use of FLIR devices, like the FLIR ONE Pro that Feevr uses, from
28  apps like Feevr's," despite acknowledging that the Feevr system does not use the

FLIR SDK.  IPVM's implied statement that the Feevr system runs afoul of the FLIR SDK License Agreement is demonstrably false, as X.Labs has informed IPVM that it does not use the FLIR SDK and IPVM does not identify any information from FLIR or otherwise indicating that X.Labs uses the SDK.

253.   IPVM also states in the March 31, 2020 Article that it is "particularly worried about how accurate this [Feevr system] will be and how misleading much of their [X.Labs'] marketing is," thereby falsely implying the purportedly objective conclusion that the Feevr system is inaccurate and that X.Labs' marketing of the Feevr system is misleading and attempts to conceal the alleged inaccuracy of the Feevr system from customers and potential customers of the Feevr system.

254.   Subsequently, IPVM amplified its statements in the March 31, 2020 Article with an April 14, 2020 Article entitled "Beware of Feevr," in which IPVM prominently states that X.Labs "is marketing a 'Feevr' solution that ***fundamentally lacks accuracy for its use***, as its thermal provider FLIR has said and IPVM testing has shown." (emphasis added).  This statement is false, defamatory, and misleading.  In addition, in the April 14, 2020 Article, IPVM falsely states that the Feevr system "pose[s] risks to the public."  IPVM also misleadingly states in the April 14, 2020 Article that "Feevr has no FDA approval for this device," "[t]he CEO of Feevr's 'premier US distributor' admitted the lack of approval," and "[t]he thermal sensor they are using is not specified nor recommended by their provider for such a 'feevr' application" and "Feevr cannot address this."  By these statements, IPVM falsely and defamatorily implied that the Feevr system is intended to be used for purposes requiring FDA approval, that it therefore runs afoul of FDA regulations, and that X.Labs is attempting to conceal this alleged lack of the requisite FDA approvals from customers and potential customers of the Feevr system.  In addition, IPVM falsely states in the April 14, 2020 Article that the FLIR One Pro used with the Feevr system "perform[s] inaccurately for human temperature detection" and "the FLIR One Pro they use is 10x less accurate than"

an FDA approved thermal gun.  IPVM also falsely states in the April 14, 2020 Article that "[f]undamentally, Feevr also does not explain or justify how they are using a sensor which FLIR themselves has said is not accurate enough for thermal screening (±3°C) and getting accurate results," that the accuracy of the Feevr system is "nowhere close enough to the precision needed to determine the fine differences between 'normal' body temperatures ~98°F and 'fevers' at ~100°F," and that examples of the Feevr system's imaging results show "two people on the left and center with 90-91°F temperatures are evidently dying of hypothermia or inaccuracy in measurement," and falsely implies that the 90-91°F temperature measurements are core temperatures rather than skin temperatures.  IPVM thereby false implies that the Feevr system is not sufficiently accurate to screen and detect individuals with elevated forehead skin temperature.  In addition, the April 14, 2020 Article is entitled "Beware of Feevr" and begins with the statement "Beware of 'Feevr,'" followed by an image depicting the Feevr system with a large "BEWARE" warning sign stamped across the image of the Feevr system, thereby implying that there is an objective reason to believe that the Feevr system poses a risk.

255.   IPVM continued to amplify its false and defamatory statements in the April 17, 2020 Article, where it claims that "[p]roblems" with the Feevr system include that "Feevr is also using the wrong kind of camera," thereby implying that the Feevr system is inaccurate.  IPVM then states in the April 17, 2020 Article that "these unregulated products" "present[] a risk to the public," thereby falsely implying that the Feevr system presents a risk to the public.

256.   In the May 7, 2020 Article, IPVM continued to amplify its false statements regarding the alleged inaccuracy of the Feevr system in the March 31, 2020, April 14, 2020, and April 17, 2020 Articles by repeating the falsities regarding alleged "potential issues with Feevr's FLIR usage, both on *accuracy* and

1    *using the FLIR SDK*" and "the FLIR One Pro they [X.Labs] use [being] *10x less*
2    *accurate* than" an FDA approved thermal gun (emphases added).

3        257.   Likewise, IPVM exacerbated its false statements by stating in the May
4    20, 2020 Article that "[c]ore to this issue" of "Accuracy Concerns" "is that X.Labs
5    says they are using a FLIR ONE Pro device that retails for ~$400, per FLIR, not
6    recommended for human temperature / 'feevr' scanning because its *accuracy is*
7    *specified at just ~±5°F*" (emphasis added).

8        258.   As corroborated by Dr. Briant's testing data and results, however,
9    IPVM's statements were false.  Critically, Dr. Briant's testing data and results
10   confirmed that the Feevr system is in fact accurate and reliable for its intended
11   purpose of screening and detecting individuals with elevated forehead skin
12   temperature and does not result in high "false positives and negatives."  Indeed,
13   these data and results demonstrated that the average skin temperature
14   measurements recorded by the Feevr units across all subjects and trials were within
15   1°C of the average such skin temperature measurements recorded by both the FDA
16   501K certified Extech IR200 and 320 x 240 thermal resolution Fluke Ti32.  Dr.
17   Briant's testing data and results further demonstrated that the average skin
18   temperature measurements recorded by the Feevr units for each individual test
19   subject, with data for the Feevr units averaged over each trial, were generally
20   within 1°C of the average such skin temperature measurements recorded by both
21   the Extech IR200 and Fluke Ti32 units.  In addition, Dr. Briant's testing data and
22   results demonstrated that the Feevr units exhibited similar levels of repeatability in
23   terms of standard deviations in skin temperature measurements to the Extech
24   IR200 and Fluke Ti32 units.

25       259.   IPVM knew that these statements were false, misleading, deceptive,
26   disparaging, and defamatory and acted with reckless disregard of the truth or
27   falsity of these statements.  In making its false and defamatory representations,
28   IPVM relied on cherry-picked and distorted information about the FLIR ONE Pro

FIRST AMENDED COMPLAINT                    102                    CASE NO. 2:20-CV-4093-JAK-PLA

camera and the Feevr system and purportedly tested only the FLIR ONE Pro component of the Feevr system.  IPVM thus deliberately failed to test the actual Feevr system itself, which includes X.Labs' proprietary AI-based mobile app software.  On information and belief, IPVM knew that it was not sufficiently qualified to reliably and accurately test, evaluate, and review the Feevr system when it made and published these representations in the IPVM Articles.  Alternatively, to the extent that IPVM was sufficiently qualified, it knew that its deliberate decision not to use the actual Feevr system in its purported testing, evaluation, and review was reckless, malicious, and irresponsible.  Significantly, IPVM has held itself out to its subscribers and members as a specialist in the technologic assessment of AI-based thermal software systems for determining an individual's forehead skin temperature.

260.   IPVM's Articles have actually deceived and, on information and belief, are likely to deceive a substantial segment of IPVM's claimed "10,000+" subscribers and members, including X.Labs' customers and prospective customers, suppliers, and development partners.  Indeed, numerous X.Labs customers have terminated or suspended their sales agreements for the Feevr system and cited the IPVM Articles in doing so.  On information and belief, X.Labs' prospective customers have similarly severed their business relationships with X.Labs and will not be entering into contracts to purchase X.Labs' Feevr system due to deception by the IPVM Articles.  IPVM's false, misleading, disparaging, and deceptive statements also caused X.Labs' supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with X.Labs for a period of time and to ultimately give X.Labs notice of intent to terminate its April 15, 2020 Product Supply Agreement with X.Labs and caused X.Labs' development partner, Fusus, to withdraw from its software and integration agreement to provide access control and screen integration for the Feevr system.

261.   On information and belief, in addition to the aforementioned benefits flowing to IPVM's subscribers and members arising out of IPVM's aforementioned statements and misrepresentations, IPVM has a business interest in publishing its false, misleading, and deceptive statements and misrepresentations regarding the Feevr system, for example, by generating increased IPVM membership subscription fees and increased subscriber and member traffic to its website.  On information and belief, individuals who have reviewed the IPVM Articles can be expected to sign up or have signed up for IPVM's subscription fee-based membership in order to access one or more of the Articles and other IPVM articles on similar topics.

262.   IPVM's false, misleading, and deceptive statements and representations and practices are material to and influenced the decisions of X.Labs' supplier, FLIR, and X.Labs' development partner, Fusus, and the purchasing decisions of X.Labs' customers and, on information and belief, X.Labs' prospective customers due to IPVM's readership and circulation of the IPVM Articles.  In addition, IPVM's statements were material and influenced such purchasing decisions given the importance of accuracy to the Feevr system's intended purpose of screening and detecting individuals with elevated forehead skin temperature.  Various X.Labs customers have terminated or suspended their sales agreements for the Feevr system and cited the IPVM Articles in doing so.  On information and belief, X.Labs' prospective customers have similarly severed their business relationships with X.Labs and will not be entering into contracts to purchase X.Labs' Feevr system due to the IPVM Articles.  IPVM's false, misleading, disparaging, and deceptive statements also caused X.Labs' supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with X.Labs for a period of time and to ultimately give X.Labs notice of intent to terminate its April 15, 2020 Product Supply Agreement with X.Labs and caused X.Labs'

1  development partner, Fusus, to withdraw from its software and integration

2  agreement to provide access control and screen integration for the Feevr system.

3      263.  IPVM made and disseminated and caused the making and

4  dissemination of the IPVM Articles and the false, misleading, and deceptive

5  statements and representations contained therein in and from the State of California

6  and across the U.S. and worldwide by publishing the IPVM Articles to its claimed

7  "10,000+" subscription members across the U.S. and worldwide.

8      264.  As a result of IPVM's false description and false representation,

9  X.Labs has been and will continue to be harmed and suffer damages in an amount

10  to be proven at trial, including, but not limited to, the revenue and profits that

11  X.Labs would have made but for IPVM's publication of its false, misleading, and

12  deceptive statements.  Numerous X.Labs customers have terminated or suspended

13  their sales agreements for the Feevr system and cited the IPVM Articles in doing

14  so.  On information and belief, X.Labs' prospective customers have similarly

15  severed their business relationships with X.Labs and will not be entering into

16  contracts to purchase X.Labs' Feevr system due to the IPVM Articles.  IPVM's

17  false, misleading, disparaging, and deceptive statements also caused X.Labs'

18  supplier, FLIR, to suspend its October 12, 2018 Product Supply Agreement with

19  X.Labs for a period of time and to ultimately give X.Labs notice of intent to

20  terminate its April 15, 2020 Product Supply Agreement with X.Labs and caused

21  X.Labs' development partner, Fusus, to withdraw from its software and integration

22  agreement to provide access control and screen integration for the Feevr system.

23  Further, IPVM's Articles have caused great and irreparable harm to X.Labs'

24  business reputation, goodwill, and integrity.

25      265.  IPVM's acts were undertaken intentionally and were malicious,

26  oppressive, and/or fraudulent.  Therefore, X.Labs should be awarded punitive and

27  exemplary damages sufficient to punish IPVM and to deter similar conduct in the

28  future.

266.   IPVM's actions hereinabove alleged are acts of false description and false representation within the meaning of Cal. Bus. & Prof. Code § 17500 *et seq.* As such, X.Labs is entitled to injunctive relief to prohibit IPVM from any further and continued false, misleading, and deceptive advertising regarding the Feevr system under Cal. Bus. & Prof. Code § 17535.  X.Labs is informed and believes that IPVM will continue to make false, misleading, and deceptive representations regarding the Feevr system to X.Labs' customers and prospective customers, suppliers, and development partners unless and until the court orders IPVM to cease and desist.

## PRAYER FOR RELIEF

WHEREFORE, X.Labs respectfully requests the Court to enter judgment in favor of X.Labs and against IPVM as to all claims asserted herein as follows:

### First Claim for Relief:

A.   Granting a judgment that IPVM has violated California common law against intentional interference with contractual relations;

B.   Granting injunctive relief, including a preliminary injunction and permanent injunction to prevent IPVM from engaging in all ongoing and future actual and threatened acts of interference with X.Labs' existing contractual and business relationships;

C.   Ordering IPVM to pay damages to X.Labs for all losses and injuries, including compensatory damages according to proof in an amount to be determined at trial;

D.   Awarding punitive damages against IPVM sufficient to punish IPVM for its willful misconduct as alleged herein;

E.   Awarding to X.Labs its reasonable attorneys' fees and costs incurred in this matter, together with pre-judgment and post-judgment interest and costs as fixed by the Court; and

F.    For any and all other relief in accordance with proof or which is equitable and proper.

**Second Claim for Relief:**

A.    Granting a judgment that IPVM has violated California common law against intentional interference with prospective economic relations;

B.    Granting injunctive relief, including a preliminary injunction and permanent injunction to prevent IPVM from engaging in all ongoing and future actual and threatened acts of interference with X.Labs' future contractual and business relationships;

C.    Ordering IPVM to pay damages to X.Labs for all losses and injuries, including compensatory damages according to proof in an amount to be determined at trial;

D.    Awarding punitive damages against IPVM sufficient to punish IPVM for its willful misconduct as alleged herein;

E.    Awarding to X.Labs its reasonable attorneys' fees and costs incurred in this matter, together with pre-judgment and post-judgment interest and costs as fixed by the Court; and

F.    For any and all other relief in accordance with proof or which is equitable and proper.

**Third Claim for Relief:**

A.    Granting a judgment that IPVM has violated California common law against negligent interference with prospective economic relations;

B.    Granting injunctive relief, including a preliminary injunction and permanent injunction to prevent IPVM from engaging in all ongoing and future actual and threatened acts of interference with X.Labs' future contractual and business relationships;

C.   Ordering IPVM to pay damages to X.Labs for all losses and injuries, including compensatory damages according to proof in an amount to be determined at trial;

D.   Awarding to X.Labs its reasonable attorneys' fees and costs incurred in this matter, together with pre-judgment and post-judgment interest and costs as fixed by the Court; and

E.   For any and all other relief in accordance with proof or which is equitable and proper.

**Fourth Claim for Relief:**

A.   Granting a judgment that IPVM has violated Cal. Civ. Code § 44 *et seq.* and California common law against defamation;

B.   Granting injunctive relief, including a preliminary injunction and permanent injunction to prevent IPVM from engaging in all ongoing and future actual and threatened acts of defamation;

C.   Ordering IPVM to pay damages to X.Labs for all losses and injuries, including compensatory damages according to proof in an amount to be determined at trial;

D.   Awarding punitive damages against IPVM sufficient to punish IPVM for its willful misconduct as alleged herein;

E.   Awarding to X.Labs its reasonable attorneys' fees and costs incurred in this matter, together with pre-judgment and post-judgment interest and costs as fixed by the Court; and

F.   For any and all other relief in accordance with proof or which is equitable and proper.

**Fifth Claim for Relief:**

A.   Granting a judgment that IPVM has violated California common law against trade libel;

B.   Granting injunctive relief, including a preliminary injunction and permanent injunction to prevent IPVM from engaging in all ongoing and future actual and threatened acts of trade libel;

C.   Ordering IPVM to pay damages to X.Labs for all losses and injuries, including compensatory damages according to proof in an amount to be determined at trial;

D.   Awarding punitive damages against IPVM sufficient to punish IPVM for its willful misconduct as alleged herein;

E.   Awarding to X.Labs its reasonable attorneys' fees and costs incurred in this matter, together with pre-judgment and post-judgment interest and costs as fixed by the Court; and

F.   For any and all other relief in accordance with proof or which is equitable and proper.

**Sixth Claim for Relief:**

A.   Granting a judgment that IPVM has violated Cal. Bus. & Prof. Code § 17200 *et seq.*;

B.   Granting injunctive relief, including a preliminary injunction and permanent injunction to prevent IPVM from engaging in all ongoing and future actual and threatened acts of unfair competition;

C.   Awarding damages for unjust enrichment to X.Labs, including disgorgement of IPVM's profits and/or other unjust enrichment in an amount to be determined at trial;

D.   Awarding to X.Labs its reasonable attorneys' fees and costs incurred in this matter, together with pre-judgment and post-judgment interest and costs as fixed by the Court; and

E.   For any and all other relief in accordance with proof or which is equitable and proper.

**Seventh Claim for Relief:**

A.    Granting a judgment that IPVM has violated California common law against unfair competition;

B.    Granting injunctive relief, including a preliminary injunction and permanent injunction to prevent IPVM from engaging in all ongoing and future actual and threatened acts of unfair competition;

C.    Awarding damages for unjust enrichment to X.Labs, including disgorgement of IPVM's profits and/or other unjust enrichment in an amount to be determined at trial;

D.    Awarding to X.Labs its reasonable attorneys' fees and costs incurred in this matter, together with pre-judgment and post-judgment interest and costs as fixed by the Court; and

E.    For any and all other relief in accordance with proof or which is equitable and proper.

**Eighth Claim for Relief:**

A.    Granting a judgment that IPVM has violated Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a));

B.    Granting injunctive relief, including a preliminary injunction and permanent injunction to prevent IPVM from engaging in all ongoing and future actual and threatened acts of false description and false representation;

C.    Ordering IPVM to pay damages to X.Labs for all losses and injuries and unjust enrichment, including compensatory damages according to proof and disgorgement of IPVM's profits and/or other unjust enrichment in an amount to be determined at trial;

D.    Awarding punitive damages against IPVM sufficient to punish IPVM for its willful misconduct as alleged herein;

E.      Awarding to X.Labs its reasonable attorneys' fees and costs incurred in this matter, together with pre-judgment and post-judgment interest and costs as fixed by the Court; and

F.      For any and all other relief in accordance with proof or which is equitable and proper.

**<u>Ninth Claim for Relief:</u>**

A.      Granting a judgment that IPVM has violated Cal. Bus. & Prof. Code § 17500 *et seq*.;

B.      Granting injunctive relief, including a preliminary injunction and permanent injunction to prevent IPVM from engaging in all ongoing and future actual and threatened acts of false description and false representation;

C.      Ordering IPVM to pay damages to X.Labs for all losses and injuries and unjust enrichment, including compensatory damages according to proof and disgorgement of IPVM's profits and/or other unjust enrichment in an amount to be determined at trial;

D.      Awarding punitive damages against IPVM sufficient to punish IPVM for its willful misconduct as alleged herein;

E.      Awarding to X.Labs its reasonable attorneys' fees and costs incurred in this matter, together with pre-judgment and post-judgment interest and costs as fixed by the Court; and

F.      For any and all other relief in accordance with proof or which is equitable and proper.

## <u>JURY DEMAND</u>

Pursuant to Federal Rule of Civil Procedure 38 and Central District of California Local Rule 38-1, X.Labs demands a trial by jury on all issues so triable.

1

Dated:  July 23, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

2

3

4

By: /s/ *Edward G. Poplawski*
Edward G. Poplawski
Lisa D. Zang

5

6

Attorneys for Plaintiff
Royal Holdings Technologies Corp.
d/b/a X.Labs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28