SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

ANNE CHAMPION (admitted pro hac vice)
  achampion@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone:  212.351.5361
Facsimile:   212.351.5281

KATIE TOWNSEND, SBN 254321
  ktownsend@rcfp.org
JENNIFER A. NELSON (admitted pro hac vice)
  jnelson@rcfp.org
The Reporters Committee for
Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: 202.795.9300
Facsimile:  202.795.9310

Attorneys for Defendant IP Video Market Info Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROYAL HOLDINGS TECHNOLOGIES CORP. D/B/A X.LABS**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**IP VIDEO MARKET INFO INC.**, a Hawaii corporation,<br><br>Defendant. | CASE NO. 2:20-cv-4093-JAK-PLA<br><br>**DEFENDANT'S OPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF PAGE LIMIT**<br><br>Action Filed:  May 4, 2020<br>Judge:  Hon. John Kronstadt |

Defendant IP Video Marketing Info Inc. ("IPVM"), by and through counsel, files this Motion for Leave to File a Memorandum of Points and Authorities In Excess of Page Limit with respect to Defendant's anticipated Notice of Motions and Special Motion to Strike Complaint Pursuant to Cal. Civ. Proc. Code § 425.16 and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and would respectfully show the Court the following:

1. Per Your Honor's standing order for civil cases, memoranda of points and authorities shall not exceed 25 pages.  Defendant requests leave of Court to exceed the page limitation by five pages, bringing the total number of pages to 30.  Defendant respectfully represents that the length of the proposed filing will not exceed 30 pages and will be concisely argued.

2. Defendant intends to file a Special Motion to Strike Plaintiff's Complaint pursuant to California Civil Procedure Code § 425.15 (California's anti-SLAPP law) as well as a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on or before August 26, 2020.  Defendant will file a single memoranda of points and authorities in support of both motions.

3. Good cause exists for granting Defendant's motion for leave.  Plaintiff has alleged nine separate causes of action against Defendant, including claims under state and federal law.  Further, after Defendant filed a combined motion to strike and dismiss Plaintiff's original complaint, and before Plaintiff responded to that motion, on

July 23, 2020, Plaintiff filed a First Amended Complaint totaling 112 pages (228 pages with exhibits).

4. Given that Defendant seeks relief pursuant to two concurrently-brought motions, and given that Plaintiff's Amended Complaint adds 63 new pages of new material to the pleading, Defendant respectfully requests five additional pages to respond to and address the claims in Plaintiff's Amended Complaint.

5. Defendant has conferred with Plaintiff regarding this motion, and Plaintiff is opposed to the relief requested.

## CONCLUSION

Defendant respectfully requests that the Court grant it leave to exceed Your Honor's page limitations for Defendant's memoranda of points and authorities in support of its forthcoming Special Motion to Strike Complaint Pursuant to Cal. Civ. Proc. Code § 425.16 and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

DATED:  August 11, 2020

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Scott Edelman*
      Scott Edelman

Attorneys for Defendant