UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROYAL HOLDINGS TECHNOLOGIES CORP. D/B/A X.LABS**, a Delaware corporation,<br><br>                  Plaintiff,<br><br>       v.<br><br>**IP VIDEO MARKET INFO INC.**, a Hawaii corporation,<br><br>                  Defendant. | Case No. 2:20-cv-04093-SB-PLAx<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S SPECIAL MOTION TO STRIKE AMENDED COMPLAINT AND MOTION TO DISMISS**<br><br>Honorable Stanley Blumenfeld Jr.<br>Courtroom 6C<br><br>Hearing Date: Feb. 22, 2021<br>Hearing Time: 8:30 a.m. |

After careful consideration of the papers, exhibits, and declarations, and good cause existing therefore, IT IS HEREBY ORDERED THAT Defendant IP Video Market Info Inc.'s Special Motion to Strike Amended Complaint and Motion to Dismiss (ECF No. 33) is DENIED.

Dated: _____, 2020

_____
Hon. Stanley Blumenfeld Jr.
United States District Judge

1