# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:20-cv-04093-SB (PLAx) | Date: 1/19/2021 |

Title: *Royal Holdings Technologies Corp. v. IP Video Market Info Inc.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **ORDER STAYING CASE**

The Court has reviewed the parties' joint stipulation. (Dkt. No. 54.) All proceedings in this case, including Plaintiff's deadline to file a second amended complaint, are stayed pending the outcome of appellate proceedings involving the Court's December 18, 2020 Order. (Dkt. No. 52.) Defendant's deadline to file a motion for attorney's fees and costs under Cal. Civ. Proc. Code § 425.16 is stayed pending the outcome of the appeal.

**IT IS SO ORDERED**.