EDWARD G. POPLAWSKI, State Bar No. 113590
epoplawski@wsgr.com
LISA D. ZANG, State Bar No. 294493
lzang@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

STEFFEN N. JOHNSON (admitted pro hac vice)
sjohnson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

Attorneys for Plaintiff
Royal Holdings Technologies Corp.
d/b/a X.Labs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROYAL HOLDINGS TECHNOLOGIES CORP. D/B/A X.LABS**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**IP VIDEO MARKET INFO INC.**, a Hawaii corporation and Pennsylvania corporation,<br><br>Defendant. | Case No. 2:20-cv-04093-JAK-PLAx<br><br>Hon. Stanley Blumenfeld Jr.<br><br>**DECLARATION OF EDWARD G. POPLAWSKI IN SUPPORT OF MOTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROYAL HOLDINGS TECHNOLOGIES CORP.** |

I, Edward G. Poplawski, the undersigned, state and declare as follows:

1. I am a member of the law firm of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), counsel for Plaintiff Royal Holdings Technologies Corp. d/b/a X.Labs ("Plaintiff") in the above-referenced action. I submit this declaration in support of WSGR's Motion for Leave to Withdraw as Counsel for Plaintiff. The matters set forth herein are based upon my personal knowledge.

2. WSGR and Plaintiff entered into a written engagement agreement ("Agreement") on November 22, 2019. The Agreement allows WSGR and Plaintiff to terminate WSGR's representation of Plaintiff at any time for any reason, except to the extent limited by applicable law or rules of professional conduct. Under the Agreement, Plaintiff agreed that if WSGR were required or elected to withdraw, Plaintiff would promptly take all steps necessary to free WSGR of any obligation to perform further services, including the prompt execution and delivery of any documents necessary to complete WSGR's withdrawal.

3. WSGR has invoiced Plaintiff monthly in connection with this matter. Plaintiff has not made any payment of WSGR's outstanding invoices. Immediately following the January 11, 2021 filing of Defendant IP Video Market Info Inc.'s ("Appellant") notice of appeal in this action, WSGR informed Plaintiff that it would not represent Plaintiff in the appeal absent at least substantial payment of outstanding invoices. Plaintiff represented that it would make substantial payment by January 25, 2021, but did not do so and instead requested more time for payment. WSGR also promptly informed Plaintiff in writing of the appellate briefing schedule and other deadlines in this action.

4. Accordingly, taking into account the April 26, 2021 date for Appellant's submission of its opening brief, WSGR informed Plaintiff in writing on January 25, 2021 that WSGR would withdraw from representing Plaintiff on March 16, 2021 and Plaintiff should use the intervening period to seek other counsel to substitute for WSGR in this action. WSGR has explained to Plaintiff the

consequences of such a withdrawal, including the consequences of its inability as a corporation to appear pro se.

5. WSGR also informed Plaintiff that it would be amenable to continue to represent Plaintiff if Plaintiff at least substantially paid outstanding invoices and provided WSGR a payment plan by no later than March 16, 2021. WSGR reiterated the foregoing information to Plaintiff in written communications of February 28, 2021 and March 14, 2021 and in multiple telephone communications. In the meantime, WSGR continued to fulfill its professional and ethical obligations to Plaintiff, including representing Plaintiff in the March 18, 2021 settlement discussion among the parties and the Ninth Circuit's settlement staff attorney and reporting the outcome of this discussion to Plaintiff. Plaintiff has been given an advance copy of this declaration and the accompanying motion and has acknowledged and consented to WSGR's withdrawal with an expressed intent to retain WSGR again in the event outstanding invoices are paid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of March, 2021, at Palos Verdes Estates, California.

By: */s/ Edward G. Poplawski*
Edward G. Poplawski