UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-4093-SB (PLAx) | Date: | 6/23/2021 |
|---|---|---|---|

| Title: | *Royal Holdings Technologies Corp. v. IP Video Market Info Inc.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER DENYING RENEWED MOTION TO WITHDRAW WITHOUT PREJUDICE [DKT. NO. 62]**

Before the Court is the renewed motion to withdraw as counsel for Plaintiff Royal Holdings Technologies Corp. filed by Wilson Sonsini Goodrich & Rosati, P.C. (WSGR). (Mot., Dkt. No. 62.) Defendant IP Video Market Info Inc. has filed a statement of non-opposition. (Non-Opp., Dkt. No. 64.) All proceedings in this action are stayed pending the outcome of appellate proceedings. (Stay Order, Dkt. No. 55.)

The Court previously denied WSGR's motion to withdraw representation of Plaintiff without prejudice, noting that it had not yet been relieved of its representation of Plaintiff before the Ninth Circuit. (Order, Dkt. No. 61.) The Court stated, "WSGR may bring a renewed motion when the stay is lifted (or otherwise must explain why it would be legally appropriate for this Court to act before then)." (*Id.* at 1.) The stay has not been lifted and WSGR's renewed motion fails to explain why it is legally appropriate to act now. It merely speculates that "[t]he losses to WSGR will increase significantly in the event that the stay on this case is lifted following the resolution of appellate proceedings."

([Mot.](#) at 3.) But it is difficult to understand how such losses will occur when WSGR can promptly renew the motion as soon as the stay is lifted.

Absent a specific showing that WSGR is incurring significant losses during the stay, the Court will not grant the motion. The renewed motion is **DENIED without prejudice**.

**IT IS SO ORDERED**.