EDWARD G. POPLAWSKI, State Bar No. 113590
epoplawski@wsgr.com
LISA D. ZANG, State Bar No. 294493
lzang@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

STEFFEN N. JOHNSON (admitted pro hac vice)
sjohnson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

Attorneys for Plaintiff
Royal Holdings Technologies Corp.
d/b/a X.Labs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROYAL HOLDINGS TECHNOLOGIES CORP. D/B/A X.LABS**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**IP VIDEO MARKET INFO INC.**, a Hawaii corporation and Pennsylvania corporation,<br><br>Defendant. | Case No. 2:20-cv-04093-SB-PLAx<br><br>Hon. Stanley Blumenfeld Jr.<br><br>**NOTICE OF FILING AND REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE**<br><br>Date: January 13, 2023<br>Time: 8:30 a.m.<br>Courtroom: 6C |

1  Pursuant to the Court's December 23, 2022 Order (ECF No. 73), Wilson
2  Sonsini Goodrich & Rosati, P.C. ("WSGR) hereby files the Declaration of Lisa D.
3  Zang in Support of WSGR's Second Renewed Motion to Withdraw as Counsel for
4  Plaintiff (ECF No. 71) ("Second Renewed Motion") attached as **Exhibit A** to this
5  Notice.

6  WSGR also respectfully requests permission to appear remotely at the
7  January 13, 2023 Status Conference in light of its Second Renewed Motion and the
8  Court's Order granting Defendant's request for its counsel to appear remotely at
9  the Status Conference. ECF No. 73. Counsel appreciates the Court's
10 consideration of this request.

Dated: January 5, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Lisa D. Zang*
Edward G. Poplawski
Steffen N. Johnson
Lisa D. Zang

Attorneys for Plaintiff
Royal Holdings Technologies Corp
d/b/a X.Labs