# EXHIBIT A

EDWARD G. POPLAWSKI, State Bar No. 113590
epoplawski@wsgr.com
LISA D. ZANG, State Bar No. 294493
lzang@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

STEFFEN N. JOHNSON (admitted pro hac vice)
sjohnson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

Attorneys for Plaintiff
Royal Holdings Technologies Corp.
d/b/a X.Labs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROYAL HOLDINGS TECHNOLOGIES CORP. D/B/A X.LABS**, a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>**IP VIDEO MARKET INFO INC.**, a Hawaii corporation and Pennsylvania corporation,<br><br>  Defendant. | Case No. 2:20-cv-04093-JAK-PLAx<br><br>Hon. Stanley Blumenfeld Jr.<br><br>**DECLARATION OF LISA D. ZANG IN SUPPORT OF SECOND RENEWED MOTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROYAL HOLDINGS TECHNOLOGIES CORP.** |

I, Lisa D. Zang, the undersigned, state and declare as follows:

1. I am an attorney of the law firm of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), counsel for Plaintiff Royal Holdings Technologies Corp. d/b/a X.Labs ("Plaintiff" or "Plaintiff-Appellee") in the above-referenced action. I submit this declaration in support of WSGR's Second Renewed Motion for Leave to Withdraw as Counsel for Plaintiff ("Second Renewed Motion"). The matters set forth herein are based upon my personal knowledge.

2. On December 23, 2022, the Court issued an Order requiring Plaintiff's counsel to "file a declaration in support of its withdrawal motion, by no later than January 6, 2023 at 9:00 a.m., indicating whether it has notified its client with respect to the renewed motion as required under Local Rule 83-2.3.2, if its client has obtained other counsel, and if its client objects to withdrawal." ECF No. 73.

3. As required under Local Rule 83-2.3.2, WSGR gave written notice of its original motion for leave to withdraw (ECF No. 57) on March 22, 2021 and March 25, 2021; its renewed motion (ECF No. 62) on May 25, 2021 and May 28, 2021; and its Second Renewed Motion (ECF No. 71) on December 17, 2022.

4. WSGR understands that Plaintiff retained David Zarmi of Zarmi Law (https://zarmilaw.com/) as its appellate counsel. WSGR does not otherwise have knowledge as to whether Plaintiff has obtained other counsel.

5. Plaintiff has not objected to WSGR's withdrawal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of January, 2023, at Los Angeles, California.

By: *Lisa D. Zang*
     Lisa D. Zang