JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL HOLDINGS TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> IP VIDEO MARKET INFO INC., <br><br> Defendant. | Case No. 2:20-cv-04093-SB-PLA <br><br> FINAL JUDGMENT |

    For the reasons set forth in the separate order entered this day granting Defendant IP Video Market Info Inc.'s Motions for Entry of Order and Attorneys' Fees and Costs, judgment is hereby entered in favor of Defendant and against Plaintiff Royal Holdings Technologies Corp. on all claims, and the Court awards Defendant $456,467.72 against Plaintiff.

    This is a final judgment. The clerk is directed to close this case.

Date: March 13, 2023

                                              Stanley Blumenfeld, Jr.
                                            United States District Judge